**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)*

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
|  | Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Mark**<br>First name<br><br>**Anthony**<br>Middle name<br><br>**Sawyer**<br>Last name and Suffix (Sr., Jr., II, III) | **Jennifer**<br>First name<br><br>**Ann**<br>Middle name<br><br>**Sawyer**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-4261 | xxx-xx-6951 |

Debtor 1    **Mark Anthony Sawyer**

Debtor 2    **Jennifer Ann Sawyer**

Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | | |
| | EIN | EIN |

| | | |
|---|---|---|
| **5. Where you live** | | **If Debtor 2 lives at a different address:** |
| | **6940 N. Jensen St.** **Las Vegas, NV 89149-1365** Number, Street, City, State & ZIP Code | Number, Street, City, State & ZIP Code |
| | **Clark** County | County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | Number, P.O. Box, Street, City, State & ZIP Code | Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

- ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

- ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

- ☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

| Debtor 1 | **Mark Anthony Sawyer** | |
|---|---|---|
| Debtor 2 | **Jennifer Ann Sawyer** | Case number *(if known)* |

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.    The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

---

**8.    How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.    Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

---

**10.    Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No.

☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

---

**11.    Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐    No. Go to line 12.

☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Official Form 101    **Voluntary Petition for Individuals Filing for Bankruptcy**    page 3

| Debtor 1 | **Mark Anthony Sawyer** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Jennifer Ann Sawyer** | | | |

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor?***
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                          Number, Street, City, State & Zip Code

---

| | |
|---|---|
| Debtor 1 **Mark Anthony Sawyer** | |
| Debtor 2 **Jennifer Ann Sawyer** | Case number *(if known)* |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

| **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of**:

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Mark Anthony Sawyer**
Debtor 2    **Jennifer Ann Sawyer**                                    Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| /s/ Mark Anthony Sawyer | /s/ Jennifer Ann Sawyer |
|---|---|
| **Mark Anthony Sawyer** | **Jennifer Ann Sawyer** |
| Signature of Debtor 1 | Signature of Debtor 2 |
| Executed on  **April 29, 2026** | Executed on  **April 29, 2026** |
| MM / DD / YYYY | MM / DD / YYYY |

Debtor 1    **Mark Anthony Sawyer**

Debtor 2    **Jennifer Ann Sawyer**                                    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Zachariah Larson**                         Date     **April 29, 2026**

Signature of Attorney for Debtor                          MM / DD / YYYY

**Zachariah Larson 7787**

Printed name

**Larson & Zirzow, LLC**

Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**

Number, Street, City, State & ZIP Code

Contact phone    **702-382-1170**        Email address    **zlarson@lzlawnv.com**

**7787 NV**

Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

# United States Bankruptcy Court
### District of Nevada

In re  **Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Case No. _____

Debtor(s)  Chapter  **7** _____

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  **April 29, 2026** _____   **/s/ Mark Anthony Sawyer** _____
**Mark Anthony Sawyer**
Signature of Debtor

Date:  **April 29, 2026** _____   **/s/ Jennifer Ann Sawyer** _____
**Jennifer Ann Sawyer**
Signature of Debtor

Mark Anthony Sawyer
Jennifer Ann Sawyer
6940 N. Jensen St.
Las Vegas, NV 89149-1365

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

Nevada Dept. of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr.
Carson City, NV 89706

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

ACM North, LLC
2685 S. Rainbow Blvd. Ste. 213
Las Vegas, NV 89146

Anthony Napoli
c/o Dyer Law Firm
7410 Greenhaven Dr. Ste. 200A
Sacramento, CA 95831

Antoine Lee
3950 Paul Terrace
Fremont, CA 94538

ATD Commerce, LLC
2686 S. Rainbow Blvd. Ste. 213
Las Vegas, NV 89146

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Bank of America
Attn: Bankruptcy Dept/Managing Agent
PO Box 15019
Wilmington, DE 19886

Bessie Baker
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

Bosworth Capital Investments
c/o Avalon Legal Group, LLC
6030 S. Rainbow Blvd. Ste. D1
Las Vegas, NV 89118

Carl Robert Brown
c/o Bryan Naddafi, Esq.
6030 S. Rainbow Ste. D1
Las Vegas, NV 89118

Carlos Rodriguez
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

Centennial Hills Hospital
Attn: Bankruptcy Dept/Managing Agent
3075 E. Imperial Highway, Ste. 200
Brea, CA 92821

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850

Citibank
Attn: Bankruptcy Dept/Managing Agent
PO Box 790046
Saint Louis, MO 63179

Clyde Berg
249 West Jackson Street #330
Hayward, CA 94544

Colleen Toledo
249 West Jackson Street #330
Hayward, CA 94544

D3 Investments, LLC
c/o Avalon Legal Group, LLC
6030 S. Rainbow Blvd. Ste. D1
Las Vegas, NV 89118

Danai Kietikul
c/o Joel G. Selik, Esq.
304 S. Jones Blvd. #6615
Las Vegas, NV 89107

Dig Investors, LLC
c/o Lance Kerness
2685 S. Rainbow Blvd. Ste. 213
Las Vegas, NV 89146

Dimitri I. Mills, Jr.
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

Discovercard
Po Box 30939
Salt Lake City, UT 84130

Dorene Strand
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

Eden Toledo
249 West Jackson Street #330
Hayward, CA 94544

Elke Stephenson (Deceased)
c/o Silicon Valley Law Group
1 North Market Street, Ste. 200
San Jose, CA 95113

