Certificate Number: 17082-NV-CC-040884905



17082-NV-CC-040884905

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 21, 2026, at 3:26 o'clock PM MST, MARK A SAWYER received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   April 21, 2026                    By:      /s/LeAnn Hernandez

                                          Name:   LeAnn Hernandez

                                          Title:   Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

Certificate Number: 17082-NV-CC-040913623



17082-NV-CC-040913623

# CERTIFICATE OF COUNSELING

I CERTIFY that on April 28, 2026, at 5:52 o'clock PM MST, JENNIFER A SAWYER received from Summit Financial Education, Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the District of Nevada, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date:   April 28, 2026            By:    /s/Leah R Hernandez

                                 Name:  Leah R Hernandez

                                 Title:  Certified Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).