E-filed: April 30, 2026

Bob L. Olson (NV Bar No. 3783)
Bradley T. Austin (NV Bar No. 13064)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
         baustin@swlaw.com
*Attorneys for Thomas Cardinale*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARK ANTHONY SAWYER and<br>JENNIFER ANN SAWYER,<br><br>Debtors. | Case No.: 26-12677-abl<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

Thomas Cardinale, by and through his undersigned counsel:

       Bob L. Olson, Esq.
       Bradley T. Austin, Esq.
       SNELL & WILMER L.L.P.
       1700 South Pavilion Center Drive, Suite 700
       Las Vegas, Nevada 89135

hereby formally appear and request that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the address listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

Dated:  April 30, 2026.

                              SNELL & WILMER L.L.P.

                              */s/ Bob L. Olson*
                              Bob L. Olson (NV Bar No. 3783)
                              Bradley T. Austin (NV Bar No. 13064)
                              1700 South Pavilion Center Drive, Suite 700
                              Las Vegas, NV 89135
                              *Attorneys for Thomas Cardinale*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89169
702.784.5200

4920-7818-3591