MEGAN K. MCHENRY, ESQ.
Nevada State Bar No. 9119
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax #:  702-434-3739
E-Mail:m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

*Attorneys for Creditor, Sonia Feldman*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARK ANTHONY SAWYER and<br>JENNIFER ANN SAWYER,<br><br>          Debtors. | Case No.: BK-S-26-12677-abl<br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND**<br>**REQUEST FOR SPECIAL NOTICE** |

*(left margin vertical text)* LAW OFFICE OF HAYES & WELSH 199 NORTH ARROYO GRANDE BLVB., SUITE 200 HENDERSON, NEVADA 89074 (702) 434-3444  FAX (702) 434-3739

PLEASE TAKE NOTICE that the Law Office of Hayes & Welsh and Megan K. McHenry, Esq., hereby appear as counsel to creditor Sonia Feldman ("Creditor") in the Chapter 7 case of the above-captioned debtor (the "Debtor").  Under title 11, chapter 7 of the United States Code ("Bankruptcy Code") and pursuant to Federal Rule of Bankruptcy Procedures, Rules 2002, 3017(a), 9007, and 9010(b) and 11 U.S.C. § 342, Creditor requests that copies of any and all notices, pleadings, motions, orders to show cause, applications, presentments, petitions, memoranda, affidavits, declarations, orders or other documents filed or entered in these cases, be transmitted to:

    Megan K. McHenry, Esq.
    Nevada State Bar No. 9119
    Law Office of Hayes & Welsh
    199 North Arroyo Grande Blvd., Suite 200
    Henderson, Nevada 89074
    m.mchenry@lvlaw.com; k.bratton@hayesandwelsh.onmicrosoft.com

PLEASE TAKE FURTHER NOTICE that this request includes, without limitation, not only the notices and papers referred to in the provisions specified above, but also includes orders and notices of any application, motion, petition, pleading, request, complaint, or

LAW OFFICE OF
HAYES & WELSH
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444  FAX (702) 434-3739

demand, whether formal or informal, written or oral, and whether transmitted or conveyed via mail, courier, hand-delivery, telephone, facsimile, electronically or otherwise, that (1) affects or seeks to affect, in any way, the rights or interests of Creditor or any other party in interest in this case, including (a) the Debtor, (b) property of the Debtor or the Debtor's estate or proceeds thereof, (c) claims against or interests in the Debtor, (d) other rights or interests of creditors of the Debtor or other parties in interest in this case or (e) property or proceeds thereof in the possession, custody or control of any person that the Debtor may seek to use, or (2) requires or prohibits, or seeks to require or prohibit any act, delivery of any property, payment or other conduct by Creditor or any other party in interest.

PLEASE TAKE FURTHER NOTICE that neither this notice of appearance nor any prior or later appearance, pleading claim or suit shall waive any right of Creditor (1) to have final orders in non-core matters entered only after *de novo* review by a higher court, (2) to trial by jury in any proceedings so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the reference withdrawn in any matter subject to mandatory or discretional withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments under agreements, in law, in equity or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  April 30, 2026.

LAW OFFICE OF HAYES & WELSH

By:    */s/ Megan K. McHenry*
MEGAN K. MCHENRY, ESQ.
Nevada State Bar No. 009119
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
*Attorneys for Creditor, Sonia Feldman*