**E-filed: May 1, 2026**

Bob L. Olson (NV Bar No. 3783)
Bradley T. Austin (NV Bar No. 13064)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bolson@swlaw.com
           baustin@swlaw.com

*Attorneys for Thomas Cardinale*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 26-12677-abl |
| MARK ANTHONY SAWYER and JENNIFER ANN SAWYER, | Chapter 7 |
| Debtors. | **CERTIFICATE OF SERVICE** |

I served a true and correct copy of the *Notice of Appearance and Request for Notice* [ECF No. 7] for Snell & Wilmer L.L.P., attorneys for Thomas Cardinale, in the above matter, via the following means, on the date specified, to the persons as listed below:

**VIA THE COURT'S CM/ECF SYSTEM (April 30, 2026):**

See filing receipt for ECF No. 7 attached as **Exhibit 1**.

**VIA U.S. MAIL (postage fully pre-paid) (May 1, 2026):**

RICHARD E ATKINSON
376 E WARM SPRINGS RD STE 130
LAS VEGAS NV 89119

US TRUSTEE – LV – 7
300 LAS VEGAS BLVD SO SUTE 4300
LAS VEGAS NV 89101

STATE OF NEVADA
DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY NV 89713-0001

///

4896-7203-2167

*Snell & Wilmer*
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89169
702.784.5200

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

NEVADA DEPT OF TAXATION
BANKRUPTCY SECTION
700 EAST WARM SPRINGS RD 2ND FLOOR
LAS VEGAS NV 89119

CLARK COUNTY ASSESSOR
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551401
LAS VEGAS NV 89155-1401

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551220
LAS VEGAS NV 89155-1220

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 1, 2026.          /s/ Mary Full
                              An Employee of Snell & Wilmer L.L.P.

- 2 -

4896-7203-2167

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada  89169
702.784.5200

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

26-12677-abl MARK ANTHONY SAWYER and JENNIFER ANN SAWYER

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 2 (Las Vegas) |
| Assets: n | Judge: abl | Case Flag: DebtEd, BAPCPA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 4/30/2026 at 1:33 PM PDT and filed on 4/30/2026
**Case Name:**      MARK ANTHONY SAWYER and JENNIFER ANN SAWYER
**Case Number:**      26-12677-abl
**Document Number:** 7

**Docket Text:**
Notice of Appearance , Request for Special Notice Filed by BOB L. OLSON on behalf of THOMAS CARDINALE (OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Cardinale_Sawyer - NOA.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/30/2026] [FileNumber=37542170-0
] [fdca6de8b457cb1a135899fd81e390b47013dca6ef1b76129504e586e3b8e7ec332
26709205bc8b1d42594ca5cdfd76a8806edde50545370bc500476fd410ef3]]

**26-12677-abl Notice will be electronically mailed to:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

ZACHARIAH LARSON on behalf of Debtor MARK ANTHONY SAWYER
zlarson@lzlawnv.com,
hannah@lzlawnv.com;Jennifer@lzlawnv.com;bchambliss@lzlawnv.com;trish@lzlawnv.com;carey@lzlawnv.com;mzirzow@lzlawnv.com

ZACHARIAH LARSON on behalf of Joint Debtor JENNIFER ANN SAWYER
zlarson@lzlawnv.com,
hannah@lzlawnv.com;Jennifer@lzlawnv.com;bchambliss@lzlawnv.com;trish@lzlawnv.com;carey@lzlawnv.com;mzirzow@lzlawnv.com

BOB L. OLSON on behalf of Creditor THOMAS CARDINALE
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

U.S. TRUSTEE - LV - 7
USTPRegion17.LV.ECF@usdoj.gov

**26-12677-abl Notice will not be electronically mailed to:**