United States Bankruptcy Court

District of Nevada

In re:                                                                                                Case No. 26-12677-abl

MARK ANTHONY SAWYER                                                          Chapter 7

JENNIFER ANN SAWYER

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0978-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 309A | Total Noticed: 83 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | MARK ANTHONY SAWYER, JENNIFER ANN SAWYER, 6940 N. JENSEN ST., LAS VEGAS, NV 89149-1365 |
| 12945272 | + | ACM NORTH, LLC, 2685 S. RAINBOW BLVD. STE. 213, LAS VEGAS, NV 89146-5189 |
| 12945273 | + | ANTHONY NAPOLI, C/O DYER LAW FIRM, 7410 GREENHAVEN DR. STE. 200A, SACRAMENTO, CA 95831-5160 |
| 12945274 | + | ANTOINE LEE, 3950 PAUL TERRACE, FREMONT, CA 94538-4963 |
| 12945275 | | ATD COMMERCE, LLC, 2686 S. RAINBOW BLVD. STE. 213, LAS VEGAS, NV 89146 |
| 12945278 | + | BESSIE BAKER, C/O FRY LAW CORPORATION, ATTN: CHRISTOPHER J. FRY, ESQ., 4227 SUNRISE BLVD., STE., 200, FAIR OAKS, CA 95628-7026 |
| 12945279 | + | BOSWORTH CAPITAL INVESTMENTS, C/O AVALON LEGAL GROUP, LLC, 6030 S. RAINBOW BLVD. STE. D1, LAS VEGAS, NV 89118-2548 |
| 12945280 | + | CARL ROBERT BROWN, C/O BRYAN NADDAFI, ESQ., 6030 S. RAINBOW STE. D1, LAS VEGAS, NV 89118-2548 |
| 12945281 | | CARLOS RODRIGUEZ, C/O CHUGH LLP, 15925 CARMENITA RD., CERRITOS, CA 90703-2206 |
| 12945282 | + | CENTENNIAL HILLS HOSPITAL, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, 3075 E. IMPERIAL HIGHWAY, STE. 200, BREA, CA 92821-6753 |
| 12945285 | + | CLYDE BERG, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945286 | + | COLLEEN TOLEDO, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945287 | + | D3 INVESTMENTS, LLC, C/O AVALON LEGAL GROUP, LLC, 6030 S. RAINBOW BLVD. STE. D1, LAS VEGAS, NV 89118-2548 |
| 12945338 | + | DANAI KIETIKUL, C/O DAVID S. EISENMANN, ESQ., 2540 CAMINO DIABLO, STE., 202, WALNUT CREEK, CA 94597-3944 |
| 12945288 | + | DANAI KIETIKUL, C/O JOEL G. SELIK, ESQ., 304 S. JONES BLVD. #6615, LAS VEGAS, NV 89107-2623 |
| 12945289 | + | DIG INVESTORS, LLC, C/O LANCE KERNESS, 2685 S. RAINBOW BLVD. STE. 213, LAS VEGAS, NV 89146-5189 |
| 12945290 | + | DIMITRI I. MILLS, JR., C/O DUNN & PANAGOTACOS LLP, ATTN: RYAN T. DUNN, ESQ., 354 PINE STREET, FIFTH FLOOR, SAN FRANCISCO, CA 94104-3224 |
