United States Bankruptcy Court

District of Nevada

In re:

MARK ANTHONY SAWYER

JENNIFER ANN SAWYER

Debtors

Case No. 26-12677-abl

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0978-2

Date Rcvd: Apr 30, 2026

User: admin

Form ID: ndef7i

Page 1 of 1

Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2026:**

**Recip ID**        **Recipient Name and Address**
db/jdb               MARK ANTHONY SAWYER, JENNIFER ANN SAWYER, 6940 N. JENSEN ST., LAS VEGAS, NV 89149-1365

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| ROBERT E. ATKINSON | Robert@ch7.vegas  TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com |
| U.S. TRUSTEE - LV - 7 | USTPRegion17.LV.ECF@usdoj.gov |
| ZACHARIAH LARSON | on behalf of Joint Debtor JENNIFER ANN SAWYER zlarson@lzlawnv.com hannah@lzlawnv.com;Jennifer@lzlawnv.com;bchambliss@lzlawnv.com;trish@lzlawnv.com;carey@lzlawnv.com;mzirzow@lzlawnv.com |
| ZACHARIAH LARSON | on behalf of Debtor MARK ANTHONY SAWYER zlarson@lzlawnv.com hannah@lzlawnv.com;Jennifer@lzlawnv.com;bchambliss@lzlawnv.com;trish@lzlawnv.com;carey@lzlawnv.com;mzirzow@lzlawnv.com |

TOTAL: 4

NVB 1007–1 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                           BK–26–12677–abl
                                                 CHAPTER 7
MARK ANTHONY SAWYER

JENNIFER ANN SAWYER

                                                 NOTICE OF INCOMPLETE
                        Debtor(s)                AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a Voluntary Petition on 4/29/26. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

* The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with the Voluntary Petition:
    * Declaration About an Individual Debtor's Schedules (Official Form 106Dec)
    * Summary of Your Assets and Liabilities and Certain Statistical Information (28 U.S.C. Section 159) (Official Form 106Sum)
    * Schedule A/B: Property (Official Form 106A/B)
    * Schedule C: Property You Claim as Exempt (Official Form 106C)
    * Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D)
    * Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F)
    * Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G)
    * Schedule H: Your Codebtors (Official Form 106H)
    * Schedule I: Your Income (Official Form 106I)
* The Statement of Financial Affairs for Individuals Filing for Bankruptcy (Official Form 107), required pursuant to Fed. R. Bankr. P. 1007(b) and (c), was not filed with the Voluntary Petition.
* The Statement of Intention for Individuals Filing Under Chapter 7 (Official Form 108), required pursuant to Fed. R. Bankr. P. 1007(b)(2) and 11 U.S.C. Section 521(a)(2), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

* Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of Compensation (Form 2030) as required by 11 U.S.C. Section 329.

STATEMENT OF SOCIAL SECURITY NUMBER/TAX IDENTIFICATION NUMBER:

* Pursuant to Fed. R. Bankr. P. 1007(f), the debtor(s) has failed to file a verified Statement About Your Social Security Numbers (Official Form 121).

STATEMENT OF CURRENT MONTHLY INCOME AND MEANS TEST CALCULATION – INDIVIDUALS ONLY:

    \*    The Chapter 7 Statement of Your Current Monthly Income and/or Statement of Exemption from Presumption of Abuse Under Section 707(b)(2) and/or Chapter 7 Means Test Calculation (Forms 122A−1, 122A−1Supp and 122A−2), required pursuant to Fed. R. Bankr. P. 1007(b)(4) and (c), were not filed at the same time as the Voluntary Petition.

DECLARATION RE: ELECTRONIC FILING:

    \*    The debtor(s) failed to file a Declaration under penalty of perjury re: Electronic Filing pursuant to LR 5005, and Electronic Filing Procedures, or has failed to include a proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and LR 5005.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 4/30/26

Dan Owens
Clerk of Court