LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
E-mail: bchambliss@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARK ANTHONY SAWYER, and<br>JENNIFER ANN SAWYER,<br><br>Debtors. | Case No.: 26-12677-abl<br>Chapter 7<br><br><br>Date:  June 10, 2026<br>Time: 9:30 a.m. |

**DEBTORS' MOTION FOR EXTENSION OF TIME**
**TO FILE BANKRUPTCY SCHEDULES AND STATEMENTS**

Debtors, Mark Anthony Sawyer ("Mr. Sawyer") and Jennifer Ann Sawyer ("Mrs. Sawyer" and together with Mr. Sawyer, the "Debtors"), by and through their counsel of record, Larson & Zirzow, LLC, hereby submit their motion (the "Motion") for entry of an order granting an extension of time for Debtors to file their Schedules and Statements (defined below) pursuant to Fed. R. Bankr. P. 1007(a)(5), 1007(c), and LR 1007(c).[1] In support of their Motion, Debtors respectfully represent as follows:

**JURISDICTION AND VENUE**

1.     The Court has subject matter jurisdiction to consider and determine this Motion

---

[1] Unless otherwise noted, all references herein to the "Bankruptcy Code" are to Title 11 of the United States Code; all references to a "Rule" are to the Federal Rules of Civil Procedure; all references to a "Bankruptcy Rule" are to the Federal Rules of Bankruptcy Procedure; all referenced to "LR" are to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court, District of Nevada.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel:  (702) 382-1170   Fax:  (702) 382-1169

pursuant to 28 U.S.C. §§ 157 and 1334, and LR 1001(b)(1). This Motion is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper for the Chapter 7 case and this Motion in this District pursuant to 28 U.S.C. §§ 1408(1) and 1409(a). Pursuant to LR 9014.2, Debtors consent to entry of final order(s) or judgment(s) by the bankruptcy judge if it is determined that the bankruptcy judge, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

### RELEVANT BACKGROUND

2.     On April 29, 2026 (the "Petition Date"), Debtors filed a voluntary petition (the "Petition") for relief under chapter 7 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy case (the "Chapter 7 Case"). ECF No. 1. Robert E. Atkinson was appointed by the Office of the United States Trustee to serve as trustee in the Chapter 7 Case. ECF No. 3.

3.     A description of the events leading up to the Petition Date, as well as the factual predicates for the relief requested in this Motion, are set forth in the *Declaration of Benjamin M. Chambliss, Esq.*, attached hereto as **Exhibit 1** (the "Chambliss Declaration").

### RELIEF REQUESTED

4.     By this Motion, Debtors seek entry of an order extending Debtors' time to file the outstanding bankruptcy documents required under Section 521 of the Bankruptcy Code, including their schedules of assets and liabilities, of current income and expenditures, their statement of financial affairs, and related lists and documents (collectively, the "Schedules and Statements").

5.     As detailed in the Chambliss Declaration, prior to the Petition Date, Debtors faced multiple lawsuits, potential imminent attachment of assets, and severely restricted access to relevant documents and financial information. Debtors filed the Chapter 7 Case to avail themselves of the protections afforded by the automatic stay while seeking an organized administration of their assets and liabilities under the Bankruptcy Code. As a direct and unavoidable consequence of Debtors not having access to voluminous amounts of seized financial documents and information, Debtors were unable to compile all the pertinent documents necessary to fully complete the Schedules and Statements prior to the Petition Date.

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

6. Debtors' counsel is working with Debtors to finalize the Schedules and Statements, however the fourteen (14) day automatic extension provided under Bankruptcy Rule 1007(c) will not be sufficient to permit completion and filing of the Schedules and Statements. Accordingly, Debtors require additional time to collect the information necessary to complete the Schedules and Statements. The initial and current deadline under Bankruptcy Rule 1007(c) to file the Schedules and Statements is May 13, 2026. ECF No. 5. Debtors estimate that fourteen (14) additional days from such deadline, or to May 27, 2026, will provide sufficient time to prepare and file the Schedules and Statements. Therefore, Debtors request an extension of the deadline to file the Schedules and Statements through and including May 27, 2026.

7. Debtors respectfully submit that good cause exists to grant an extension for the reasons set forth herein, because such extensions are routinely granted in chapter 7 cases, and because if approved the extension will greatly enhance the accuracy of the Schedules and Statements filed, thereby reducing the need for subsequent substantive amendments. No prior requests for extensions have been made to this Court, and Debtors assert no creditors or parties in interest will be prejudiced by the extension requested because it will not interfere with any other deadlines in the Chapter 7 Case.

WHEREFORE, Debtors respectfully request that this Court enter an Order substantially in the form submitted herewith as **Exhibit 2** granting Debtors an extension through and including May 27, 2026, to file the Schedules and Statements. Debtors also request such other and further relief as is just and proper.

Dated: May 5, 2026.

By:   /s/ Benjamin M. Chambliss, Esq.
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

*Attorneys for Debtors*

**LARSON & ZIRZOW, LLC**
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

# EXHIBIT 1

# EXHIBIT 1

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
E-mail: bchambliss@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

*Attorneys for Debtors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No.: 26-12677-abl |
| --- | --- |
| | Chapter 7 |
| MARK ANTHONY SAWYER, and JENNIFER ANN SAWYER, | |
| | Date:  June 10, 2026 |
| Debtors. | Time: 9:30 a.m. |

**DECLARATION OF BENJAMIN M. CHAMBLISS, ESQ. IN SUPPORT OF
DEBTORS' MOTION FOR EXTENSION OF TIME
TO FILE BANKRUPTCY SCHEDULES AND STATEMENTS**

Benjamin M. Chambliss, Esq., hereby declares as follows:

1.      I, Benjamin M. Chambliss, Esq., am an attorney with the law firm of Larson & Zirzow, LLC ("LZ"), located at 850 E. Bonneville Ave., Las Vegas, Nevada 89101.

2.      I am over the age of 18 and mentally competent. Unless otherwise indicated or expressed, I have personal knowledge of the facts set forth in this declaration (the "Declaration"). To the extent any facts set forth herein are stated upon my information and belief, I believe such facts to be true and correct. If called upon to testify as to the limited matters set forth in this Declaration, I could and would do so as set forth herein.

3.      LZ is general bankruptcy counsel of record for Mark Anthony Sawyer ("Mr. Sawyer") and Jennifer Ann Sawyer ("Mrs. Sawyer" and together with Mr. Sawyer, the "Debtors") in the above-captioned bankruptcy case (the "Chapter 7 Case"). I submit this Declaration in support

of *Debtors' Motion for Extension of Time to File Bankruptcy Schedules and Statements* (the "Motion").[1]

4.    On April 29, 2026 (the "Petition Date"), Debtors commenced the Chapter 7 Case by filing a voluntary petition (the "Petition") for relief under Chapter 7 of the Bankruptcy Code. The Schedules and Statements required by Section 521 of the Bankruptcy Code were not filed with the Petition on the Petition Date for the reasons detailed herein.

5.    Prior to the Petition Date, on or about January 12, 2026, the Honorable Daniel J. Albregts, U.S. Magistrate Judge for the United States District Court, District of Nevada (the "District Court"), issued multiple search warrants in cases pending in the District Court as Case Nos. 2:26-mj-00016-DJA, 2:26-mj-00018-DJA, and 2:26-mj-00019-DJA (the "District Court Cases"), including a warrant for search of real property located at 6940 N. Jensen St., Las Vegas, Nevada, 89149 (the "Property"). The Property is the Debtors' primary residence.

6.    On or about January 14, 2026, the United States Department of Justice, Federal Bureau of Investigation ("FBI"), executed the warrant for search of the Property and seized voluminous amounts of physical and electronically stored documents and information, along with approximately eight (8) computers, six (6) external hard drives or flash drives, six (6) iPads or tablets, ten (10) smart phones, and other property (the "Seized Property"). Among the Seized Property were personal and business documents, business binders, LLC and trust binders, business formation documents, financial statements, bank statements, bank documents, bank receipts, tax documents, legal documents, court documents, promissory notes, and various other documents relating to multiple businesses and entities.

7.    As of the Petition Date, Debtors did not have access to the Seized Property.

8.    Also as of the Petition Date, Mr. Sawyer was a named defendant in multiple lawsuits, including certain litigation pending before the Honorable Jayne C. Lee ("Judge Lee") in the Superior Court of the State of California, County of San Joaquin, Case No. STK-CV-UBC-2024-

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170    Fax: (702) 382-1169

2

0016723, styled *Richard Howell v. Anthony Napoli, Mark Sawyer et al.* (the "Howell Litigation").

9.      In the Howell Litigation, Plaintiff Howell filed *Applications for Right to Attach Order and Writ of Attachment* (the "Writ Requests") as to all defendants, including Mr. Sawyer, which were scheduled to be heard April 30, 2026. On April 29, 2026, Judge Lee denied the Writ Requests by a tentative ruling entered pursuant to Rule 3.1312(a) of the California Rules of Court and Section 1019.5(a) of the California Code of Civil Procedure (the "Tentative Ruling"). The Tentative Ruling did not vacate the scheduled hearing on the Writ Requests, however, and counsel for Plaintiff Howell communicated to counsel for Mr. Sawyer that he intended to contest the Tentative Ruling at the hearing still scheduled for April 30, 2026.

10.      Prior to the Petition Date, Debtors were faced with multiple lawsuits, potential imminent attachment of assets, and severely restricted access to relevant documents and financial information. Debtors filed the Chapter 7 Case to avail themselves of the protections afforded by the automatic stay while seeking an organized administration of their assets and liabilities under the Bankruptcy Code. As a direct and unavoidable consequence of Debtors still not having access to the Seized Property, Debtors were unable to compile all the pertinent documents and financial information necessary to fully complete the Schedules and Statements prior to the Petition Date.

11.      LZ is working diligently with Debtors to finalize the Schedules and Statements. As this time, it is estimated that fourteen (14) additional days from the initial and current deadline of May 13, 2026, or an extension through and including May 27, 2026, will provide sufficient time to prepare and file the Schedules and Statements.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: May 5, 2026.
Clark County, Nevada

Benjamin M. Chambliss, Esq.
BENJAMIN M. CHAMBLISS, ESQ.

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

3

# EXHIBIT 2

# EXHIBIT 2

*[Proposed Order]*

LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
E-mail: bchambliss@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:

MARK ANTHONY SAWYER, and
JENNIFER ANN SAWYER,

           Debtors.

Case No.: 26-12677-abl
Chapter 7

Date: June 10, 2026
Time: 9:30 a.m.

**ORDER GRANTING DEBTORS' MOTION FOR EXTENSION OF TIME TO FILE**
**BANKRUPTCY SCHEDULES AND STATEMENTS**

    Mark Anthony Sawyer and Jennifer Ann Sawyer ("Debtors"), having filed their *Motion for Extension of Time to File Bankruptcy Schedules and Statements* (the "Motion") [ECF No. 12], which came on for hearing before the above-captioned Court; the Court having held a hearing on the Motion, with all appearances having been noted on the record; the Court having reviewed the Motion and all matters submitted therewith; notice of the Motion having been proper; the Court having stated its findings of fact and conclusions of law on the record at the

hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good cause appearing:

**IT IS HEREBY ORDERED:**

1.    Debtors' Motion is GRANTED;

2.    Debtors are granted an extension of time through and including May 27, 2026, to file their Schedules and Statements pursuant to Fed. R. Bankr. P. 1007(a)(5) and 1007(c).

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

By: _____
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

*Attorneys for Debtor*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement of approval under LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the Application.

☐    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated:

☐    I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #