LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NVB 7222
E-mail: mzirzow@lzlawnv.com
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
E-mail: bchambliss@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

*Attorneys for Debtors*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARK ANTHONY SAWYER, and<br>JENNIFER ANN SAWYER,<br><br>            Debtors. | Case No.: 26-12677-abl<br>Chapter 7<br><br><br>Date:  June 10, 2026<br>Time: 9:30 a.m. |

### NOTICE OF REMOTE HEARING ON DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE BANKRUPTCY SCHEDULES AND STATEMENTS

NOTICE IS GIVEN that a *Motion for Extension of Time to File Bankruptcy Schedules and Statements* (the "Motion") was filed by Mark Anthony Sawyer and Jennifer Ann Sawyer (the "Debtors"). The Motion seeks an extension of the deadline for Debtors to file their Schedules and Statements through and including May 27, 2026. Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

1

PLEASE TAKE FURTHER NOTICE that a copy of the above-referenced Motion is on file with and available from the Clerk of the United States Bankruptcy Court; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or by contacting the Debtors' counsel.

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse* to allow you to *speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held on **June 10, 2026, at 9:00 a.m.**  Parties are permitted to appear telephonically by dialing *(833) 435-1820, Meeting ID 161 110 6049, and entering Passcode 154251#.*

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjournment at the hearing.

Dated: May 5, 2026.

By: /s/ Benjamin M. Chambliss, Esq.
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NVB 7787
MATTHEW C. ZIRZOW, ESQ., NVB 7222
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

*Attorneys for Debtors*

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

2