LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
E-mail: zlarson@lzlawnv.com
MATTHEW C. ZIRZOW, ESQ., NBN 7222
E-mail: mzirzow@lzlawnv.com
BENJAMIN M. CHAMBLISS, ESQ., NBN 11536
E-mail: bchambliss@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170
Fax: (702) 382-1169

*Attorneys for Debtors*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>MARK ANTHONY SAWYER, and<br>JENNIFER ANN SAWYER,<br><br><br>Debtors. | Case No.: 26-12677-abl<br>Chapter 7<br><br><br><br>Date:  June 10, 2026<br>Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE**

1.      On May 5, 2026, I served the following documents:

a.      Debtor's Motion for Extension of Time to File          ECF No. 12
        Bankruptcy Schedules and Statements

b.      Notice of Remote Hearing on Debtor's Motion for        ECF No. 13
        Extension of Time to File Schedules and Statements

2.      The above-named documents were served by the following means to the persons listed below:

☒      **a.      ECF System:**

ROBERT E. ATKINSON
Robert@ch7.vegas, TrusteeECF@ch7.vegas;ecf.alert+atkinson@titlexi.com

MEGAN K. MCHENRY on behalf of Creditor SONIA FELDMAN
m.mchenry@lvlaw.com, k.bratton@hayesandwelsh.onmicrosoft.com

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

1

BOB L. OLSON on behalf of Creditor THOMAS CARDINALE
bolson@swlaw.com,
mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

U.S. TRUSTEE - LV - 7 USTPRegion17.LV.ECF@usdoj.gov

3.      On May 5, 2026, I served a copy of the *Notice of Hearing* by the following means to the parties listed below:

☒      **a.      United States mail, postage fully prepaid:**

To the parties on the attached mailing matrix.

☐      **b.      Personal Service**:

I personally delivered the document(s) to the persons at these addresses:

☐      For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐      For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐      **c.      By direct email:**
Based upon the written agreement of the parties to accept service by email or a court order, I caused the above referenced document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐      **d.      By fax transmission**:
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐      **e.      By messenger**:
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:  May 5, 2026.

Jennifer Wurtz                                        */s/ Jennifer Wurtz*
(Name of Declarant)                          (Signature of Declarant)

LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

2

Mark Anthony Sawyer
Jennifer Ann Sawyer
6940 N. Jensen St.
Las Vegas, NV 89149-1365

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Office of the General Counsel
Office of Program Lit. Attn: Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235

Nevada Dept. of Taxation
Attn: Bankruptcy Section
3850 Arrowhead Dr.
Carson City, NV 89706

U.S. Small Business Administration
Attn: Bankruptcy Dept/Managing Agent
409 3rd St., SW
Washington, DC 20416

ACM North, LLC
2685 S. Rainbow Blvd. Ste. 213
Las Vegas, NV 89146

Anthony Napoli
c/o Dyer Law Firm
7410 Greenhaven Dr. Ste. 200A
Sacramento, CA 95831

Antoine Lee
3950 Paul Terrace
Fremont, CA 94538

ATD Commerce, LLC
2686 S. Rainbow Blvd. Ste. 213
Las Vegas, NV 89146

Bank of America
Attn: Bankruptcy
P.O.Box 15019
Wilmington, DE 19886

Bank of America
Attn: Bankruptcy Dept/Managing Agent
PO Box 15019
Wilmington, DE 19886

Bessie Baker
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

Bosworth Capital Investments
c/o Avalon Legal Group, LLC
6030 S. Rainbow Blvd. Ste. D1
Las Vegas, NV 89118

Carl Robert Brown
c/o Bryan Naddafi, Esq.
6030 S. Rainbow Ste. D1
Las Vegas, NV 89118

Carlos Rodriguez
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

Centennial Hills Hospital
Attn: Bankruptcy Dept/Managing Agent
3075 E. Imperial Highway, Ste. 200
Brea, CA 92821

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850

Citibank
Attn: Bankruptcy Dept/Managing Agent
PO Box 790046
Saint Louis, MO 63179

Clyde Berg
249 West Jackson Street #330
Hayward, CA 94544

Colleen Toledo
249 West Jackson Street #330
Hayward, CA 94544

D3 Investments, LLC
c/o Avalon Legal Group, LLC
6030 S. Rainbow Blvd. Ste. D1
Las Vegas, NV 89118

Danai Kietikul
c/o Joel G. Selik, Esq.
304 S. Jones Blvd. #6615
Las Vegas, NV 89107

Dig Investors, LLC
c/o Lance Kerness
2685 S. Rainbow Blvd. Ste. 213
Las Vegas, NV 89146

Dimitri I. Mills, Jr.
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

Discovercard
Po Box 30939
Salt Lake City, UT 84130

Dorene Strand
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

Eden Toledo
249 West Jackson Street #330
Hayward, CA 94544

Elke Stephenson (Deceased)
c/o Silicon Valley Law Group
1 North Market Street, Ste. 200
San Jose, CA 95113

Estaban Toledo
249 West Jackson Street #330
Hayward, CA 94544

Esteban Toledo Family Foundation
249 West Jackson Street #330
Hayward, CA 94544

Gaelen Whittemore
c/o Avalon Legal Group, LLC
6030 S. Rainbow Blvd. Ste. D1
Las Vegas, NV 89118

Glackin LLC
c/o Seren Legal
Attn: K. Kasey Corbit, Esq.
21 Seacape Drive
Sausalito, CA 94965

Guild Mortgage Company
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 85046
San Diego, CA 92186

Jennifer Ann Sawyer
6940 N. Jensen St.
Las Vegas, NV 89149-1365

Jessica Napier
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

John Kahekili Mendonca
c/o Daniel M. Kansen Esq.
7251 W. Lake Mead. Ste. 450
Las Vegas, NV 89128

Julie Crawford
c/o Walter Pierce Hammon, Esq.
75 E Santa Clara St. #1400
San Jose, CA 95113

Lakisha Washington
c/o Wade Litigation, APC
Attn: H. Larry Elam, III Esq.
262 E. Main St.
Los Gatos, CA 95030

Lisa Gardner
c/o Omnus Law
Attn: Craig A. Hansen, Esq.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113

Luke Allard
249 West Jackson Street #330
Hayward, CA 94544

Mahesh Jammalamadaka
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

Mana'Olana Captial Ventures
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

Marta Nicole Rodzen
c/o Chugh LLP
15925 Carmenita Rd.
Cerritos, CA 90703-2206

MAS Holdings Group, LLC
2685 S. Rainbow Blvd, Ste. 213
Las Vegas, NV 89146

Matthew Courtney
c/o Blilie Law
Attn: Craig Lewis, Esq.
235 Lincoln Rd. Ste., 310
Miami Beach, FL 33139

Ohio Dept of Commerce
Attn: Bankruptcy Dept/Managing Agent
77 S. High St., 23rd Floor
Columbus, OH 43215

Osprey Investment, Inc.
c/o James Kim - Attorneys at Law
Attn: James T. Kim, Esq.
2570 North First Street, Ste., 200
San Jose, CA 95037

Patrick Whitmarsh
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

Renee Dickenson
91 Frontier Trail Drive
Las Vegas, NV 89149

Richard Howell
c/o Sweeney Mason LLP
983 University Ave., Ste. C10
Los Gatos, CA 95032

Sawyer Holdings, LLC
6940 N. Jensen St.
Las Vegas, NV 89149

Scott Nakagawa
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

Select Portfolio Servicing
Attn: Bankruptcy Dept./Managing Agent
PO Box 65250
Salt Lake City, UT 84165

Shannon and Fidel Lopez
c/o Christopher J. Fry, Esq.
4227 Sunrise Boulevard, Ste. 200
Fair Oaks, CA 95628

Sherri Berg-Zorn
249 West Jackson Street #330
Hayward, CA 94544

Sonia Feldman
c/o Albright, Stoddard, Warnick
Attn: Daniel Reed Ormsby, Esq.
801 S. Rancho Dr. Ste., D-4
Las Vegas, NV 89106

Sonia Feldman
c/o Michael Machat, Esq.
8730 W. Sunset Blvd., Ste. 250
West Hollywood, CA 90069

Sonya Berg-O'Rosky
249 West Jackson Street #330
Hayward, CA 94544

Stan Solomonson
c/o Daniel Z. Inscore, Esq.
Inscore Law Corporation
440 Steven Ave. Ste. 200
Solana Beach, CA 92075-2059

Susan Nakagawa
c/o Fry Law Corporation
Attn: Christopher J. Fry, Esq.
4227 Sunrise Blvd., Ste., 200
Fair Oaks, CA 95628

T&T Irrevocable Trust
249 West Jackson Street #330
Hayward, CA 94544

Td Auto Finance
Attn: Bankruptcy
Po Box 9223
Farmington Hills, MI 48333

The California BCSH
Attn: Bankruptcy Dept/Managing Agent
915 Capitol Mall, Ste. 350-A
Sacramento, CA 95814

Thomas Cardinale
c/o Snell & Wilmer L.L.P.
Attn: Bradley T. Austin, Esq.
1700 S. Pavilion Center Drive, Ste. 700
Las Vegas, NV 89135

Trebstone Ventures, LLC
c/o H. Stan Johnson, Esq.
375 E. Warm Springs Rd. Ste. 104
Las Vegas, NV 89119

Trivian, LLC
c/o Omnus Law
Attn: Craig A. Hansen, Esq.
75 E. Santa Clara Street, Suite 1150
San Jose, CA 95113

United States District Court
District of Nevada
333 Las Vegas Blvd. So.
Las Vegas, NV 89101

Vicki Whitmarsh
c/o Dunn & Panagotacos LLP
Attn: Ryan T. Dunn, Esq.
354 Pine Street, Fifth Floor
San Francisco, CA 94104

Weststar Loan Servicing
Attn: Bankruptcy Dept/Managing Agent
2340 Paseo Del Prado D104
Las Vegas, NV 89102

Albright, Stoddard, Warnick & Albright
Attn: G. Mark Albright, Esq.
For: Sonia Feldman
801 S. Rancho Dr., Ste. D-4
Las Vegas, NV 89106

CA Dept of Taxation & Fee Admin
Attn: Bankruptcy Dept/Managing Agent
PO Box 942879
Sacramento, CA 94279

Danai Kietikul
C/o David S. Eisenmann, Esq.
2540 Camino Diablo, Ste., 202
Walnut Creek, CA 94597

Federal Bureau of Investigations
935 Pennsylvania Avenue, NW
Washington, DC 20535

Federal Burerau of Investigation
Las Vegas Division
1787 West Lake Mead Blvd.
Las Vegas, NV 89106-2135

John Kahekili Mendonca
c/o Seren Legal
Attn: S. Kasey Corbi
21 Seacape Drive
Sausalito, CA 94965

Matthew Courtney
c/o David J. Yaffe, Esq.
1135 Kane Concourse 3rd Fl.
Miami Beach, FL 33154

Thomas Cardinale
c/o JRG Attorneys at Law
318 Cayuga Street
Salinas, CA 93901

United States Attorney's Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. So., Ste. 1100
Las Vegas, NV 89101