**E-Filed May 8, 2026**

James B. Ball (#5212)
Ball, Santin & McLeran, PLC
1975 Village Center Circle, Suite 140
Las Vegas, Nevada  89134
(702) 380-8095
Facsimile: (702) 380-3001
bkecf@bsmplc.com
Attorney for TD Bank, N.A., successor in interest to TD Auto Finance LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MARK ANTHONY SAWYER and<br>JENNIFER ANN SAWYER,<br><br>       Debtor. | No.  26-12677-abl<br><br>Chapter 7<br><br>**NOTICE OF APPEARANCE AND<br>REQUEST FOR NOTICE** |

Notice is hereby given that James B. Ball, of Ball, Santin & McLeran, PLC, 1975 Village Center Circle, Suite 140, Las Vegas, Nevada  89134, (702) 380-8095, makes his appearance in the above-captioned matter as counsel for TD Bank, N.A., successor in interest to TD Auto Finance LLC, and hereby requests that his name be added to the master mailing list.

DATED this 8th day of May 2026.

By /s/ James B Ball #5212
    James B. Ball
    Ball, Santin & McLeran, PLC
    1975 Village Center Circle, Suite 140
    Las Vegas, Nevada  89134
    Attorney for TD Bank, N.A., successor in interest to TD Auto Finance LLC

Efiled May 8, 2026.
COPIES of the foregoing mailed
The 7th day of May 2026 to:

Mark Anthony Sawyer
Jennifer Ann Sawyer
6940 N. Jensen St.
Las Vegas, NV 89149-1365
Debtor

Benjamin Chambliss
Larson And Zirzow, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101
Attorney for Debtor

Robert E. Atkinson
376 E Warm Springs Rd Ste 130
Las Vegas, NV 89119
Trustee

_____ /s/ Erin O'Brien _____

- 2 -