# EXHIBIT 3

**From:** **Gaelen Whittemore** gaelen.whittemore@gmail.com
**Subject:** Fwd: Affirming new note gains
**Date:** January 22, 2024 at 12:07 PM
**To:** Na'il Benjamin NBenjamin@benjaminlawgroup.com, Mark Sawyer msawyer2729@yahoo.com
**Cc:** Domino Whittemore dominowhittemore@gmail.com

GW

Na'il / Mark: Received the below from Sonia...I want to reply simply stating that, "we will need to allow the attorneys to address this as I know there is a payment arrangement being worked out." Wanted to get your blessing / suggestions, Na'il, before doing so.

Mark, to help you navigate, note that pre-lawsuit, she was due $3,149,689.67 ($22k of which represents the good faith earnings you are granting lenders on withdrawal amounts). She has since had another cycle mature on her 2 notes (12/15/23 and 1/6/24 - notes never signed), taking the new amount to $3,527,652.43 ($48,640 of which is the good faith earnings on her $200k July withdrawal request).

Thx!


---------- Forwarded message ---------
From: **Yaysh** <yaysh.socials@gmail.com>
Date: Mon, Jan 22, 2024 at 10:10 AM
Subject: Affirming new note gains
To: Gaelen Whittemore <gaelen.whittemore@gmail.com>, Domino Whittemore <dominowhittemore@gmail.com>


Hi Gaelen and Domino,

I hope this finds you well. Out of properness, I would like to affirm with you both and please respond back that this is accurate math and what I am owed now at minimum. That at this point, since I have still not been distributed the full funds accrued and requested from my investment with Mark and it has been another quarter(October-December) and it is now January 22nd, that since my funds have still not been distributed that now a new promissory note is due of a accumulated minimum of 3.1 million dollars multiplied by the percent, the minimum quarterly percentage the note grows at per quarter. This would mean at this point the minimum total I am owed by Mark would allot to the amount of 3.41 million dollars (3.1x.1=.31+3.1=3.41). Can you please affirm that amount and send a promissory note as proof. Because my funds have not been distributed in full since request and it has been a full quarter in addition I would like to affirm this the math I have gotten and that we are all on the same page as my funds have remained invested with Mark and I have not received payment. Please let me know.

Best
Sonia Feldman


--


Gaelen Whittemore
(818) 402 - 9775