# EXHIBIT 4

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA  95131

DATE  5/7/21

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ●

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

⑈570301022⑈

[✓] CASH ►
90-7182/3222

Sonia  1,169 337.13
(BL)

TOTAL FROM OTHER SIDE ►

SUB TOTAL ►

● LESS CASH RECEIVED ►

$  1,169,337.13

| CHECKS LIST SINGLY | TOTAL | | | | | | | CURRENT AMOUNT - FOR FINANCIAL INSTITUTION USE ONLY |
|---|---|---|---|---|---|---|---|---|
| | DOLLARS | x | x | x | x | x | x | |
| | | 1 | 2 | 5 | 10 | 20 | 50 | 100 |
| | $ | | | | | | | |
| | CENTS | | | | | | | |



**SONIA MALKA FELDMAN**
6917 WILLOUGHBY AVE., APT. 3
WEST HOLLYWOOD, CA 90038-2302

90-7162
3222 —41016

221

DATE 5/5/21

PAY TO THE
ORDER OF   Mark Sawyer                                    $ 1,166,337.13

One million one hundred sixty six thousand three hundred thirty seven dollars ᵃⁿᵈ ¹³⁄₁₀₀

**CHASE** ⬤
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   Bridge Loan.

⑆322271627⑆