# EXHIBIT 5

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7182/3222

454

DATE 05/08/2021

PAY TO THE
ORDER OF  Vegas Auto Gallery                    $ 925,000.⁻

Nine Hundred Twenty Five Thousand — °⁰/₀₀  DOLLARS

**CHASE** ⬡
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Sonma

⑆322271627⑆

Seq: 1
Dep: 001368
Date: 05/10/21

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE ✱

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Deposited by: SP

Master

Haute Auto Group LLC DBA Vegas A
Haute Auto Group LLC
Haute Auto Group LLC
For Deposit Only to

ENDORSE HERE

DATE

Security Features:
MicroPrint Line
Chemically Sensitive Paper
Security Screen

The security features listed below, as well as those
not listed, exceed industry guidelines.

Results of document alteration:
• MP Small type in line appears
  as dotted line when photocopied
• Stains or spots may appear with
  chemical alteration
• Absence of "Original Document"
  verbiage on back of check



**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA  95131

90-7162/3222

456

DATE  5-17-21

PAY TO THE ORDER OF  Vegas Auto Gallery        $ 100,518.18

One Hundred Thousand Five Hundred Eighteen —18/100  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Taxes + Reg.

⑆3222716271⑈

Seq:  1
Dep:  001382
Date: 05/17/21

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

ENDORSE HERE

DATE _____

ENDORSEMENT CHECK DEPOSITED BY: MOBILE OR REMOTE DEPOSIT

Deposit Only to
Haute Auto Group LLC
Haute Auto Group LLC DBA Vegas A
Master