# EXHIBIT 6

**CHASE PRIVATE CLIENT**
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

May 01, 2021 through May 28, 2021
Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site | Chase.com |
| Service Center | **1-888-994-5626** |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| International Calls: | 1-713-262-1679 |

00137463 DRE 703 143 14921 NNNNNNNNNNN T 1 000000000 69 0000
MARK A SAWYER
6940 N JENSEN ST
LAS VEGAS NV 89149



---

## CHECKING SUMMARY | Chase Private Client Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $65,619.24 |
| Deposits and Additions | 1,430,928.75 |
| Checks Paid | -1,159,170.09 |
| ATM & Debit Card Withdrawals | -116.83 |
| Electronic Withdrawals | -221,098.38 |
| **Ending Balance** | **$116,162.69** |
| | |
| Annual Percentage Yield Earned This Period | 0.01% |
| Interest Paid This Period | $2.10 |
| Interest Paid Year-to-Date | $9.88 |

The monthly service fee for this account was waived as an added feature of Chase Platinum Business Checking account.

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 56 ^ | 05/17 | $100,518.18 |
| 412 * ^ | 05/17 | 125,000.00 |
| 413 ^ | 05/19 | 4,226.91 |
| 453 * ^ | 05/03 | 4,400.00 |
| 454 ^ | 05/10 | 925,000.00 |
| 457 * ^ | 05/24 | 25.00 |
| **Total Checks Paid** | | **$1,159,170.09** |

If you see a check description in the Transaction Detail section, it means your check has already been converted for electronic payment. Because of this, we're not able to return the check to you or show you an image on Chase.com.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

**CHASE PRIVATE CLIENT**

May 01, 2021 through May 28, 2021

Account Number: ▮▮▮▮▮▮▮▮

## TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---:|---:|
| | Beginning Balance | | $65,619.24 |
| 05/03 | Online Transfer From Chk ...3055 Transaction#: 11700970431 | 100,000.00 | 165,619.24 |
| 05/03 | Check          # 453 | -4,400.00 | 161,219.24 |
| 05/03 | 05/03 Payment To Chase Card Ending IN 2406 | -13,493.00 | 147,726.24 |
| 05/05 | Signature Fin   Auth Pmt   119695          Tel ID: 2134149421 | -15,000.00 | 132,726.24 |
| 05/05 | 05/05 Online Payment 11714839690 To Discover Card | -1,960.00 | 130,766.24 |
| 05/05 | 05/05 Online Realtime Transfer To Namalay  2568 Transaction#: 11716136780 Reference#  1716136780Rx | -6,030.00 | 124,736.24 |
| 05/06 | Cash Redemption | 42.43 | 124,778.67 |
| 05/06 | 05/06 Payment To Chase Card Ending IN 8019 | -12,500.00 | 112,278.67 |
| 05/07 | Deposit | 1,166,337.13 | 1,278,615.80 |
| 05/07 | Deposit | 1,507.50 | 1,280,123.30 |
| 05/07 | Smg Extol       Direct Dep            PPD ID: 9111111101 | 2,487.68 | 1,282,610.98 |
| 05/10 | 05/10 Online Transfer To Chk .. 3172 Transaction#: 11746971904 | -100,000.00 | 1,182,610.98 |
| 05/10 | 05/10 Payment To Chase Card Ending IN 2406 | -10,620.00 | 1,171,990.98 |
| 05/10 | Check            # 454 | -925,000.00 | 246,990.98 |
| 05/13 | 05/13 Online Transfer To Chk . 7539 Transaction#: 11767255557 | -20,000.00 | 226,990.98 |
| 05/14 | Haute Auto 8588  Payroll              PPD ID: 2475552508 | 10,763.04 | 237,754.02 |
| 05/14 | Bamf Global Tech Direct Dep          PPD ID: 9111111101 | 7,842.25 | 245,596.27 |
| 05/14 | Jabm Enterprises Direct Dep          PPD ID: 9111111101 | 1,949.01 | 247,545.28 |
| 05/17 | Online Transfer From Chk ...3055 Transaction#: 11794734533 | 100,000.00 | 347,545.28 |
| 05/17 | 05/15 Payment To Chase Card Ending IN 2406 | -770.38 | 346,774.90 |
| 05/17 | Recurring Card Purchase 05/15 Netflix.Com Netflix.Com CA Card 6432 | -13.99 | 346,760.91 |
| 05/17 | 05/17 Payment To Chase Card Ending IN 2406 | -4,425.00 | 342,335.91 |
| 05/17 | Check            # 412 | -125,000.00 | 217,335.91 |
| 05/17 | Check            # 56 | -100,518.18 | 116,817.73 |
| 05/18 | Houses And Then  ACH                 PPD ID: 5330903620 | 1,043.50 | 117,861.23 |
| 05/19 | Deposit   3740011270 | 25,000.00 | 142,861.23 |
| 05/19 | Check            # 413 | -4,226.91 | 138,634.32 |
| 05/20 | 05/20 Payment To Chase Card Ending IN 2406 | -5,000.00 | 133,634.32 |
| 05/21 | Smg Extol       Direct Dep            PPD ID: 9111111101 | 2,487.69 | 136,122.01 |
| 05/21 | Online Transfer From  Chk ...3055 Transaction#: 11617466772 | 300.00 | 136,422.01 |
| 05/21 | Recurring Card Purchase 05/20 Icm*Instantcheckmate.C 866-4905980 CA Card 6432 | -59.16 | 136,362.85 |
| 05/24 | 05/22 Payment To Chase Card Ending IN 2406 | -3,700.00 | 132,662.85 |
| 05/24 | Recurring Card Purchase 05/22 Sxm*Siriusxm.Com/Acct 888-635-5144 NY Card 6432 | -43.68 | 132,619.17 |
| 05/24 | Check            # 457 | -25.00 | 132,594.17 |
| 05/25 | 05/25 Payment To Chase Card Ending IN 2406 | -2,000.00 | 130,594.17 |
| 05/26 | Zelle Payment To Michelle Cooper 11848835189 | -1,000.00 | 129,594.17 |
| 05/28 | Haute Auto 8588  Payroll              PPD ID: 2475552508 | 11,166.42 | 140,760.59 |
| 05/28 | 05/28 Payment To Chase Card Ending IN 2406 | -4,400.00 | 136,360.59 |
| 05/28 | 05/28 Online Transfer 11859265805 To Mas Hold 2 #####3003 Transaction #: 11859265805 | -10,000.00 | 126,360.59 |
| 05/28 | 05/28 Online Transfer To Chk ..7539 Transaction#: 11859299259 | -10,000.00 | 116,360.59 |
| 05/28 | 05/28 Online Payment 11665961015 To Discover Card | -200.00 | 116,160.59 |
| 05/28 | Interest Payment | 2.10 | 116,162.69 |
| | Ending Balance | | $116,162.69 |



**CHASE PRIVATE CLIENT**

May 01, 2021 through May 28, 2021
Account Number:   00000██████464



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call us at 1-866-564-2262 or write us at the address on the front of this statement (non-personal accounts contact Customer Service) immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.
For personal accounts only: We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account. Deposit products and services are offered by JPMorgan Chase Bank, N.A. Member FDIC

🏠 JPMorgan Chase Bank, N.A. Member FDIC

**CHASE PRIVATE CLIENT**

May 01, 2021 through May 28, 2021
Account Number: 00000

This Page Intentionally Left Blank

Page 4 of 4

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

80402

90-7162/3222

453

DATE 4-30-21

PAY TO THE
ORDER OF   James Gibbs                           $ 4400.—

Forty Four Hundred ——— 00/100   DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO   Sail & Survey report

⑆322271627⑆            4⑈0453

---

Silver State Schools CU
>322484265<
4/30/2021 4:33 PM
17 779100000046448

FEDERAL RESERVE BOARD OF GOVERNORS BLD. CO

ENDORSE HERE
CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT
DATE
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE

DEPOSIT TICKET

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

DATE _____ 5/7/21 _____
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED) ✱

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

⑆570301022⑈

90-7162/3222

LTWS
(namalay)

1,507.50

CASH

TOTAL FROM OTHER SIDE

SUB TOTAL

LESS CASH RECEIVED

$         1,507.50

**LIGHT THE WAY SOLUTIONS LLC**
3602 THORNTON AVE STE 19
FREMONT, CA 94538-7400

8792

90/7162

DATE 5/4/202

PAY TO THE ORDER OF Mark Sawyer                    $ 1507.50

One thousand five hundred seven & 50/100 DOLLARS

**CHASE O**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Namalay: May 20%0 prof. +

⑆3222716271⑆

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A. NOT DEPOSIT

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

DATE _5/7/21_
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

SIGN HERE FOR CASH RECEIVED (IF REQUIRED)

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

⑆ 5 70 30 10 2 2⑈

[✔] ☐ CASH ►
90-7182/3222

Sonia 1,166 337.13
(BL)

TOTAL FROM ► OTHER SIDE

SUB TOTAL ►

• LESS CASH ► RECEIVED

$ 1,166,337.13

CHECKS LIST SINGLY

TOTAL

DOLLARS    CENTS

CURRENT AMOUNT - FOR FINANCIAL INSTITUTION USE ONLY

| × | 1 |
| × | 2 |
| × | 5 |
| × | 10 |
| × | 20 |
| × | 50 |
| × | 100 |

**SONIA MALKA FELDMAN**
6917 WILLOUGHBY AVE., APT. 3
WEST HOLLYWOOD, CA 90038-2302

90-7162
3222  41016

221

DATE 5/5/21

PAY TO THE ORDER OF  Mark Sawyer    $ 1,166,337.13

One million one hundred sixty six thousand three hundred thirty seven dollars and 13/100

**CHASE O**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Bridge Loan.

I:3222716 27I:

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

JPMorgan Chase Bank, N.A.
FOR DEPOSIT ONLY
WITHIN NAMED PAYEE
CREDITED TO ACCOUNT OF

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

454

DATE 05/08/2021

PAY TO THE ORDER OF _Vegas Auto Gallery_    $ 925,000.⁻

_Nine Hundred Twenty Five Thousand — 00/100_ DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO _Somma_

⑆322271627⑆

---

Seq: 1
Dep: 001368
Date: 05/10/21

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

Deposited by: Sp

CHECK HERE AFTER MOBILE OR REMOTE DEPOSIT

Master

Haute Auto Group LLC DBA Vegas A
Haute Auto Group LLC
Haute Auto Group LLC
For Deposit Only to
ENDORSE HERE

Security Screen

Chemically Sensitive Paper

Security Features:
MicroPrint Line

The security features listed below, as well as those not listed are used industry guidelines.

Results of document alteration:
• MP Small type in line appears as dotted line when photocopied
• Stains or spots may appear with chemical alteration
• Absence of "Original Document" verbiage on back of check



MARK SAWYER
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

456

DATE 5-17-21

PAY TO THE ORDER OF  Vegas Auto Gallery        $ 100,518.18

One Hundred Thousand Five Hundred Eighteen —18/100  DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  Taxes + Reg.

⑆3222716271⑈

---

Seq: 1
Dep: 001382
Date: 05/17/21

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

DATE

DEPOSITED BY MOBILE OR REMOTE DEPOSIT

For Deposit Only to
Haute Auto Group LLC
Haute Auto Group LLC DBA Vegas A
Master

Security Features:
MicroPrint Line
Chemically Sensitive Paper
Security Screen

The security features listed below, as well as those not listed, exceed industry guidelines.

Results of document alteration:
MP Small type in line appears as dotted line when photocopied
Stains or spots may appear with chemical alteration
Absence of "Original Document" verbiage on back of check

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

412

DATE 5/14/21

PAY TO THE
ORDER OF     ATD                                            $ 125,000 00

One Hundred twenty-five thousand + 00/100     DOLLARS

**CHASE ○**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO ATY

⑈3222716 27⑈

JPMorganChaseBank  051701  115445  953360043026

ENDORSE HERE

CREDITED TO ACCOUNT OF
WITHIN NAMED PAYEE
FOR DEPOSIT ONLY
JPMorgan Chase Bank, N.A.

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7182/3222

413

DATE 5/17/21

PAY TO THE ORDER OF Parle Enterprises, Inc.    $ 4,226.91

Fortytwo Hundred twenty six + 91/100    DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Proj #7667-Inv 030-300 855    ATO apparel

⑆322271627⑆

Parle Enterprises Inc

**CHASE**                     Electronic Ticket

# EDeposit

**Business Date: 05/19/2021   Calendar Date: 05/19/2021      Time:  4:29 PM**

**Customer Name: MARK A SAWYER**

PIN CODE AUTHORIZED

**DIN:953740011270**                                    **Amount: $25000.00**

**AUX** 3740011270          **RT** 500001020 **AN** ▮▮▮▮▮▮▮▮▮                    **TC**

**NADEEM Z DOSSA**

572

94-7074/3212 3801

May/19/2021 _Date_

Pay to the Order of _Mark Sawyer_  $ 25,000

_Twenty five Thousand dollars —YY_ Dollars

Wells Fargo Bank, N.A
Nevada
wellsfargo.com

For _Loan 95 day_

⑈321270742⑈  ■■■■■■■  0057⅔

JPMorganChaseBank 051906 119183 953740011344



AB1511756

**MARK SAWYER**
1905 OTOOLE WAY
SAN JOSE, CA 95131

90-7162/3222

457

DATE 5-0-21

PAY TO THE ORDER OF  County Clerk                    $ 25.—

Twenty Five                    00/100  DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  FFN-Obsidian

:322271627: