Daniel M. Hansen, Esq.
Nevada State Bar # 13886
Madison G. Wedderspoon, Esq.
Nevada State Bar # 16648
**GIBBS GIDEN LOCHER TURNER**
**SENET & WITTBRODT LLP**
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
(702) 836-9800

Attorneys for Creditor
Glackin LLC

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.:    26-12677-ABL |
| MARK ANTHONY SAWYER, and JENNIFER ANN SAWYER, | CHAPTER 7 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO:     CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE

ATTORNEY OF RECORD, THE U.S. TRUSTEE AND TO ALL PARTIES IN INTEREST

GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT, LLP hereby appears on

behalf of GLACKIN LLC ("Glackin"), and requests special notice of all hearings, actions, contested

matters and adversary proceedings in this case, together with copies of all notices, pleadings,

motions, responses and other related materials that are issued or filed in connection with these

proceedings.  Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), all notices and copies in

response to the foregoing, and all notices required to be mailed to Distribution International,

pursuant to Bankruptcy Rule 2002, should be sent to the following:

Daniel M. Hansen, Esq.
Madison G. Wedderspoon, Esq.
Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
Telephone:  (702) 836-9800
Facsimile:  (702) 836-9802
dhansen@gibbsgiden.com
mwedderspoon@gibbsgiden.com

1

5007774.1

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

DATED:  May 20, 2026

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP


By: _____

Daniel M. Hansen, Esq.
Nevada State Bar # 13886
Madison G. Wedderspoon, Esq.
Nevada State Bar # 16648
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
Attorneys for Creditor
GLACKIN LLC

2

5007774.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May 2026 the foregoing document entitled: **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** was served via electronic service through the United States Bankruptcy Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

_____
An employee of Gibbs, Giden, Locher,
Turner, Senet & Wittbrodt LLP

1

5007774.1