Daniel M. Hansen, Esq.
Nevada State Bar # 13886
Madison G. Wedderspoon, Esq.
Nevada State Bar # 16648
**GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP**
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
(702) 836-9800

Attorneys for Creditor
John Kahekili Mendonca

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In Re: | Case No.:    26-12677-ABL |
|---|---|
| MARK ANTHONY SAWYER, and JENNIFER ANN SAWYER, | CHAPTER 7 |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE

TO:    CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE

ATTORNEY OF RECORD, THE U.S. TRUSTEE AND TO ALL PARTIES IN INTEREST

GIBBS, GIDEN, LOCHER, TURNER, SENET & WITTBRODT, LLP hereby appears on

behalf of JOHN KAHEKILI MENDONCA ("Mr. Mendonca"), and requests special notice of all

hearings, actions, contested matters and adversary proceedings in this case, together with copies of

all notices, pleadings, motions, responses and other related materials that are issued or filed in

connection with these proceedings.  Pursuant to Federal Rule of Bankruptcy Procedure 2002(g), all

notices and copies in response to the foregoing, and all notices required to be mailed to Distribution

International, pursuant to Bankruptcy Rule 2002, should be sent to the following:

Daniel M. Hansen, Esq.
Madison G. Wedderspoon, Esq.
Gibbs, Giden, Locher, Turner, Senet & Wittbrodt, LLP
7251 W. Lake Mead Blvd., Suite 450
Las Vegas, Nevada 89128
Telephone:  (702) 836-9800
Facsimile:  (702) 836-9802
dhansen@gibbsgiden.com
mwedderspoon@gibbsgiden.com

1

5007769.1

DATED:  May 20, 2026

GIBBS GIDEN LOCHER TURNER
SENET & WITTBRODT LLP


By: _____
    Daniel M. Hansen, Esq.
    Nevada State Bar # 13886
    Madison G. Wedderspoon, Esq.
    Nevada State Bar # 16648
    7251 W. Lake Mead Blvd., Suite 450
    Las Vegas, Nevada 89128
    Attorneys for Creditor
    JOHN KAHEKILI MENDONCA

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

2

5007769.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of May 2026 the foregoing document entitled: **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** was served via electronic service through the United States Bankruptcy Court for the District of Nevada's ECF System upon each party in the case who is registered as an electronic case filing user with the Clerk.

_____
An employee of Gibbs, Giden, Locher,
Turner, Senet & Wittbrodt LLP

GIBBS GIDEN LOCHER TURNER SENET & WITTBRODT LLP

5007769.1

1