Estaban Toledo
249 West Jackson Street #330
Hayward, CA 94544

Esteban Toledo Family Foundation
249 West Jackson Street #330
Hayward, CA 94544

Gaelen Whittemore
c/o Avalon Legal Group, LLC
6030 S. Rainbow Blvd. Ste. D1
Las Vegas, NV 89118

Glackin LLC
c/o Seren Legal
Attn: K. Kasey Corbit, Esq.
21 Seacape Drive
Sausalito, CA 94965

Guild Mortgage Company
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 85046
San Diego, CA 92186

Jennifer Ann Sawyer
6940 N. Jensen St.
Las Vegas, NV 89149-1365

Jessica Napier
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

John Kahekili Mendonca
c/o Daniel M. Kansen Esq.
7251 W. Lake Mead. Ste. 450
Las Vegas, NV 89128

Julie Crawford
c/o Walter Pierce Hammon, Esq.
75 E Santa Clara St. #1400
San Jose, CA 95113

Lakisha Washington
c/o Wade Litigation, APC
Attn: H. Larry Elam, III Esq.
262 E. Main St.
Los Gatos, CA 95030

Lisa Gardner
c/o Omnus Law
Attn: Craig A. Hansen, Esq.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113

Luke Allard
249 West Jackson Street #330
Hayward, CA 94544

Mahesh Jammalamadaka
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

Mana'Olana Captial Ventures
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

Marta Nicole Rodzen
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

MAS Holdings Group, LLC
2685 S. Rainbow Blvd, Ste. 213
Las Vegas, NV 89146

Matthew Courtney
c/o Blilie Law
Attn: Craig Lewis, Esq.
235 Lincoln Rd. Ste., 310
Miami Beach, FL 33139

Ohio Dept of Commerce
Attn: Bankruptcy Dept/Managing Agent
77 S. High St., 23rd Floor
Columbus, OH 43215

Osprey Investment, Inc.
c/o James Kim - Attorneys at Law
Attn: James T. Kim, Esq.
2570 North First Street, Ste., 200
San Jose, CA 95037

Patrick Whitmarsh
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

Renee Dickenson
91 Frontier Trail Drive
Las Vegas, NV 89149

Richard Howell
c/o Sweeney Mason LLP
983 University Ave., Ste. C10
Los Gatos, CA 95032

Sawyer Holdings, LLC
6940 N. Jensen St.
Las Vegas, NV 89149

Scott Nakagawa
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

Select Portfolio Servicing
Attn: Bankruptcy Dept./Managing Agent
PO Box 65250
Salt Lake City, UT 84165

Shannon and Fidel Lopez
c/o Christopher J. Fry, Esq.
4227 Sunrise Boulevard, Ste. 200
Fair Oaks, CA 95628

Sherri Berg-Zorn
249 West Jackson Street #330
Hayward, CA 94544

Sonia Feldman
c/o Albright, Stoddard, Warnick
Attn: Daniel Reed Ormsby, Esq.
801 S. Rancho Dr. Ste., D-4
Las Vegas, NV 89106

Sonia Feldman
c/o Michael Machat, Esq.
8730 W. Sunset Blvd., Ste. 250
West Hollywood, CA 90069

Sonya Berg-O'Rosky
249 West Jackson Street #330
Hayward, CA 94544

Stan Solomonson
c/o Daniel Z. Inscore, Esq.
Inscore Law Corporation
440 Steven Ave. Ste. 200
Solana Beach, CA 92075-2059

Susan Nakagawa
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

T&T Irrevocable Trust
249 West Jackson Street #330
Hayward, CA 94544

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

The California BCSH
Attn: Bankruptcy Dept/Managing Agent
915 Capitol Mall, Ste. 350-A
Sacramento, CA 95814

Thomas Cardinale
c/o Snell & Wilmer L.L.P.
Attn: Bradley T. Austin, Esq.
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, NV 89135

Trebstone Ventures, LLC
c/o H. Stan Johnson, Esq.
375 E. Warm Springs Rd. Ste. 104
Las Vegas, NV 89119

Trivian, LLC
c/o Omnus Law
Attn: Craig A. Hansen, Esq.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113

United States District Court
District of Nevada
333 Las Vegas Blvd. So.
Las Vegas, NV 89101

Vicki Whitmarsh
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

Weststar Loan Servicing
Attn: Bankruptcy Dept/Managing Agent
2340 Paseo Del Prado D104
Las Vegas, NV 89102

Albright, Stoddard, Warnick & Albright
Attn: G. Mark Albright, Esq.
For: Sonia Feldman
801 S. Rancho Dr., Ste. D-4
Las Vegas, NV 89106

CA Dept of Taxation & Fee Admin
Attn: Bankruptcy Dept/Managing Agent
PO Box 942879
Sacramento, CA 94279

Danai Kietikul
C/o David S. Eisenmann, Esq.
2540 Camino Diablo, Ste., 202
Walnut Creek, CA 94597

Federal Bureau of Investigations
935 Pennsylvania Avenue, NW
Washington, DC 20535

Federal Burerau of Investigation
Las Vegas Division
1787 West Lake Mead Blvd.
Las Vegas, NV 89106-2135

John Kahekili Mendonca
c/o Seren Legal
Attn: S. Kasey Corbi
21 Seacape Drive
Sausalito, CA 94965

Matthew Courtney
c/o David J. Yaffe, Esq.
1135 Kane Concourse 3rd Fl.
Miami Beach, FL 33154

Thomas Cardinale
c/o JRG Attorneys at Law
318 Cayuga Street
Salinas, CA 93901

United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101