| 12945292 | | DORENE STRAND, C/O CHUGH LLP, 15925 CARMENITA RD., CERRITOS, CA 90703-2206 |
| 12945293 | + | EDEN TOLEDO, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945294 | + | ELKE STEPHENSON (DECEASED), C/O SILICON VALLEY LAW GROUP, 1 NORTH MARKET STREET, STE. 200, SAN JOSE, CA 95113-1207 |
| 12945295 | + | ESTABAN TOLEDO, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945296 | + | ESTEBAN TOLEDO FAMILY FOUNDATION, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945339 | + | FEDERAL BUREAU OF INVESTIGATIONS, 935 PENNSYLVANIA AVENUE, NW, WASHINGTON, DC 20535-0001 |
| 12945340 | | FEDERAL BURERAU OF INVESTIGATION, LAS VEGAS DIVISION, 1787 WEST LAKE MEAD BLVD., LAS VEGAS, NV 89106-2135 |
| 12945297 | + | GAELEN WHITTEMORE, C/O AVALON LEGAL GROUP, LLC, 6030 S. RAINBOW BLVD. STE. D1, LAS VEGAS, NV 89118-2548 |
| 12945298 | + | GLACKIN LLC, C/O SEREN LEGAL, ATTN: K. KASEY CORBIT, ESQ., 21 SEACAPE DRIVE, SAUSALITO, CA 94965-9742 |
| 12945301 | + | JESSICA NAPIER, C/O DUNN & PANAGOTACOS LLP, ATTN: RYAN T. DUNN, ESQ., 354 PINE STREET, FIFTH FLOOR, SAN FRANCISCO, CA 94104-3224 |
| 12945302 | + | JOHN KAHEKILI MENDONCA, C/O DANIEL M. KANSEN ESQ., 7251 W. LAKE MEAD. STE. 450, LAS VEGAS, NV 89128-8376 |
| 12945341 | + | JOHN KAHEKILI MENDONCA, C/O SEREN LEGAL, ATTN: S. KASEY CORBI, 21 SEACAPE DRIVE, SAUSALITO, CA 94965-9742 |
| 12945303 | + | JULIE CRAWFORD, C/O WALTER PIERCE HAMMON, ESQ., 75 E SANTA CLARA ST. #1400, SAN JOSE, CA 95113-1839 |
| 12945304 | + | LAKISHA WASHINGTON, C/O WADE LITIGATION, APC, ATTN: H. LARRY ELAM, III ESQ., 262 E. MAIN ST., LOS GATOS, CA 95030-6107 |
| 12945305 | + | LISA GARDNER, C/O OMNUS LAW, ATTN: CRAIG A. HANSEN, ESQ., 75 E. SANTA CLARA STREET, SUITE 1150, SAN JOSE, CA 95113-1835 |
| 12945306 | + | LUKE ALLARD, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945307 | | MAHESH JAMMALAMADAKA, C/O CHUGH LLP, 15925 CARMENITA RD., CERRITOS, CA 90703-2206 |
| 12945308 | + | MANA'OLANA CAPTIAL VENTURES, C/O FRY LAW CORPORATION, ATTN: CHRISTOPHER J. FRY, ESQ., 4227 SUNRISE BLVD., STE., 200, FAIR OAKS, CA 95628-7026 |
| 12945309 | | MARTA NICOLE RODZEN, C/O CHUGH LLP, 15925 CARMENITA RD., CERRITOS, CA 90703-2206 |
| 12945310 | + | MAS HOLDINGS GROUP, LLC, 2685 S. RAINBOW BLVD, STE. 213, LAS VEGAS, NV 89146-5189 |

District/off: 0978-2                    User: admin                            Page 2 of 4

Date Rcvd: Apr 29, 2026                 Form ID: 309A                          Total Noticed: 83

| | | |
|---|---|---|
| 12945311 | + | MATTHEW COURTNEY, C/O BLILIE LAW, ATTN: CRAIG LEWIS, ESQ., 235 LINCOLN RD. STE., 310, MIAMI BEACH, FL 33139-3141 |
| 12945342 | + | MATTHEW COURTNEY, C/O DAVID J. YAFFE, ESQ., 1135 KANE CONCOURSE 3RD FL., MIAMI BEACH, FL 33154-2025 |
| 12945312 | + | OHIO DEPT OF COMMERCE, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, 77 S. HIGH ST., 23RD FLOOR, COLUMBUS, OH 43215-6199 |
| 12945313 | + | OSPREY INVESTMENT, INC., C/O JAMES KIM - ATTORNEYS AT LAW, ATTN: JAMES T. KIM, ESQ., 2570 NORTH FIRST STREET, STE., 200, SAN JOSE, CA 95131-1037 |
| 12945314 | + | PATRICK WHITMARSH, C/O DUNN & PANAGOTACOS LLP, ATTN: RYAN T. DUNN, ESQ., 354 PINE STREET, FIFTH FLOOR, SAN FRANCISCO, CA 94104-3224 |
| 12945315 | | RENEE DICKENSON, 91 FRONTIER TRAIL DRIVE, LAS VEGAS, NV 89149 |
| 12945316 | + | RICHARD HOWELL, C/O SWEENEY MASON LLP, 983 UNIVERSITY AVE., STE. C10, LOS GATOS, CA 95032-7637 |
| 12945317 | + | SAWYER HOLDINGS, LLC, 6940 N. JENSEN ST., LAS VEGAS, NV 89149-1365 |
| 12945318 | + | SCOTT NAKAGAWA, C/O FRY LAW CORPORATION, ATTN: CHRISTOPHER J. FRY, ESQ., 4227 SUNRISE BLVD., STE., 200, FAIR OAKS, CA 95628-7026 |
| 12945320 | + | SHANNON AND FIDEL LOPEZ, C/O CHRISTOPHER J. FRY, ESQ., 4227 SUNRISE BOULEVARD, STE. 200, FAIR OAKS, CA 95628-7026 |
| 12945321 | + | SHERRI BERG-ZORN, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945323 | + | SONIA FELDMAN, C/O MICHAEL MACHAT, ESQ., 8730 W. SUNSET BLVD., STE. 250, WEST HOLLYWOOD, CA 90069-2281 |
| 12945322 | + | SONIA FELDMAN, C/O ALBRIGHT, STODDARD, WARNICK, ATTN: DANIEL REED ORMSBY, ESQ., 801 S. RANCHO DR. STE., D-4, LAS VEGAS, NV 89106-3807 |
| 12945324 | + | SONYA BERG-O'ROSKY, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945325 | | STAN SOLOMONSON, C/O DANIEL Z. INSCORE, ESQ., INSCORE LAW CORPORATION, 440 STEVEN AVE. STE. 200, SOLANA BEACH, CA 92075-2059 |
| 12945326 | + | SUSAN NAKAGAWA, C/O FRY LAW CORPORATION, ATTN: CHRISTOPHER J. FRY, ESQ., 4227 SUNRISE BLVD., STE., 200, FAIR OAKS, CA 95628-7026 |
| 12945327 | + | T&T IRREVOCABLE TRUST, 249 WEST JACKSON STREET #330, HAYWARD, CA 94544-1811 |
| 12945329 | + | THE CALIFORNIA BCSH, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, 915 CAPITOL MALL, STE. 350-A, SACRAMENTO, CA 95814-4801 |
| 12945343 | + | THOMAS CARDINALE, C/O JRG ATTORNEYS AT LAW, 318 CAYUGA STREET, SALINAS, CA 93901-2751 |
| 12945330 | + | THOMAS CARDINALE, C/O SNELL & WILMER L.L.P., ATTN: BRADLEY T. AUSTIN, ESQ., 1700 S. PAVILION CENTER DRIVE, STE. 700, LAS VEGAS, NV 89135-1865 |
| 12945331 | + | TREBSTONE VENTURES, LLC, C/O H. STAN JOHNSON, ESQ., 375 E. WARM SPRINGS RD. STE. 104, LAS VEGAS, NV 89119-4260 |
| 12945332 | + | TRIVIAN, LLC, C/O OMNUS LAW, ATTN: CRAIG A. HANSEN, ESQ., 75 E. SANTA CLARA STREET, SUITE 1150, SAN JOSE, CA 95113-1835 |
| 12945333 | + | UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, 333 LAS VEGAS BLVD. SO., LAS VEGAS, NV 89101-7065 |
| 12945334 | + | VICKI WHITMARSH, C/O DUNN & PANAGOTACOS LLP, ATTN: RYAN T. DUNN, ESQ., 354 PINE STREET, FIFTH FLOOR, SAN FRANCISCO, CA 94104-3224 |
| 12945335 | + | WESTSTAR LOAN SERVICING, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, 2340 PASEO DEL PRADO D104, LAS VEGAS, NV 89102-4340 |

TOTAL: 62

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: zlarson@lzlawnv.com | Apr 30 2026 00:54:00 | ZACHARIAH LARSON, LARSON AND ZIRZOW, LLC, 850 E. BONNEVILLE AVE., LAS VEGAS, NV 89101 |
| tr | + | Email/Text: robert.atkinson@txitrustee.com | Apr 30 2026 00:54:00 | ROBERT E. ATKINSON, 376 E WARM SPRINGS RD STE 130, LAS VEGAS, NV 89119-4262 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Apr 30 2026 00:54:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |
| 12945336 | | Email/Text: bwalters@albrightstoddard.com | Apr 30 2026 00:54:00 | ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, ATTN: G. MARK ALBRIGHT, ESQ., FOR: SONIA FELDMAN, 801 S. RANCHO DR., STE. D-4, LAS VEGAS, NV 89106 |
| 12945273 | + | Email/Text: ddyer@dyerlawfirm.com | Apr 30 2026 00:54:00 | ANTHONY NAPOLI, C/O DYER LAW FIRM, 7410 GREENHAVEN DR. STE. 200A, SACRAMENTO, CA 95831-5160 |
| 12945276 | | EDI: BANKAMER | Apr 30 2026 04:39:00 | BANK OF AMERICA, ATTN: BANKRUPTCY, P.O.BOX 15019, WILMINGTON, DE 19886 |

| District/off: 0978-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 29, 2026 | Form ID: 309A | Total Noticed: 83 |

| | | | |
|---|---|---|---|
| 12945277 | EDI: BANKAMER | Apr 30 2026 04:39:00 | BANK OF AMERICA, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, PO BOX 15019, WILMINGTON, DE 19886 |
| 12945337 | + EDI: CALTAXFEE | Apr 30 2026 04:45:00 | CA DEPT OF TAXATION & FEE ADMIN, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, PO BOX 942879, SACRAMENTO, CA 94279-0001 |
| 12945283 | + EDI: JPMORGANCHASE | Apr 30 2026 04:39:00 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15299, WILMINGTON, DE 19850-5299 |
| 12945284 | + EDI: CITICORP | Apr 30 2026 04:45:00 | CITIBANK, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, PO BOX 790046, SAINT LOUIS, MO 63179-0046 |
| 12945267 | + Email/Text: AOBusOfc@clarkcountynv.gov | Apr 30 2026 00:54:00 | CLARK COUNTY ASSESSOR, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, BOX 551401, LAS VEGAS, NV 89155-4502 |
| 12945266 | + Email/Text: Trbank@clarkcountynv.gov | Apr 30 2026 00:54:00 | CLARK COUNTY TREASURER, C/O BANKRUPTCY CLERK, 500 S. GRAND CENTRAL PKWY, P.O. BOX 551220, LAS VEGAS, NV 89155-1220 |
| 12945268 | + EDI: NEVDETR | Apr 30 2026 04:45:00 | DEPT. OF EMPL, TRAINING & REHAB, EMPLOYMENT SECURITY DIVISION, 500 EAST THIRD STREET, CARSON CITY, NV 89713-0002 |
| 12945291 | + EDI: DISCOVER | Apr 30 2026 04:39:00 | DISCOVERCARD, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 12945299 | ^ MEBN | Apr 30 2026 00:43:50 | GUILD MORTGAGE COMPANY, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, P.O. BOX 85046, SAN DIEGO, CA 92186-5046 |
| 12945265 | + EDI: IRS.COM | Apr 30 2026 04:45:00 | INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 12945270 | + Email/Text: tax-bankruptcy@tax.state.nv.us | Apr 30 2026 00:55:00 | NEVADA DEPT. OF TAXATION, ATTN: BANKRUPTCY SECTION, 3850 ARROWHEAD DR., CARSON CITY, NV 89706-7939 |
| 12945319 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 30 2026 00:55:00 | SELECT PORTFOLIO SERVICING, ATTN: BANKRUPTCY DEPT./MANAGING AGENT, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 12945269 | + Email/Text: ssa.bankruptcy@ssa.gov | Apr 30 2026 00:54:00 | SOCIAL SECURITY ADMINISTRATION, OFFICE OF THE GENERAL COUNSEL, OFFICE OF PROGRAM LIT. ATTN: BANKRUPTCY, 6401 SECURITY BLVD., BALTIMORE, MD 21235-0001 |
| 12945328 | + EDI: LCITDAUTO | Apr 30 2026 04:45:00 | TD AUTO FINANCE, ATTN: BANKRUPTCY, PO BOX 9223, FARMINGTON HILLS, MI 48333-9223 |
| 12945271 | + Email/Text: bankruptcynotices@sba.gov | Apr 30 2026 00:54:00 | U.S. SMALL BUSINESS ADMINISTRATION, ATTN: BANKRUPTCY DEPT/MANAGING AGENT, 409 3RD ST., SW, WASHINGTON, DC 20416-0002 |
| 12945344 | + Email/Text: usanv.ecf-bk@usdoj.gov | Apr 30 2026 00:54:00 | UNITED STATES ATTORNEY'S OFFICE, ATTN: CIVIL PROCESS CLERK, 501 LAS VEGAS BLVD. SO., STE. 1100, LAS VEGAS, NV 89101-6521 |

TOTAL: 22

District/off: 0978-2                          User: admin                          Page 4 of 4

Date Rcvd: Apr 29, 2026                       Form ID: 309A                        Total Noticed: 83

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID      Bypass Reason   Name and Address**
12945300         *              JENNIFER ANN SAWYER, 6940 N. JENSEN ST., LAS VEGAS, NV 89149-1365

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2026                    Signature:        /s/Gustava Winters

Information to identify the case:

| | |
|---|---|
| Debtor 1: | MARK ANTHONY SAWYER |
| | First Name   Middle Name   Last Name |
| Debtor 2: | JENNIFER ANN SAWYER |
| (Spouse, if filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court:   District of Nevada | |
| Case number:   26–12677–abl | |

Social Security number or ITIN:   xxx–xx–4261
EIN:   _ _–_ _ _ _ _ _ _

Social Security number or ITIN:   xxx–xx–6951
EIN:   _ _–_ _ _ _ _ _ _

Date case filed for chapter:   7   4/29/26

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | Debtor's full name | MARK ANTHONY SAWYER | | JENNIFER ANN SAWYER |
| 2. | All other names used in the last 8 years | | | |
| 3. | Address | 6940 N. JENSEN ST. LAS VEGAS, NV 89149–1365 | | 6940 N. JENSEN ST. LAS VEGAS, NV 89149–1365 |
| 4. | Debtor's attorney Name and address | ZACHARIAH LARSON LARSON AND ZIRZOW, LLC 850 E. BONNEVILLE AVE. LAS VEGAS, NV 89101 | | Contact phone 702–382–1170  Email:  zlarson@lzlawnv.com |
| 5. | Bankruptcy trustee Name and address | ROBERT E. ATKINSON 376 E WARM SPRINGS RD STE 130 LAS VEGAS, NV 89119 | | Contact phone 702 617–3200 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

Debtor  **MARK ANTHONY SAWYER**  and  **JENNIFER ANN SAWYER**        Case number **26–12677–abl**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 4/29/26 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.<br><br>**For additional meeting information, go to www.justice.gov/ust/moc** | **June 5, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 345 988 8172, and Passcode 5744209853, OR call 1 725 237 1880** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 8/4/26** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |