**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Mark Anthony Sawyer (First Name / Middle Name / Last Name) |
| Debtor 2 (Spouse if, filing) | Jennifer Ann Sawyer (First Name / Middle Name / Last Name) |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (if known) | 26-12677 |

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B | $ 3,505,630.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B | $ 253,232.09 |
| 1c. Copy line 63, Total of all property on Schedule A/B | $ 3,758,862.09 |

### Part 2: Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $ 11,098,459.63 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* | $ 174,620,927.41 |
| **Your total liabilities** | $ 185,719,387.04 |

### Part 3: Summarize Your Income and Expenses

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I* | $ 22,750.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J* | $ 28,719.60 |

### Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**
   - ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   - ■ Yes
7. **What kind of debt do you have?**
   - ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.
   - ■ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14. $

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| **From Part 4 on *Schedule E/F*, copy the following:** | **Total claim** |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ |
| 9d. Student loans. (Copy line 6f.) | $ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ |
| 9g. **Total.** Add lines 9a through 9f. | $ |

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark Anthony Sawyer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | **Jennifer Ann Sawyer** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number | **26-12677** | | |

☐ Check if this is an amended filing

# Official Form 106A/B
# Schedule A/B: Property

**12/15**

**In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

**Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1

**6508 Setting Moon St.**
Street address, if available, or other description

**North Las Vegas** **NV** **89084-0000**
City State ZIP Code

**Clark**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
■ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$431,400.00** | **$431,400.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Investment Property**

☐ **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Home purchased on 3/14/2017. Deed transferred to Trust on 3/16/2021. Foreign Judgment recorded on parcel 08/27/2024 Case No.: A-24-900430-F in the amount of $3,149,689.67. Judgment recorded on 6/02/2025 from Case No.: A-25-917696-F in the amount of $1,057,219.69. Judgment lien recorded on 2/24/2026 from Case No.: 24CV437962 for $5,460,398.78.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

**If you own or have more than one, list here:**

1.2

**6940 N. Jensen St.**
Street address, if available, or other description

**Las Vegas** **NV** **89149-0000**
City State ZIP Code

**Clark**
County

**What is the property?** Check all that apply

- [x] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$2,718,000.00** | **$2,718,000.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Primary Residence**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Property purchased on 5/31/2017. Deed transferred to Trust 3/16/2021. Lis Pendens recorded on the property 4/03/2024 and 5/15/2024. Judgment recorded on property on 8/27/2024 from Case No.: A-24-900430-F. Judgment recorded on 6/02/2025 from Case No.: A-25-917696-F.**

**If you own or have more than one, list here:**

1.3

**18440 Emerald Lane**
Street address, if available, or other description

**Morgan Hill** **CA** **95037-0000**
City State ZIP Code

**Santa Clara**
County

**What is the property?** Check all that apply

- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other

**Who has an interest in the property?** Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$727,000.00** | **$356,230.00** |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Investment Property**

- [ ] **Check if this is community property** (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home. The house was placed into a trust and is currently subject to a judgment lien.**

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................................=>** **$3,505,630.00**

**Part 2: Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **Ford**
Model: **F150**
Year: **2021**
Approximate mileage: **49,000**
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$22,900.00** | **$22,900.00** |

**3.2**
Make: **Ford**
Model: **F150**
Year: **2018**
Approximate mileage: **95,555**
Other information:
**Surrender to Trustee**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$20,000.00** | **$20,000.00** |

**3.3**
Make: **Mercedes**
Model: **GLS 600**
Year: **2023**
Approximate mileage: **43000**
Other information:
**Surrender to lien holder**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$92,440.00** | **$92,440.00** |

**3.4**
Make: **Harley Davidson**
Model: **Softail**
Year: **1996**
Approximate mileage:
Other information:

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,000.00** | **$6,000.00** |

**3.5**
Make: **Harley Davidson**
Model: **Road King**
Year: **2004**
Approximate mileage:
Other information:
**Surrender to Trustee**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$5,200.00** | **$5,200.00** |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

3.6 Make: **Harley Davidson**
Model: **Street Glide**
Year: **2018**
Approximate mileage:
Other information:
**Surrender to Trustee**

**Who has an interest in the property?** Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $7,400.00 | $7,400.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5 **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>** **$153,940.00**

**Part 3: Describe Your Personal and Household Items**

**Do you own or have any legal or equitable interest in any of the following items?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes. Describe.....

| Description | Value |
|---|---|
| **See Exhibit A/B #6 - Household Items** | **$16,385.00** |
| **Six safes - All contents in safes were seized. [See SoFA #10]** | **Unknown** |
| **Household items for townhome located at 18440 Emerald Lane, Morgan Hill, CA 95037** | **$1,125.00** |
| **Ms. Pacman miniture game console** | **$25.00** |

7. **Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes. Describe.....

| Description | Value |
|---|---|
| **See Exhibit A/B #7 - Electronics** | **$3,005.00** |

8. **Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
☐ No
■ Yes. Describe.....

| Description | Value |
|---|---|
| **See Exhibit A/B #8 - Collectibles of Value** | **$3,845.00** |

9. **Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **See Exhibit A/B #9 - Sports and Hobby Equipment** | **$4,350.00** |

10. **Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **See Exhibit A/B #10 - Firearms** | **$10,580.00** |
| **ATI GSG-16 22 LR #A891506** | **$250.00** |
| **Beretta Centennial Pistol 9MM #CX1063/1915** | **$500.00** |

11. **Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Everyday Clothing, shoes and belts** | **$1,000.00** |

12. **Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| | |
|---|---|
| **Mark - Three Mavado watches, five Rado watches, one sports watch, and one IWC Schaffhausen Watch** | **$1,475.00** |
| **Wedding rings** | **$2,600.00** |
| **Jennifer - Seven silver/gold-tone diamond necklaces, one silver-tone diamond tennis bracelet, pair of silver-tone diamond stud earrings, and two silver-tone diamond band rings.** | **$4,150.00** |
| **Jennifer - One Bulova watch, two Rado watches, and one Gucci watch** | **$565.00** |

13. **Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No
☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☐ No
■ Yes. Give specific information.....

| | |
|---|---|
| Hocatt - located at 2660 S. Rainbow Blvd. Ste. B-102, Las Vegas, NV 89146 | Unknown |
| Resonant Light Technology unit | Unknown |

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............ **$49,855.00**

**Part 4: Describe Your Financial Assets**

**Do you own or have any legal or equitable interest in any of the following?** — **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes............

| | |
|---|---|
| Cash | $60.00 |

17. **Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
☐ No
■ Yes............

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Checking Acct. #1267 | Wells Fargo - Mark | $0.00 |
| 17.2. | Savings Acct. #5126 | Citi Bank - Jennifer | $32,006.70 |
| 17.3. | Checking Acct. #5118 | Citi Bank - Jennifer | $484.35 |
| 17.4. | Checking Acct. #0129 | Nevada State Bank - Jennifer | $11.04 |
| 17.5. | Business Checking Acct. #5902 | Wells Fargo - ACM North, LLC | $0.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
■ No
☐ Yes.................. Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes. Give specific information about them..................

| Name of entity: | % of ownership: | |
|---|---|---|
| ACM North, LLC (Active) | 100 % | Unknown |

| | | | |
|---|---|---|---|
| ATD Commerce, LLC (Active) | 100 | % | Unknown |
| BAMF Global Technologies, Inc. (Default) | 100 | % | Unknown |
| 3T Entertainment, LLC (Dissolved) | 100 | % | Unknown |
| Driven Trading Holding, LLC (Revoked) | 15 | % | Unknown |
| Lighthouse Holdings Group, LLC (Active) | 100 | % | Unknown |
| Mas Holdings Group, LLC (Active) | 100 | % | Unknown |
| Sawyer Holdings, LLC (Active) | 100 | % | Unknown |
| Mas Solutions Group, LLC (Revoked) | 100 | % | Unknown |
| Complete Health Med Spa, LLC (Dissolved) | 50% Membershi p interest | % | Unknown |
| BSD Holdings, LLC (Revoked) | 0 | % | Unknown |
| A Life by You, LLC (Dissolved) - 50% Membership interest with Mallory Johnson | 50 | % | Unknown |
| The Wellness Society, LLC (Active) | 100 | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

■ No
☐ Yes. Give specific information about them
Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

■ No
☐ Yes. List each account separately.
Type of account: Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

■ No
☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

■ No
☐ Yes............ Issuer name and description.

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

■ No
☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☐ No
■ Yes. Give specific information about them...

| | |
|---|---|
| **MJS Nevada Trust, dated March 16, 2021.** | **Unknown** |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

■ No
☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

■ No
☐ Yes. Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**

■ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Peterson International insurance policy #25191009 per Divorce Decree** | **Julie Crawford** | **Unknown** |

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information..

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
- ■ No
- ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
- ■ No
- ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
- ■ No
- ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................** **$32,562.09**

**Part 5: Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
- ☐ No. Go to Part 6.
- ■ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
- ■ No
- ☐ Yes. Describe.....

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
- ☐ No
- ■ Yes. Describe.....

**See Exhibit A/B #39 Office Equipment & Furnishings** **$16,875.00**

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
- ■ No
- ☐ Yes. Describe.....

41. **Inventory**
- ■ No
- ☐ Yes. Describe.....

42. **Interests in partnerships or joint ventures**
- ■ No
- ☐ Yes. Give specific information about them...................
Name of entity: % of ownership:

43. **Customer lists, mailing lists, or other compilations**
- ■ No.
- ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

■ No
☐ Yes. Describe.....

44. **Any business-related property you did not already list**
■ No
☐ Yes. Give specific information.........

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.....** **$16,875.00**

**Part 6: Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes. Go to line 47.

**Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above**

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here .....** **$0.00**

**Part 8: List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. **Part 1: Total real estate, line 2** ..... | | | **$3,505,630.00** |
| 56. **Part 2: Total vehicles, line 5** | **$153,940.00** | | |
| 57. **Part 3: Total personal and household items, line 15** | **$49,855.00** | | |
| 58. **Part 4: Total financial assets, line 36** | **$32,562.09** | | |
| 59. **Part 5: Total business-related property, line 45** | **$16,875.00** | | |
| 60. **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | | |
| 61. **Part 7: Total other property not listed, line 54** + | **$0.00** | | |
| 62. **Total personal property.** Add lines 56 through 61... | **$253,232.09** | Copy personal property total | **$253,232.09** |
| 63. **Total of all property on Schedule A/B**. Add line 55 + line 62 | | | **$3,758,862.09** |

# EXHIBIT – A/B

This schedule contains the following Exhibits:

1. Exhibit A/B #6 – Household Items
2. Exhibit A/B #7 – Electronics
3. Exhibit A/B #8 – Collectibles of Value
4. Exhibit A/B #9 – Sports and Hobby Equipment
5. Exhibit A/B #10 – Firearms
6. Exhibit A/B #39 – Office Equipment and Supplies

EXHIBIT – A/B

**Schedule A/B #6 - Household Items**

| | | |
|---|---|---|
| 26. (7) RECLINING THEATER SEATS | $ | 1,200.00 |
| 27. CREDENZA CABINET | $ | 140.00 |
| 31. WHITE BOOKCASE | $ | 45.00 |
| 33. UPHOLSTERED CHAIR | $ | 40.00 |
| 36. CURTIS DUEL FROZEN DRINK DISPENSER | $ | 600.00 |
| 37. BIBO COCKTAIL MACHINE | $ | 70.00 |
| 38. CUISINART ICE CREAM MAKER | $ | 60.00 |
| 39. NINJA CREAMI ICE CREAM MAKER | $ | 75.00 |
| 40. ASSORTED BAR SUPPLIES & GLASSWARE | $ | 125.00 |
| 41. SMALL ROUND END TABLE | $ | 30.00 |
| 44. (6) BAR STOOLS | $ | 210.00 |
| 45. (2) ROUND BISTRO TABLES W/ (2) STOOLS | $ | 220.00 |
| 46. LARGE ROUND DECORATIVE MIRROR | $ | 120.00 |
| 47. CREDENZA CABINET W/ BLACK GLASS TOP | $ | 275.00 |
| 48. (2) LARGE CERAMIC VASES | $ | 40.00 |
| 49. POT W/ SILK ORCHID | $ | 25.00 |
| 51. PR OF WHITE LEATHER CHAIRS | $ | 200.00 |
| 52. WHITE LEATHER SOFA | $ | 325.00 |
| 53. 3PC MARBLE COCKTAIL TABLE SET | $ | 200.00 |
| 54. FLOOR LAMP | $ | 65.00 |
| 56. GOLD VASE | $ | 20.00 |
| 59. PR OF VINYL TRUNKS | $ | 150.00 |
| 61. ROUND LAVENDER VELVET SOFA | $ | 300.00 |
| 64. WHIRLPOOL REFRIGERATOR | $ | 125.00 |
| 65. ROUND DINING TABLE W/ (4) CHAIRS | $ | 200.00 |
| 68. DISPLAY PEDESTAL | $ | 100.00 |
| 69. NINJA AIR FRYER | $ | 35.00 |
| 70. KITCHEN MISCELLANEOUS (POTS, PANS, DISHES, UTENSILS, ETC.) | $ | 250.00 |
| 71. (3) BAR STOOLS | $ | 105.00 |
| 72. DINING TABLE & (6) CHAIRS | $ | 700.00 |
| 73. GOCHEER AIR PURIFIER | $ | 175.00 |
| 75. ROUND END TABLE | $ | 45.00 |
| 76. VASE W/ ARTIFICIAL ARRANGEMENT | $ | 75.00 |
| 77. VACUUM CLEANER | $ | 40.00 |
| 78. 3PCS OF BRASS WALL ART | $ | 90.00 |
| 80. (4) PATIO CHAIRS | $ | 200.00 |
| 81. 6PC PATIO SECTIONAL SOFA | $ | 225.00 |
| 82. BAR-B-QUE | $ | 50.00 |
| 83. FIRE TABLE | $ | 150.00 |
| 84. (4) PATIO BAR STOOLS | $ | 120.00 |
| 85. ROUND PATIO TABLE W/ (4) CHAIRS & UMBRELLA | $ | 200.00 |
| 86. (2) PATIO LOUNGE CHAIRS | $ | 130.00 |

| | | |
|---|---|---|
| 87. LEATHER SOFA W/ LOUNGE | $ | 375.00 |
| 88. LEATHER SOFA W/ RECLINING SEATS | $ | 325.00 |
| 89. COCKTAIL TABLE | $ | 125.00 |
| 90. (2) VINYL TRUNKS | $ | 150.00 |
| 91. (2) MARBLE TOP END TABLES | $ | 90.00 |
| 92. GOLD TABLE LAMP | $ | 60.00 |
| 94. ROUND BRASS END TABLE | $ | 45.00 |
| 97. 4PC BEDROOM SET | $ | 375.00 |
| 98. ROUND MIRROR | $ | 90.00 |
| 99. CHAIR & OTTOMAN | $ | 120.00 |
| 100. FLOOR LAMP | $ | 40.00 |
| 101. SMALL ROUND TABLE | $ | 30.00 |
| 106. LAMP | $ | 40.00 |
| 109. WHITE SOFA | $ | 250.00 |
| 112. (2) SMALL ONYX TABLES | $ | 90.00 |
| 115. MIRRORED CONSOLE TABLE | $ | 85.00 |
| 116. (2) BLACK VASES | $ | 45.00 |
| 117. (2) GOLD BOXES | $ | 35.00 |
| 127. GSKYER TELESCOPE | $ | 50.00 |
| 129. UPHOLSTERED CHAIR | $ | 60.00 |
| 130. SOFA & LOVESEAT SET | $ | 400.00 |
| 131. ROUND GLASS TOP COCKTAIL TABLE | $ | 60.00 |
| 133. UPHOLSTERED CHAIR | $ | 35.00 |
| 134. BAR REFRIGERATOR | $ | 50.00 |
| 135. MICROWAVE OVEN | $ | 25.00 |
| 137. PR OF NIGHTSTANDS | $ | 150.00 |
| 138. KING SIZE BED | $ | 125.00 |
| 139. PR OF FRAMED MIRRORS | $ | 70.00 |
| 140. GOLD DRESSER BASE | $ | 175.00 |
| 141. GLASS & BRASS SHELF UNIT | $ | 60.00 |
| 142. HEATER | $ | 15.00 |
| 143. 4PC METAL WALL ART | $ | 100.00 |
| 145. BED BENCH | $ | 75.00 |
| 147. FRAMED MIRROR | $ | 50.00 |
| 148. WHITE DRESSER | $ | 85.00 |
| 150. PINK CHAIR | $ | 20.00 |
| 152. KING SIZE BED | $ | 165.00 |
| 153. PR OF NIGHTSTANDS | $ | 100.00 |
| 154. PR OF LAMPS | $ | 60.00 |
| 155. PR OF ROUND MIRRORS | $ | 100.00 |
| 157. UPHOLSTERED CHAIR & OTTOMAN | $ | 65.00 |
| 158. LOVESEAT | $ | 60.00 |
| 159. VINYL TRUNK | $ | 75.00 |

| | | |
|---|---|---|
| 160. PATIO SOFA | $ | 90.00 |
| 161. PR OF PATIO CHAIRS | $ | 100.00 |
| 162. PATIO COCKTAIL TABLE | $ | 35.00 |
| 163. GLASS & BRASS END TABLE | $ | 50.00 |
| 164. WHITE CONSOLE TABLE | $ | 60.00 |
| 165. PR OF STOOLS | $ | 70.00 |
| 166. GOLD OTTOMAN | $ | 40.00 |
| 167. ROLLING CLOTHES RACK | $ | 45.00 |
| 168. LARGE GRAY OTTOMAN | $ | 50.00 |
| 169. VANITY STOOL | $ | 30.00 |
| 174. (3) MIRRORS | $ | 180.00 |
| 175. (2) FANS | $ | 40.00 |
| 177. ROUND CONFERENCE TABLE | $ | 110.00 |
| 178. (10) BLACK SIDE CHAIRS | $ | 300.00 |
| 179. (4) ORANGE SIDE CHAIRS | $ | 200.00 |
| 180. (3) ROUND END TABLES | $ | 90.00 |
| 181. (6) EXECUTIVE CHAIRS | $ | 240.00 |
| 182. (4) FOLDING CHAIRS | $ | 30.00 |
| 183. SMALL WRITING DESK | $ | 60.00 |
| 184. CURVED SOFA | $ | 175.00 |
| 185. BOOKCASE | $ | 50.00 |
| 186. SMALL BOOKCASE | $ | 40.00 |
| 187. (2) CREDENZA CABINETS | $ | 250.00 |
| 188. (2) LOW CREDENZA CABINETS | $ | 130.00 |
| 189. (3) LARGE SILK TREES | $ | 180.00 |
| 191. (2) MARBLE TOP CONSOLE TABLES | $ | 130.00 |
| 192. LARGE COUNTER | $ | 150.00 |
| 193. LARGE TABLE W/ FOLDING LEGS | $ | 100.00 |
| 194. ESTHETICIAN TREATMENT CHAIR | $ | 125.00 |
| 195. (4) ROUND END TABLES | $ | 140.00 |
| 196. GRAY SOFA & LOVESEAT | $ | 100.00 |
| 197. STEP LADDER | $ | 25.00 |
| 233. (4) SECTIONS OF HEAVY DUTY SHELVING | $ | 260.00 |
| 234. (8) FOLDING CHAIRS | $ | 60.00 |
| 235. (2) FOLDING TABLES | $ | 40.00 |
| 236. REFRIGERATOR | $ | 120.00 |
| 237. ASSORTED HOLIDAY DECORATIONS | $ | 175.00 |
| 238. STEP LADDER | $ | 25.00 |
| 239. ESTHETICIAN LIGHT | $ | 50.00 |
| 240. 2-WHEEL DOLLY | $ | 15.00 |
| 241. 4-WHEEL DOLLY | $ | 25.00 |
| 242. METAL SLOTTED SHELF | $ | 50.00 |
| | **$** | **16,385.00** |

**Schedule A/B #7 - Electronics**

| | | |
|---|---|---|
| 16. (2) 46” SAMSUNG TVS | $ | 120.00 |
| 28. BENQ DIGITAL PROJECTOR | $ | 400.00 |
| 39. MOVIE SCREEN | $ | 45.00 |
| 32. (2) 24” HISENSE TVS | $ | 70.00 |
| 95. SAMSUNG 65” TV | $ | 175.00 |
| 102. LIGHTSTIM PRO PANEL RED LIGHT THERAPY LIGHT | $ | 600.00 |
| 105. 32” VIZIO TV | $ | 60.00 |
| 126. 75” SAMSUNG TV | $ | 225.00 |
| 131. SAMSUNG 75” TV | $ | 225.00 |
| 144. PHILLIPS 46”: TV | $ | 75.00 |
| 149. 24” ELEMENT TV | $ | 45.00 |
| 156. 75” SAMSUNG TV | $ | 225.00 |
| 190. STEREO | $ | 40.00 |
| 199. SHARP MX 1071 CO COPIER | $ | 700.00 |
| | **$** | **3,005.00** |

**Schedule A/B #8 - Collectibles of Value**

| | | |
|---|---|---|
| 30. (5) FRAMED MOVIE POSTERS | $ | 125.00 |
| 34. FRAMED ABSTRACT PRINT “MULTI-COLORED PAPER” | $ | 45.00 |
| 35. (2) FRAMED ABSTRACT GICLEE PRINTS | $ | 120.00 |
| 43. 7PC METAL WALL ART “GOLD & SILVER” | $ | 100.00 |
| 42. FRAMED GICLEE PRINT “ABSTRACT” | $ | 75.00 |
| 50. ROUND MOTHER OF PEARL SCULPTURE | $ | 45.00 |
| 55. CERAMIC ELEPHANT STATUE | $ | 30.00 |
| 57. PR OF FRAMED GICLEE ABSTRACT PRINTS | $ | 150.00 |
| 58. BLACK METAL SCULPTURE | $ | 60.00 |
| 60.PLEXIGLASS FRAMED GLITTER ART PANEL | $ | 100.00 |
| 62. FRAMED PRINT W/ ACRYLIC ACCENTS | $ | 125.00 |
| 63. FRAMED ABSTRACT PRINT “GOLD & GRAY” | $ | 110.00 |
| 66. FRAMED PRINT “SKYLINE” | $ | 65.00 |
| 67. LARGE CERAMIC BUDDHIST GODDESS BUST | $ | 200.00 |
| 74. BUDDHIST STATUE | $ | 85.00 |
| 79. FRAMED ABSTRACT PRINT | $ | 60.00 |
| 93. (2) FRAMED ABSTRACT PRINTS | $ | 120.00 |
| 96. PR OF FRAMED ABSTRACT PRINTS | $ | 100.00 |
| 103. FRAMED ABSTRACT PRINT | $ | 20.00 |
| 107. (2) BLACK & WHITE ABSTRACT PRINTS | $ | 80.00 |
| 108. FRAMED ABSTRACT PRINT SIGNED PARADIS | $ | 120.00 |

| | | |
|---|---|---|
| 110. PR OF WHITE UPHOLSTERED CHAIRS | $ | 100.00 |
| 111. BUDDHIST STATUE | $ | 40.00 |
| 113. METAL WALL ART | $ | 125.00 |
| 114. SMALL BUDDHIST STAUE | $ | 20.00 |
| 118. METAL & MIRRORED WALL ART | $ | 125.00 |
| 119. ROUND CAST METAL SCULPTURE | $ | 40.00 |
| 120. PR OF WHITE ABSTRACT PRINTS | $ | 80.00 |
| 121. FRAMED PHOTGRAPH “LION” | $ | 30.00 |
| 122. SILVER CREDENZA CABINET | $ | 90.00 |
| 123. ROUND MARBLE TOP TABLE | $ | 125.00 |
| 124. EXECUTIVE CHAIRS | $ | 40.00 |
| 125. 10PC SECTIONAL SOFA SET | $ | 700.00 |
| 128. BUDDHIST STATUE | $ | 25.00 |
| 136. PR OF FRAMED PRINTS “WOMEN” | $ | 120.00 |
| 146. FRAMED ABSTRACT PRINT | $ | 50.00 |
| 173. (5) FRAMED PRINTS | $ | 200.00 |
| | **$** | **3,845.00** |

**Schedule A/B #9 - Sports and Hobby Equipment**

| | | |
|---|---|---|
| 1. BOWFLEX TREADMILL | $ | 725.00 |
| 2. LEG PRESS MACHINE | $ | 375.00 |
| 3. WEIDER PRO WEIGHT BENCH | $ | 100.00 |
| 4. PRO UB 600 AB BENCH | $ | 100.00 |
| 5. WEIGHT MACHINE | $ | 500.00 |
| 6. STAIRMASTER FREE CLIMBING 4600 CL | $ | 750.00 |
| 7. CONCEPT 2 ROWING MACHINE | $ | 525.00 |
| 8. CAP STRENGTH AB BENCH | $ | 100.00 |
| 9. OSO LEG LIFT | $ | 120.00 |
| 10. (30) ASSORTED DUMBELLS & KETTLE BELLS | $ | 300.00 |
| 11. DUMBELL RACK | $ | 65.00 |
| 12. MASSAGE TABLE | $ | 125.00 |
| 13. FOLDING TABLE | $ | 20.00 |
| 14. HOTCABI TOWEL WARMER | $ | 55.00 |
| 15. EXERCISE BALLS | $ | 30.00 |
| 104. VIBRATORY EXERCISER | $ | 65.00 |
| 176. INVERSION TABLE | $ | 120.00 |
| 198. PELOTON BICYCLE | $ | 275.00 |
| | **$** | **4,350.00** |

**Schedule A/B #10 - Firearms**

| | | |
|---|---|---|
| 243. RUGER AR 556 RIFLE 556 CAL #85968920 | $ | 500.00 |
| 244. CZ SCORPION EVO 3 PISTOL 9MM #E094324 | $ | 800.00 |
| 245. JTS M12 AR-9 SHOTGUN 12 GA #AR000009G | $ | 250.00 |
| 246. KELTEC K57 12 GA SHOTGUN #QEC42 | $ | 320.00 |
| 247. SAVAGE 110 RIFLE 242 CAL #P088254 | $ | 500.00 |
| 248. ATI GSG-16 22 LR #A891506 | $ | 250.00 |
| 249. TAURUS M605 PROTECTOR REVOLVER 357 MAG #ACJ312682 | $ | 350.00 |
| 250. TAURUS 856 REVOLVER 38 CAL #ACB595751 | $ | 250.00 |
| 251. TAURUS RAGING HUNTER 44 MAG REVOLVER #ACH170732 | $ | 525.00 |
| 252. TAURUS RAGING HUNTER 545 CASUL CAL REVOLVER #ADC032542 | $ | 600.00 |
| 253. SMITH & WESSON BODY GUARD 38 CAL REVOLVER #CVW4209 | $ | 225.00 |
| 254. ROCK ISLAND M1911 PISTOL 10MM #RIA2345839 | $ | 450.00 |
| 255. BUL ARMORY 1911 GOVERNMENT 9MM PISTOL #SP23290 | $ | 700.00 |
| 256. KIMBER MICRO9 9MM PISTOL #STB0000946 | $ | 475.00 |
| 257. BERETTA CENTENNIAL PISTOL 9MM #CX1063\1915 | $ | 500.00 |
| 258. SMITH & WESSON M&P SHEILD EZ PISTOL 380 CAL #NKE2444 | $ | 275.00 |
| 259. TAURUS G3C 9MM PISTOL #ACN7260887 | $ | 150.00 |
| 260. RUGER LC 95 9MM PISTOL #45981346 | $ | 160.00 |
| 261. SIG SAUER P320 XC PISTOL 9MM #58H260757 | $ | 400.00 |
| 262. SPRINGFIELD ARMORY HELLCAT 9MM PISTOL #BY583298 | $ | 400.00 |
| 263. SMITH & WESSON PC 637-2 PISTOL 38 CAL #DNJ0211 | $ | 350.00 |
| 264. SMITH & WESSON PC M&P SHEILD 9MM PISTOL #RHD7840 | $ | 700.00 |
| 265. CANIK TP9 9MM ELITE COMBAT #21BN19752 | $ | 300.00 |
| 266. WALTHER PDPC 9MM PISTOL #FDK9812 | $ | 350.00 |
| 267. WALTHER PPS M2 9MM PISTOL #BC6071 | $ | 250.00 |
| 268. KELTEC P50 PISTOL 5.7x28 CAL #AADS79 | $ | 500.00 |
| 269. RUGER PC CHARGER 9MM PISTOL #91343470 | $ | 500.00 |
| 270. CHARLES DALY PAK-9 PISTOL 9MM #RON2171124 | $ | 300.00 |
| | **$** | **10,580.00** |

**Schedule A/B #39 Office Equipment & Furnishings**

| | | |
|---|---|---|
| 17. NOVOTHOR RED LIGHT THERAPY POD | $ | 11,000.00 |
| 18. COMPUTER DESK | $ | 65.00 |
| 19. COMPUTER | $ | 75.00 |
| 20. HP MULTI-FUNCTION PRINTER | $ | 35.00 |
| 21. PAPER SHREDDER | $ | 30.00 |
| 22. 2-DRAWER FILE CABINET | $ | 20.00 |
| 23. EXECUTIVE CHAIR | $ | 50.00 |
| 24. MAXIMA PRO JOGGING PLATFORM | $ | 50.00 |
| 25. FAN | $ | 15.00 |
| 200. ELECTRIC MASSAGE CHAIR | $ | 675.00 |
| 201. DESK | $ | 75.00 |

| | | |
|---|---|---|
| 202. SHARP 60" TV | $ | 120.00 |
| 203. CREDENZA | $ | 75.00 |
| 204. DVD PLAYER | $ | 15.00 |
| 205. POKER TABLE | $ | 425.00 |
| 206. (10) SIDE CHAIRS | $ | 450.00 |
| 207. MARBLE TOP COCKTAIL TABLE & END TABLE | $ | 85.00 |
| 208. COLLECTIBLE FRAMED GODFATHER PHOTO W/ SIGNATURES | $ | 275.00 |
| 209. MICROWAVE OVEN | $ | 25.00 |
| 210. ELITE POPCORN POPPER | $ | 50.00 |
| 211. FRAMED ALI & BEATLES PHOTOGRAPH W/ SIGNATURES | $ | 275.00 |
| 212. FRAMED ROYALS JERSEY | $ | 50.00 |
| 213. FRAMED ALI SIGNED PHOTOGRAPH W/ CERTIFICATION | $ | 450.00 |
| 214. ROBOTIC VACUUM | $ | 45.00 |
| 215. DUNES COLLECTIBLE DISPLAY W/ CASSIUS CLAY PHOTOGRAPH | $ | 100.00 |
| 216. SIGNED MARCUS ALLEN JERSEY W/ CERTIFICATION | $ | 200.00 |
| 217. (2) HEATERS | $ | 50.00 |
| 218. (2) PORTABLE AIR CONDITIONER UNITS | $ | 300.00 |
| 219. FRAMED SIGNED STEPHEN CURRY PHOTO W/ CERTIFICATION | $ | 225.00 |
| 220. FRAMED TIM BROWN PHOTO W/ CERTIFICATION | $ | 250.00 |
| 221. PORTABLE FIREPLACE | $ | 125.00 |
| 222. BAR REFRIGERATOR | $ | 75.00 |
| 223. PR OF LAMPS | $ | 60.00 |
| 224. WINE COOLER | $ | 120.00 |
| 225. END TABLE | $ | 45.00 |
| 226. TV STAND | $ | 75.00 |
| 227. (3) FRAMED ORIENTAL PRINTS | $ | 100.00 |
| 228. EXECUTIVE CHAIR | $ | 50.00 |
| 229. HP PRINTER | $ | 35.00 |
| 230. END TABLE | $ | 50.00 |
| 231. FRAMED WALL ART "CRYSTAL SKULL" | $ | 85.00 |
| 232. BLACK SECTIONAL SOFA | $ | 275.00 |
| 170. DESK | $ | 150.00 |
| 171. PINK DESK CHAIR | $ | 40.00 |
| 172. HP PRINTER | $ | 35.00 |
| | **$** | **16,875.00** |
| **Total:** | **$** | **55,040.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mark Anthony Sawyer | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | Jennifer Ann Sawyer | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | 26-12677 | | |

☐ Check if this is an amended filing

# Official Form 106C

## Schedule C: The Property You Claim as Exempt

4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

■ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **6940 N. Jensen St. Las Vegas, NV 89149 Clark County Property purchased on 5/31/2017. Deed transferred to Trust 3/16/2021. Lis Pendens recorded on the property 4/03/2024 and 5/15/2024. Judgment recorded on property on 8/27/2024 from Case No.: A-24-900430-**<br>Line from *Schedule A/B*: **1.2** | **$2,718,000.00** | ■ **$605,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. §§ 21.090(1)(l), 115.005, 115.010, 115.050** |
| **2021 Ford F150 49,000 miles**<br>Line from *Schedule A/B*: **3.1** | **$22,900.00** | ■ **$15,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **1996 Harley Davidson Softail**<br>Line from *Schedule A/B*: **3.4** | **$6,000.00** | ■ **$6,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(f)** |
| **See Exhibit A/B #6 - Household Items**<br>Line from *Schedule A/B*: **6.1** | **$16,385.00** | ■ **$16,385.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Six safes - All contents in safes were seized. [See SoFA #10]**<br>Line from *Schedule A/B*: **6.2** | **Unknown** | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **Household items for townhome located at 18440 Emerald Lane, Morgan Hill, CA 95037**<br>Line from *Schedule A/B*: **6.3** | **$1,125.00** | ■ **$260.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **See Exhibit A/B #7 - Electronics**<br>Line from *Schedule A/B*: **7.1** | **$3,005.00** | ■ **$3,005.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **See Exhibit A/B #8 - Collectibles of Value**<br>Line from *Schedule A/B*: **8.1** | **$3,845.00** | ■ **$3,845.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **See Exhibit A/B #9 - Sports and Hobby Equipment**<br>Line from *Schedule A/B*: **9.1** | **$4,350.00** | ■ **$4,350.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(b)** |
| **ATI GSG-16 22 LR #A891506**<br>Line from *Schedule A/B*: **10.2** | **$250.00** | ■ **$250.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(i)** |
| **Beretta Centennial Pistol 9MM #CX1063/1915**<br>Line from *Schedule A/B*: **10.3** | **$500.00** | ■ **$500.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(i)** |
| **Mark - Three Mavado watches, five Rado watches, one sports watch, and one IWC Schaffhausen Watch**<br>Line from *Schedule A/B*: **12.1** | **$1,475.00** | ■ **$1,475.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Wedding rings**<br>Line from *Schedule A/B*: **12.2** | **$2,600.00** | ■ **$2,600.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Jennifer - Seven silver/gold-tone diamond necklaces, one silver-tone diamond tennis bracelet, pair of silver-tone diamond stud earrings, and two silver-tone diamond band rings.**<br>Line from *Schedule A/B*: **12.3** | **$4,150.00** | ■ **$4,115.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |
| **Jennifer - One Bulova watch, two Rado watches, and one Gucci watch**<br>Line from *Schedule A/B*: **12.4** | **$565.00** | ■ **$565.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(a)** |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings Acct. #5126: Citi Bank - Jennifer**<br>Line from *Schedule A/B*: **17.2** | **$32,006.70** | ■ **$20,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(z)** |
| **See Exhibit A/B #39 Office Equipment & Furnishings**<br>Line from *Schedule A/B*: **39.1** | **$16,875.00** | ■ **$16,875.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **Nev. Rev. Stat. § 21.090(1)(d)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

■ No

☐ Yes

**Fill in this information to identify your case:**

Debtor 1: Mark Anthony Sawyer
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): Jennifer Ann Sawyer
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): 26-12677

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A: Amount of claim (Do not deduct the value of collateral.) | Column B: Value of collateral that supports this claim | Column C: Unsecured portion (If any) |
|---|---|---|---|
| 2.1 City of Morgan Hill | $75,000.00 | $727,000.00 | $0.00 |

**2.1 City of Morgan Hill**
Creditor's Name

**Business Assistance and Housing Services Begin Program 17575 Peak Avenue Morgan Hill, CA 95037-4128**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**18440 Emerald Lane Morgan Hill, CA 95037 Santa Clara County Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home.**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset) **Deed of Trust**

**Date debt was incurred** 9/10/2012

**Last 4 digits of account number** 0067

Debtor 1 **Mark Anthony Sawyer**
First Name Middle Name Last Name

Debtor 2 **Jennifer Ann Sawyer**
First Name Middle Name Last Name

Case number (if known) **26-12677**

---

**2.2** **City of Morgan Hill**
Creditor's Name

**Business Assistance and Housing Services Begin Program**
**17575 Peak Avenue**
**Morgan Hill, CA 95037-4128**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**18440 Emerald Lane Morgan Hill, CA 95037 Santa Clara County Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home.**

**$70,000.00** | **$727,000.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Second Deed of Trust**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

---

**2.3** **Danai Kietikul**
Creditor's Name

**c/o Joel G. Selik, Esq.**
**304 S. Jones Blvd. #6615**
**Las Vegas, NV 89107**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**
**Business Judgment [MAS Holding Group, LLC] recorded on 6940 N. Jensen St. Las Vegas, NV 89149 and 6508 Setting Moon St. North Las Vegas, NV 89084**

**$1,057,219.69** | **$2,718,000.00** | **$1,057,219.69**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Recorded Business Judgment**

**Date debt was incurred** ______ **Last 4 digits of account number** ______

Debtor 1 **Mark Anthony Sawyer** (First Name / Middle Name / Last Name)
Debtor 2 **Jennifer Ann Sawyer** (First Name / Middle Name / Last Name)
Case number (if known) **26-12677**

---

**2.4 Guild Mortgage Company**
Creditor's Name

**Attn: Bankruptcy Dept/Managing Agent**
**P.O. Box 85046**
**San Diego, CA 92186**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$135,012.00** **$727,000.00** **$0.00**

**18440 Emerald Lane Morgan Hill, CA 95037 Santa Clara County Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home.**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred** **11/2012** **Last 4 digits of account number** **2083**

---

**2.5 Matthew Courtney**
Creditor's Name

**c/o Blilie Law**
**Attn: Craig Lewis, Esq.**
**235 Lincoln Rd. Ste., 310**
**Miami Beach, FL 33139**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$5,460,398.78** **$2,718,000.00** **$5,460,398.78**

**6940 N. Jensen St. Las Vegas, NV 89149 Clark County Property purchased on 5/31/2017. Deed transferred to Trust 3/16/2021. Lis Pendens recorded on the property 4/03/2024 and 5/15/2024.**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

Debtor 1 **Mark Anthony Sawyer** (First Name, Middle Name, Last Name)

Debtor 2 **Jennifer Ann Sawyer** (First Name, Middle Name, Last Name)

Case number (if known) **26-12677**

**2.6 Select Portfolio Servicing**
Creditor's Name

**Attn: Bankruptcy Dept./Managing Agent**
**PO Box 65250**
**Salt Lake City, UT 84165**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **6940 N. Jensen St. Las Vegas, NV 89149**

**$817,339.00** | **$2,718,000.00** | **$0.00**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred** **5/2017** **Last 4 digits of account number** **3034**

---

**2.7 Sonia Feldman**
Creditor's Name

**c/o Michael Machat, Esq.**
**8730 W. Sunset Blvd., Ste. 250**
**West Hollywood, CA 90069**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **Business Judgment recorded on 6940 N. Jensen St. Las Vegas, NV 89149 and 6508 Setting Moon St. North Las Vegas, NV 89084**

**$3,149,689.67** | **$2,718,000.00** | **$1,249,028.67**

**As of the date you file, the claim is:** Check all that apply.
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ■ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Date debt was incurred** **Last 4 digits of account number**

Debtor 1 **Mark Anthony Sawyer** — First Name / Middle Name / Last Name

Debtor 2 **Jennifer Ann Sawyer** — First Name / Middle Name / Last Name

Case number (if known) **26-12677**

---

**2.8 Td Auto Finance**
Creditor's Name

**Attn: Bankruptcy**
**Po Box 9223**
**Farmington Hills, MI 48333**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$104,123.00** **$92,440.00** **$11,683.00**

**2023 Mercedes GLS 600 43000 miles Surrender to lien holder**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **Automobile Loan**

**Date debt was incurred** **Opened 04/23 Last Active 1/21/26**

**Last 4 digits of account number** **1803**

---

**2.9 Weststar Loan Servicing**
Creditor's Name

**Attn: Bankruptcy**
**Dept/Managing Agent**
**2340 Paseo Del Prado D104**
**Las Vegas, NV 89102**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:** **$229,677.49** **$431,400.00** **$0.00**

**6508 Setting Moon St. North Las Vegas, NV 89084**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
- ■ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset) **First Mortgage**

**Date debt was incurred**

**Last 4 digits of account number** **8630**

---

| | |
|---|---|
| **Add the dollar value of your entries in Column A on this page. Write that number here:** | **$11,098,459.63** |
| **If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$11,098,459.63** |

## Part 2: List Others to Be Notified for a Debt That You Already Listed

**Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.**

[ ] Name, Number, Street, City, State & Zip Code
**Albright, Stoddard, Warnick & Albright**
**Attn: G. Mark Albright, Esq.**
**For: Sonia Feldman**
**801 S. Rancho Dr., Ste. D-4**
**Las Vegas, NV 89106**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

Debtor 1 **Mark Anthony Sawyer** (First Name / Middle Name / Last Name)

Debtor 2 **Jennifer Ann Sawyer** (First Name / Middle Name / Last Name)

Case number (if known) **26-12677**

[ ]

Name, Number, Street, City, State & Zip Code
**Danai Kietikul**
**C/o David S. Eisenmann, Esq.**
**2540 Camino Diablo, Ste., 202**
**Walnut Creek, CA 94597**

On which line in Part 1 did you enter the creditor? **2.3**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**Matthew Courtney**
**c/o David J. Yaffe, Esq.**
**1135 Kane Concourse 3rd Fl.**
**Miami Beach, FL 33154**

On which line in Part 1 did you enter the creditor? **2.5**

Last 4 digits of account number ___

---

[ ]

Name, Number, Street, City, State & Zip Code
**Sonia Feldman**
**c/o Albright, Stoddard, Warnick**
**Attn: Daniel Reed Ormsby, Esq.**
**801 S. Rancho Dr. Ste., D-4**
**Las Vegas, NV 89106**

On which line in Part 1 did you enter the creditor? **2.7**

Last 4 digits of account number ___

---

**Fill in this information to identify your case:**

Debtor 1: **Mark Anthony Sawyer**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Jennifer Ann Sawyer**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **26-12677**

☐ Check if this is an amended filing

# Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims — 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).**

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| 2.1 **Julie Crawford** — Last 4 digits of account number: | **Unknown** | **$0.00** | **$0.00** |

Priority Creditor's Name: **Julie Crawford**
**17230 Holiday Drive**
**Morgan Hill, CA 95037**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

■ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify **Spousal Support**

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.1 Abel Mendoza**
Nonpriority Creditor's Name
**3379 Shadow Leaf Drive**
**San Jose, CA 95132**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.2 ACM North, LLC**
Nonpriority Creditor's Name
**2685 S. Rainbow Blvd. Ste. 213**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.3 Alan Cox**
Nonpriority Creditor's Name
**1228 N. 25th St. #8**
**Philadelphia, PA 19121**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.4** **Anderson Cox**
Nonpriority Creditor's Name
**6610 Eagle Ridge Ct.**
**Gilroy, CA 95020**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.5** **Anthony Napoli**
Nonpriority Creditor's Name
**c/o Dyer Law Firm**
**7410 Greenhaven Dr. Ste. 200A**
**Sacramento, CA 95831**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.6** **Antoine Lee**
Nonpriority Creditor's Name
**3950 Paul Terrace**
**Fremont, CA 94538**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.7 **Antonio Walker**
Nonpriority Creditor's Name
**403 Pinenut St.**
**Oakley, CA 94561**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

4.8 **ATD Commerce, LLC**
Nonpriority Creditor's Name
**2686 S. Rainbow Blvd. Ste. 213**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

4.9 **Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O.Box 15019**
**Wilmington, DE 19886**
Number Street City State Zip Code

**Last 4 digits of account number** **1837**
**$6,743.00**

**When was the debt incurred?** **Opened 02/08 Last Active 1/12/26**

**Who incurred the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Credit Card**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.10

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 15019**
**Wilmington, DE 19886**
Number Street City State Zip Code

**Last 4 digits of account number** 6377 — **$14,951.00**

**When was the debt incurred?** 2/2025

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

4.11

**Bessie Baker**
Nonpriority Creditor's Name
**c/o Fry Law Corporation**
**Attn: Christopher J. Fry, Esq.**
**4227 Sunrise Blvd., Ste., 200**
**Fair Oaks, CA 95628**
Number Street City State Zip Code

**Last 4 digits of account number** — **$90,000.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 25-CV-465648**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.12** **Bobby Hamilton** — **Unknown**
Nonpriority Creditor's Name
**4341 Magnifica Lane**
**Sacramento, CA 95827**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.13** **Bosworth Capital Investments** — **Unknown**
Nonpriority Creditor's Name
**c/o Avalon Legal Group, LLC**
**6030 S. Rainbow Blvd. Ste. D1**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Judgment entered in the Eighth Judicial District Court Case No.: A-24-905757-C. See D3 Investments, LLC.**

---

**4.14** **Carl Robert Brown** — **Unknown**
Nonpriority Creditor's Name
**c/o Bryan Naddafi, Esq.**
**6030 S. Rainbow Ste. D1**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number**
**When was the debt incurred?**
**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible Counterclaim**

---

4.15 **Carlos Rodriguez**
Nonpriority Creditor's Name
**c/o Chugh LLP**
**15925 Carmenita Rd.**
**Cerritos, CA 90703-2206**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Class Action Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-446394. See Mahesh Jammalamadaka**

---

4.16 **Casandra Hosseini**
Nonpriority Creditor's Name
**1683 Zinnia Lane**
**San Jose, CA 95124**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.17 **Centennial Hills Hospital**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**3075 E. Imperial Highway, Ste. 200**
**Brea, CA 92821**
Number Street City State Zip Code

Last 4 digits of account number
**$11,000.00**
When was the debt incurred?

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt**

---

4.18 **Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

Last 4 digits of account number **7900**
**$43,280.00**
When was the debt incurred? **Opened 03/20 Last Active 12/24**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

---

4.19 **Chase Card Services**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

Last 4 digits of account number **2406**
**$21,503.00**
When was the debt incurred? **Opened 06/15 Last Active 12/24**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.20 **Chase Card Services** — Last 4 digits of account number **8019** — **$19,989.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 02/21 Last Active 04/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

4.21 **Chase Card Services** — Last 4 digits of account number **2637** — **$19,472.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 07/13 Last Active 05/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

4.22 **Chase Card Services** — Last 4 digits of account number **3067** — **$18,589.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 10/13 Last Active 03/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

4.23

**Chase Card Services** — Last 4 digits of account number **1407** — **$16,586.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 06/15 Last Active 03/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

4.24

**Chase Card Services** — Last 4 digits of account number **9341** — **$15,873.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 01/13 Last Active 05/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

4.25

**Chase Card Services** — Last 4 digits of account number **4935** — **$11,796.00**

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

**When was the debt incurred?** **Opened 02/13 Last Active 01/25**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

**4.26** **Chase Card Services** — Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 15299**
**Wilmington, DE 19850**
Number Street City State Zip Code

Last 4 digits of account number: **0869** — **$11,284.00**

When was the debt incurred? **Opened 08/17 Last Active 06/25**

Who incurred the debt? Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Charge Account**

---

**4.27** **Citibank** — Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**PO Box 790046**
**Saint Louis, MO 63179**
Number Street City State Zip Code

Last 4 digits of account number: **8450** — **$21,464.00**

When was the debt incurred? **2/2018**

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

**4.28** **Clyde Berg** — Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

Last 4 digits of account number: — **$25,000,000.00**

When was the debt incurred?

Who incurred the debt? Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.29 **Colleen Toledo** — Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

4.30 **Curtis Perry Investments** — Nonpriority Creditor's Name
**c/o Curtis Kimbrough**
**9426 Rainbow Falls Way**
**Elk Grove, CA 95624**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.31 **D3 Investments, LLC** — Nonpriority Creditor's Name
**c/o Avalon Legal Group, LLC**
**6030 S. Rainbow Blvd. Ste. D1**
**Las Vegas, NV 89118**
Number Street City State Zip Code

**Last 4 digits of account number**
**$15,000,000.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Judgment entered in the Eighth Judicial District Court Case No.: A-24-905757-C.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.32

**Deon Hawkins**
Nonpriority Creditor's Name
**1211 Madera Ave**
**Menlo Park, CA 94025**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.33

**Dig Investors, LLC**
Nonpriority Creditor's Name
**c/o Lance Kerness**
**2685 S. Rainbow Blvd. Ste. 213**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible Counterclaim**

---

4.34

**Dimitri I. Mills, Jr.**
Nonpriority Creditor's Name
**c/o Dunn & Panagotacos LLP**
**Attn: Ryan T. Dunn, Esq.**
**354 Pine Street, Fifth Floor**
**San Francisco, CA 94104**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Santa Clara Case No.: 26-CV-485407. See Jessica Napier.**

---

4.35 **Discovercard** — Last 4 digits of account number **7671** — **$21,206.00**

Nonpriority Creditor's Name

**Po Box 30939**
**Salt Lake City, UT 84130**

Number Street City State Zip Code

When was the debt incurred? **Opened 04/09 Last Active 1/19/26**

Who incurred the debt? Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Credit Card**

---

4.36 **Dorene Strand** — Last 4 digits of account number — **Unknown**

Nonpriority Creditor's Name

**c/o Chugh LLP**
**15925 Carmenita Rd.**
**Cerritos, CA 90703-2206**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Class Action Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-446394. See Mahesh Jammalamadaka**

---

4.37 **Dulce Garcia** — Last 4 digits of account number — **Unknown**

Nonpriority Creditor's Name

**14431 Wyrick Ave.**
**San Jose, CA 95124**

Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.38

**Eden Toledo**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

---

4.39

**Eduardo Reyes**
Nonpriority Creditor's Name
**c/o Ace Lakhani Law Firm**
**Attn: Asif A. Lakhani, Esq.**
**8945 W Russell Rd, Suite 310**
**Las Vegas, NV 89148**
Number Street City State Zip Code

**Last 4 digits of account number** — **$0.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.40

**Edward Taylor**
Nonpriority Creditor's Name
**7180 Windcliff Lane**
**San Jose, CA 95138**
Number Street City State Zip Code

**Last 4 digits of account number** — **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.41 **Edwin Cortez**
Nonpriority Creditor's Name
**1445 Phelps St. #8**
**Philadelphia, PA 19121**
Number Street City State Zip Code

**Last 4 digits of account number**
**$0.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

4.42 **Elke Stephenson (Deceased)**
Nonpriority Creditor's Name
**c/o Silicon Valley Law Group**
**1 North Market Street, Ste. 200**
**San Jose, CA 95113**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Possible Counterclaim**

4.43 **Elsa Jennings**
Nonpriority Creditor's Name
**5457 Leigh Ave.**
**San Jose, CA 95124**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.44

**Emilia Sanchez**
Nonpriority Creditor's Name
**3485 Leigh Ave**
**San Jose, CA 95124**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.45

**Estaban Toledo**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

---

4.46

**Esteban Toledo Family Foundation**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

---

4.47

**Gaelen Whittemore**
Nonpriority Creditor's Name
**c/o Avalon Legal Group, LLC**
**6030 S. Rainbow Blvd. Ste. D1**
**Las Vegas, NV 89118**
Number Street City State Zip Code

Last 4 digits of account number

**Unknown**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Judgment entered in the Eighth Judicial District Court Case No.: A-24-905757-C. See D3 Investments, LLC.**

---

4.48

**Glackin LLC**
Nonpriority Creditor's Name
**c/o Seren Legal**
**Attn: K. Kasey Corbit, Esq.**
**21 Seacape Drive**
**Sausalito, CA 94965**
Number Street City State Zip Code

Last 4 digits of account number

**$4,228,997.37**

When was the debt incurred?

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Judgment pending in Superior Court of California County of Santa Clara Case No.: 24-CV-439988.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.49 **Ion Kin Mock** — **Unknown**
Nonpriority Creditor's Name
**1361 Morill Ave**
**San Jose, CA 95132**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.50 **Jabari Lomax** — **Unknown**
Nonpriority Creditor's Name
**35174 Oldham Place**
**Newark, CA 94560**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.51 **Jay Jennings** — **Unknown**
Nonpriority Creditor's Name
**1681 Milroy Place**
**San Jose, CA 95124**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.52

**Jess Santa-Iglesia**
Nonpriority Creditor's Name
**700 Messina Gardens Lane**
**San Jose, CA 95133**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.53

**Jessica Napier**
Nonpriority Creditor's Name
**c/o Dunn & Panagotacos LLP**
**Attn: Ryan T. Dunn, Esq.**
**354 Pine Street, Fifth Floor**
**San Francisco, CA 94104**
Number Street City State Zip Code

**Last 4 digits of account number**

**$5,682,876.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Santa Clara Case No.: 26-CV-485407.**

4.54

**Jesus Sanchez**
Nonpriority Creditor's Name
**1690 Marina Way**
**San Jose, CA 95132**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.55 **John Kahekili Mendonca** — **$2,625,687.86**

Nonpriority Creditor's Name
**c/o Daniel M. Kansen Esq.**
**7251 W. Lake Mead. Ste. 450**
**Las Vegas, NV 89128**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Foreign Business Judgment in the Eighth Judicial District Court Case No. A-25-928801-F and Business Judgment in the Superior Court of California, County of Santa Clara Case No. 24CV441174**

---

4.56 **Jorge Escobar** — **Unknown**

Nonpriority Creditor's Name
**1386 Arnold Ave**
**San Jose, CA 95110**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.57

**Kenneth Lee**
Nonpriority Creditor's Name
**333 Lake Howard Dr. N.W. Apt. 104D**
**Winter Haven, FL 33881**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.58

**Kevin Hamilton Jr.**
Nonpriority Creditor's Name
**2936 Limoges Walk**
**Sacramento, CA 95834**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.59

**Kevin Hamilton Sr.**
Nonpriority Creditor's Name
**6700 Aurburn St.**
**Bakersfield, CA 93306**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.60

**Lakisha Washington**
Nonpriority Creditor's Name
**c/o Wade Litigation, APC**
**Attn: H. Larry Elam, III Esq.**
**262 E. Main St.**
**Los Gatos, CA 95030**
Number Street City State Zip Code

**Last 4 digits of account number**

**$276,388.77**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Default Judgment filed in Superior Court of California County of Santa Clara Case No.: 24-CV-460939.**

4.61

**Lisa Gardner**
Nonpriority Creditor's Name
**c/o Omnus Law**
**Attn: Craig A. Hansen, Esq.**
**75 E. Santa Clara Street, Suite 1150**
**San Jose, CA 95113**
Number Street City State Zip Code

**Last 4 digits of account number**

**$6,945,145.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 26-CV-489464.**

4.62

**Luke Allard**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

4.63

**Mahesh Jammalamadaka**
Nonpriority Creditor's Name
**c/o Chugh LLP**
**15925 Carmenita Rd.**
**Cerritos, CA 90703-2206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**$601,257.41**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Class Action Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-446394.**

4.64

**Mana'Olana Captial Ventures**
Nonpriority Creditor's Name
**c/o Fry Law Corporation**
**Attn: Christopher J. Fry, Esq.**
**4227 Sunrise Blvd., Ste., 200**
**Fair Oaks, CA 95628**
Number Street City State Zip Code

**Last 4 digits of account number** | **Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 25-CV-467227. See Scott Nakagawa.**

---

4.65

**Mark Morales**
Nonpriority Creditor's Name
**14431 Wyrick Ave.**
**San Jose, CA 95124**
Number Street City State Zip Code

**Last 4 digits of account number** | **Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.66

**Mark Murray**
Nonpriority Creditor's Name
**2368 Mohigan Way**
**Las Vegas, NV 89169**
Number Street City State Zip Code

**Last 4 digits of account number** | **Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.67

**Marta Nicole Rodzen**
Nonpriority Creditor's Name
**c/o Chugh LLP**
**15925 Carmenita Rd.**
**Cerritos, CA 90703-2206**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Unknown**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Class Action Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-446394. See Mahesh Jammalamadaka**

---

4.68

**Martha Topete**
Nonpriority Creditor's Name
**857 Royalbrook Ct.**
**San Jose, CA 95111**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Unknown**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.69

**Miquela Cox**
Nonpriority Creditor's Name
**5676 Calmor Ct.**
**San Jose, CA 95123**
Number Street City State Zip Code

**Last 4 digits of account number**

**When was the debt incurred?**

**Unknown**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.70

**Nigel Williams**
Nonpriority Creditor's Name
**398 Tower Hill Ave.**
**San Jose, CA 95136**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.71

**Noemi Ochoa**
Nonpriority Creditor's Name
**3 Embarcadero West #227**
**Oakland, CA 94607**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.72

**Nolan Johnson**
Nonpriority Creditor's Name
**1430 Blossom Hill Rd.**
**San Jose, CA 95118**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.73**

**Ohio Dept of Commerce**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**77 S. High St., 23rd Floor**
**Columbus, OH 43215**
Number Street City State Zip Code

**Last 4 digits of account number** **2366**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.74**

**Osprey Investment, Inc.**
Nonpriority Creditor's Name
**c/o James Kim - Attorneys at Law**
**Attn: James T. Kim, Esq.**
**2570 North First Street, Ste., 200**
**San Jose, CA 95037**
Number Street City State Zip Code

**Last 4 digits of account number**

**$63,873,478.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Default Judgment filed in Superior Court of California County of Santa Clara Case No.: 24-CV-443476.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.75**

**Patrick Whitmarsh**
Nonpriority Creditor's Name
**c/o Dunn & Panagotacos LLP**
**Attn: Ryan T. Dunn, Esq.**
**354 Pine Street, Fifth Floor**
**San Francisco, CA 94104**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**Unknown**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Santa Clara Case No.: 26-CV-485407. See Jessica Napier.**

---

**4.76**

**Raj Davenport**
Nonpriority Creditor's Name
**1509 Chelsea**
**Hercules, CA 94547**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**Unknown**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.77**

**Renee Dickenson**
Nonpriority Creditor's Name
**91 Frontier Trail Drive**
**Las Vegas, NV 89149**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**Unknown**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Possible Counterclaim**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.78** **Richard Howell** — Last 4 digits of account number: — **Unknown**

Nonpriority Creditor's Name
**c/o Sweeney Mason LLP**
**983 University Ave., Ste. C10**
**Los Gatos, CA 95032**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Writ of Execution filed in Superior Court of California County of San Joaquin Case No.: STK-CV-UBC-2024-0016723. Also see Case No.: A-25-927353-C in the Eighth Judical District Court.**

---

**4.79** **Rita Dearion** — Last 4 digits of account number: — **Unknown**

Nonpriority Creditor's Name
**2230 Swainsons Hawk St.**
**Stockton, CA 95209**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.80** **Roman Smith** — Last 4 digits of account number: — **Unknown**

Nonpriority Creditor's Name
**23280 Hartford St.**
**West Hills, CA 91307**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.8 1** **Scott Nakagawa** — Last 4 digits of account number — **$1,891,507.00**

Nonpriority Creditor's Name
**c/o Fry Law Corporation**
**Attn: Christopher J. Fry, Esq.**
**4227 Sunrise Blvd., Ste., 200**
**Fair Oaks, CA 95628**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 25-CV-467227**

---

**4.8 2** **Shannon and Fidel Lopez** — Last 4 digits of account number — **$80,000.00**

Nonpriority Creditor's Name
**c/o Christopher J. Fry, Esq.**
**4227 Sunrise Boulevard, Ste. 200**
**Fair Oaks, CA 95628**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-440547.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.83

**Sherri Berg-Zorn**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

---

4.84

**Sonia & Rich Kang**
Nonpriority Creditor's Name
**10421 Marklein Ave.**
**Mission Hills, CA 91345**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

4.85

**Sonia Feldman**
Nonpriority Creditor's Name
**c/o Albright, Stoddard, Warnick**
**Attn: Daniel Reed Ormsby, Esq.**
**801 S. Rancho Dr. Ste., D-4**
**Las Vegas, NV 89106**
Number Street City State Zip Code

**Last 4 digits of account number**

**$1,176,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Judgment entered in United States District Court District of Nevada Case No.: 2:24-cv-00526.**

---

4.86

**Sonya Berg-O'Rosky**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

---

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

**4.87** **Stan Solomonson**
Nonpriority Creditor's Name
**c/o Daniel Z. Inscore, Esq.**
**Inscore Law Corporation**
**440 Steven Ave. Ste. 200**
**Solana Beach, CA 92075-2059**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of San Diego Case No.: 24CU003746N**

---

**4.88** **Steve Herrera**
Nonpriority Creditor's Name
**1609 Foley Ave.**
**San Jose, CA 95122**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

**4.89** **Steve Mock**
Nonpriority Creditor's Name
**3970 Paul Terrace**
**Fremont, CA 94538**
Number Street City State Zip Code

**Last 4 digits of account number**
**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.90

**Susan Nakagawa**
Nonpriority Creditor's Name
**c/o Fry Law Corporation**
**Attn: Christopher J. Fry, Esq.**
**4227 Sunrise Blvd., Ste., 200**
**Fair Oaks, CA 95628**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 25-CV-467227. See Scott Nakagawa.**

---

4.91

**T&T Irrevocable Trust**
Nonpriority Creditor's Name
**249 West Jackson Street #330**
**Hayward, CA 94544**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 24-CV-454757. See Clyde Berg.**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.92

**The California BCSH**
Nonpriority Creditor's Name
**Attn: Bankruptcy Dept/Managing Agent**
**915 Capitol Mall, Ste. 350-A**
**Sacramento, CA 95814**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**Unknown**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

---

4.93

**Thomas Cardinale**
Nonpriority Creditor's Name
**c/o Snell & Wilmer L.L.P.**
**Attn: Bradley T. Austin, Esq.**
**1700 S. Pavilion Center Drive, Ste. 700**
**Las Vegas, NV 89135**
Number Street City State Zip Code

**Last 4 digits of account number**
**When was the debt incurred?**
**$8,108,090.00**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Foreign Business Judgment in the Eighth Judicial District Court Case No.: A-26-942907-F and Judgment in Superior Court of California County of Santa Clara Case No.: 24-CV-432850**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.94 **Tomas Loredo Jr.**
Nonpriority Creditor's Name
**4424 Alum Rock Ave**
**San Jose, CA 95127**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

4.95 **Travis Seaton**
Nonpriority Creditor's Name
**1150 Karby Terrance**
**Sunnyvale, CA 94089**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Notice Only**

4.96 **Trebstone Ventures, LLC**
Nonpriority Creditor's Name
**c/o H. Stan Johnson, Esq.**
**375 E. Warm Springs Rd. Ste. 104**
**Las Vegas, NV 89119**
Number Street City State Zip Code

**Last 4 digits of account number**

**$857,066.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business Confession of Judgment entered in the Eighth Judicial District Court Case No.: A-24-889264-C.**

4.97

**Trivian, LLC**
Nonpriority Creditor's Name
**c/o Omnus Law**
**Attn: Craig A. Hansen, Esq.**
**75 E. Santa Clara Street, Suite 1150**
**San Jose, CA 95113**
Number Street City State Zip Code

**Last 4 digits of account number**

**$37,930,698.00**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Superior Court of California County of Santa Clara Case No.: 26-CV-489464.**

---

4.98

**United States District Court**
Nonpriority Creditor's Name
**District of Nevada**
**333 Las Vegas Blvd. So.**
**Las Vegas, NV 89101**
Number Street City State Zip Code

**Last 4 digits of account number**

**Unknown**

**When was the debt incurred?**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice to Case No.: 2:26-mj-00018-DJA**

---

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

4.99 **Val Transport**
Nonpriority Creditor's Name
**c/o Angela Lawson**
**9925 Gooselanding Dr.**
**Charlotte, NC 28269**
Number Street City State Zip Code

**Last 4 digits of account number** | **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

4.100 **Vicki Whitmarsh**
Nonpriority Creditor's Name
**c/o Dunn & Panagotacos LLP**
**Attn: Ryan T. Dunn, Esq.**
**354 Pine Street, Fifth Floor**
**San Francisco, CA 94104**
Number Street City State Zip Code

**Last 4 digits of account number** | **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business Complaint filed in Santa Clara Case No.: 26-CV-485407. See Jessica Napier.**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

4.101 **Walter Mock**
Nonpriority Creditor's Name
**1361 Morrill Ave.**
**San Jose, CA 95132**
Number Street City State Zip Code

**Last 4 digits of account number** | **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Notice Only**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (if known) **26-12677**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Bessie Baker**
**2230 Swainsons Hawk St.**
**Stockton, CA 95209**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.11** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**John Kahekili Mendonca**
**c/o Seren Legal**
**Attn: S. Kasey Corbi**
**21 Seacape Drive**
**Sausalito, CA 94965**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

---

Name and Address
**Thomas Cardinale**
**c/o JRG Attorneys at Law**
**318 Cayuga Street**
**Salinas, CA 93901**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.93** of (*Check one):*
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims
Last 4 digits of account number

## Part 4: Add the Amounts for Each Type of Unsecured Claim

**6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ **0.00** |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ **0.00** |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ **0.00** |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ **0.00** |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ **0.00** |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ **0.00** |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ **0.00** |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ **0.00** |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ **174,620,927.41** |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ **174,620,927.41** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark Anthony Sawyer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Jennifer Ann Sawyer** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | **26-12677** | | |

☐ Check if this is an amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Td Auto Finance**<br>**Attn: Bankruptcy**<br>**Po Box 9223**<br>**Farmington Hills, MI 48333** | **2023 Mercedes GLS 600 32,000 miles valued at $92,440.00. Debtor will surrender vehicle.** |

**Fill in this information to identify your case:**

Debtor 1: **Mark Anthony Sawyer**
First Name / Middle Name / Last Name

Debtor 2 (Spouse if, filing): **Jennifer Ann Sawyer**
First Name / Middle Name / Last Name

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known): **26-12677**

☐ Check if this is an amended filing

# Official Form 106H
## Schedule H: Your Codebtors

**12/15**

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
■ Yes.

In which community state or territory did you live? **-NONE-** . Fill in the name and current address of that person.

Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.85**<br>☐ Schedule G ____<br>**Sonia Feldman** |
| 3.2 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ■ Schedule D, line **2.5**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Matthew Courtney** |

Debtor 1 Mark Anthony Sawyer
Jennifer Ann Sawyer

Case number *(if known)* 26-12677

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|---|
| 3.3 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.48**<br>☐ Schedule G ____<br>**Glackin LLC** |
| 3.4 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.55**<br>☐ Schedule G ____<br>**John Kahekili Mendonca** |
| 3.5 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.6 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.63**<br>☐ Schedule G ____<br>**Mahesh Jammalamadaka** |
| 3.7 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.28**<br>☐ Schedule G ____<br>**Clyde Berg** |
| 3.8 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G ____<br>**Carlos Rodriguez** |
| 3.9 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.36**<br>☐ Schedule G ____<br>**Dorene Strand** |
| 3.10 | **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.67**<br>☐ Schedule G ____<br>**Marta Nicole Rodzen** |

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|
| 3.11 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G<br>**Colleen Toledo** |
| 3.12 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G<br>**Eden Toledo** |
| 3.13 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.45**<br>☐ Schedule G<br>**Estaban Toledo** |
| 3.14 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G<br>**Esteban Toledo Family Foundation** |
| 3.15 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.62**<br>☐ Schedule G<br>**Luke Allard** |
| 3.16 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.83**<br>☐ Schedule G<br>**Sherri Berg-Zorn** |
| 3.17 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.86**<br>☐ Schedule G<br>**Sonya Berg-O'Rosky** |
| 3.18 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.91**<br>☐ Schedule G<br>**T&T Irrevocable Trust** |

Debtor 1 **Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Case number *(if known)* **26-12677**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.19 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.60**<br>☐ Schedule G<br>**Lakisha Washington** |
| 3.20 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.100**<br>☐ Schedule G<br>**Vicki Whitmarsh** |
| 3.21 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.75**<br>☐ Schedule G<br>**Patrick Whitmarsh** |
| 3.22 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.34**<br>☐ Schedule G<br>**Dimitri I. Mills, Jr.** |
| 3.23 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G<br>**D3 Investments, LLC** |
| 3.24 **ACM North, LLC**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.13**<br>☐ Schedule G<br>**Bosworth Capital Investments** |
| 3.25 **Anthony Napoli**<br>**c/o Dyer Law Firm**<br>**7410 Greenhaven Dr. Ste. 200A**<br>**Sacramento, CA 95831** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.78**<br>☐ Schedule G<br>**Richard Howell** |
| 3.26 **Antoine Lee**<br>**3950 Paul Terrace**<br>**Fremont, CA 94538** | ☐ Schedule D, line<br>■ Schedule E/F, line **4.82**<br>☐ Schedule G<br>**Shannon and Fidel Lopez** |

Debtor 1 **Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Case number *(if known)* **26-12677**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.27 **Antoine Lee**<br>**3950 Paul Terrace**<br>**Fremont, CA 94538** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.11**<br>☐ Schedule G ____<br>**Bessie Baker** |
| 3.28 **ATD Commerce, LLC**<br>**2686 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.29 **ATD Commerce, LLC**<br>**2686 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.85**<br>☐ Schedule G ____<br>**Sonia Feldman** |
| 3.30 **Carl Robert Brown**<br>**c/o Bryan Naddafi, Esq.**<br>**6030 S. Rainbow Ste. D1**<br>**Las Vegas, NV 89118** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.96**<br>☐ Schedule G ____<br>**Trebstone Ventures, LLC** |
| 3.31 **Dig Investors, LLC**<br>**c/o Lance Kerness**<br>**2685 S. Rainbow Blvd. Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.96**<br>☐ Schedule G ____<br>**Trebstone Ventures, LLC** |
| 3.32 **Elke Stephenson**<br>**c/o Silicon Valley Law Group**<br>**1 North Market Street, Ste. 200**<br>**San Jose, CA 95113**<br>**Co-Debtor Deceased** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.63**<br>☐ Schedule G ____<br>**Mahesh Jammalamadaka** |
| 3.33 **Elke Stephenson**<br>**c/o Silicon Valley Law Group**<br>**1 North Market Street, Ste. 200**<br>**San Jose, CA 95113**<br>**Co-Debtor Deceased** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |

| | | | |
|---|---|---|---|
| Debtor 1 | Mark Anthony Sawyer<br>Jennifer Ann Sawyer | Case number *(if known)* | 26-12677 |

**Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.34 | **Elke Stephenson**<br>**c/o Silicon Valley Law Group**<br>**1 North Market Street, Ste. 200**<br>**San Jose, CA 95113**<br>**Co-Debtor Deceased** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G ____<br>**Carlos Rodriguez** |
| 3.35 | **Elke Stephenson**<br>**c/o Silicon Valley Law Group**<br>**1 North Market Street, Ste. 200**<br>**San Jose, CA 95113**<br>**Co-Debtor Deceased** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.36**<br>☐ Schedule G ____<br>**Dorene Strand** |
| 3.36 | **Elke Stephenson**<br>**c/o Silicon Valley Law Group**<br>**1 North Market Street, Ste. 200**<br>**San Jose, CA 95113**<br>**Co-Debtor Deceased** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.67**<br>☐ Schedule G ____<br>**Marta Nicole Rodzen** |
| 3.37 | **Jennifer Ann Sawyer**<br>**6940 N. Jensen St.**<br>**Las Vegas, NV 89149-1365** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.85**<br>☐ Schedule G ____<br>**Sonia Feldman** |
| 3.38 | **Jennifer as trustee of Nevada MSJ Trust**<br>**6940 N. Jensen St.**<br>**Las Vegas, NV 89149-1365** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.39 | **Mark as trustee of Nevada MSJ Trust**<br>**6940 N. Jensen St.**<br>**Las Vegas, NV 89149-1365** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.40 | **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.41 | **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.96**<br>☐ Schedule G ____<br>**Trebstone Ventures, LLC** |

Debtor 1 Mark Anthony Sawyer
Jennifer Ann Sawyer

Case number *(if known)* 26-12677

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.42 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.85**<br>☐ Schedule G ____<br>**Sonia Feldman** |
| 3.43 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.87**<br>☐ Schedule G ____<br>**Stan Solomonson** |
| 3.44 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ■ Schedule D, line **2.3**<br>☐ Schedule E/F, line ____<br>☐ Schedule G ____<br>**Danai Kietikul** |
| 3.45 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.46 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.63**<br>☐ Schedule G ____<br>**Mahesh Jammalamadaka** |
| 3.47 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.28**<br>☐ Schedule G ____<br>**Clyde Berg** |
| 3.48 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.15**<br>☐ Schedule G ____<br>**Carlos Rodriguez** |
| 3.49 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.36**<br>☐ Schedule G ____<br>**Dorene Strand** |

Debtor 1 Mark Anthony Sawyer
Jennifer Ann Sawyer

Case number *(if known)* 26-12677

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.50 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.67**<br>☐ Schedule G ____<br>**Marta Nicole Rodzen** |
| 3.51 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.29**<br>☐ Schedule G ____<br>**Colleen Toledo** |
| 3.52 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.38**<br>☐ Schedule G ____<br>**Eden Toledo** |
| 3.53 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.45**<br>☐ Schedule G ____<br>**Estaban Toledo** |
| 3.54 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.46**<br>☐ Schedule G ____<br>**Esteban Toledo Family Foundation** |
| 3.55 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.62**<br>☐ Schedule G ____<br>**Luke Allard** |
| 3.56 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.83**<br>☐ Schedule G ____<br>**Sherri Berg-Zorn** |
| 3.57 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.86**<br>☐ Schedule G ____<br>**Sonya Berg-O'Rosky** |

Debtor 1 **Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Case number *(if known)* **26-12677**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.58 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.91**<br>☐ Schedule G ____<br>**T&T Irrevocable Trust** |
| 3.59 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.60**<br>☐ Schedule G ____<br>**Lakisha Washington** |
| 3.60 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.31**<br>☐ Schedule G ____<br>**D3 Investments, LLC** |
| 3.61 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.13**<br>☐ Schedule G ____<br>**Bosworth Capital Investments** |
| 3.62 **MAS Holdings Group, LLC**<br>**2685 S. Rainbow Blvd, Ste. 213**<br>**Las Vegas, NV 89146** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.47**<br>☐ Schedule G ____<br>**Gaelen Whittemore** |
| 3.63 **Renee Dickenson**<br>**91 Frontier Trail Drive**<br>**Las Vegas, NV 89149** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.64 **Sawyer Holdings, LLC**<br>**6940 N. Jensen St.**<br>**Las Vegas, NV 89149** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.74**<br>☐ Schedule G ____<br>**Osprey Investment, Inc.** |
| 3.65 **Sawyer Holdings, LLC**<br>**6940 N. Jensen St.**<br>**Las Vegas, NV 89149** | ☐ Schedule D, line ____<br>■ Schedule E/F, line **4.85**<br>☐ Schedule G ____<br>**Sonia Feldman** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Anthony Sawyer** |
| Debtor 2 (Spouse, if filing) | **Jennifer Ann Sawyer** |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number (If known) | **26-12677** |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

# Official Form 106I

# Schedule I: Your Income

**12/15**

**Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Describe Employment

1. **Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| **Occupation** | **Owner** | |
| **Employer's name** | **MAS Solutions Group** | |
| **Employer's address** | **10376 Trailing Delta Ave.<br>Las Vegas, NV 89135** | |
| **How long employed there?** | **15 years** | |

## Part 2: Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ **35,000.00** | $ **0.00** |
| 3. **Estimate and list monthly overtime pay.** | 3. | +$ **0.00** | +$ **0.00** |
| 4. **Calculate gross Income.** Add line 2 + line 3. | 4. | $ **35,000.00** | $ **0.00** |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**

Case number (*if known*) **26-12677**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **35,000.00** | $ **0.00** |
| 5. | **List all payroll deductions:** | | | |
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **12,250.00** | $ **0.00** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **0.00** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| 5e. | **Insurance** | 5e. | $ **0.00** | $ **0.00** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| 5h. | **Other deductions.** Specify: | 5h.+ | $ **0.00** | + $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **12,250.00** | $ **0.00** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **22,750.00** | $ **0.00** |
| 8. | **List all other income regularly received:** | | | |
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **0.00** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| 8h. | **Other monthly income.** Specify: | 8h.+ | $ **0.00** | + $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.
10. $ **22,750.00** + $ **0.00** = $ **22,750.00**

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: 11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ **22,750.00**
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
■ No.
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1: **Mark Anthony Sawyer**

Debtor 2 (Spouse, if filing): **Jennifer Ann Sawyer**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (If known): **26-12677**

Check if this is:
- ☐ An amended filing
- ☐ A supplement showing postpetition chapter 13 expenses as of the following date:

MM / DD / YYYY

# Official Form 106J
## Schedule J: Your Expenses

12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Describe Your Household

1. **Is this a joint case?**
   - ☐ No. Go to line 2.
   - ■ Yes. **Does Debtor 2 live in a separate household?**
     - ■ No
     - ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?** ☐ No ■ Yes. Fill out this information for each dependent.............

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Granddaughter | 6 | ☐ No ■ Yes |
| Daughter | 23 | ☐ No ■ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?** ■ No ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

**Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)**

| | | | Your expenses |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ 6,232.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. | $ 1,427.75 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ 420.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ 800.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |

Debtor 1 Mark Anthony Sawyer
Debtor 2 Jennifer Ann Sawyer
Case number (if known) 26-12677

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a. Electricity, heat, natural gas | 6a. $ | 0.00 |
| | 6b. Water, sewer, garbage collection | 6b. $ | 455.00 |
| | 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 0.00 |
| | 6d. Other. Specify: Propane | 6d. $ | 250.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,100.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 0.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a. Life insurance | 15a. $ | 0.00 |
| | 15b. Health insurance | 15b. $ | 488.00 |
| | 15c. Vehicle insurance | 15c. $ | 422.00 |
| | 15d. Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a. Car payments for Vehicle 1 | 17a. $ | 3,124.85 |
| | 17b. Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c. Other. Specify: | 17c. $ | 0.00 |
| | 17d. Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 13,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: Send son money | 19. $ | 1,000.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a. Mortgages on other property | 20a. $ | 0.00 |
| | 20b. Real estate taxes | 20b. $ | 0.00 |
| | 20c. Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | 21. +$ | 0.00 |
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 28,719.60 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | $ | 28,719.60 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 22,750.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 28,719.60 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -5,969.60 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes. Explain here:

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark Anthony Sawyer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Jennifer Ann Sawyer** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | **26-12677** | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

**12/15**

**If two married people are filing together, both are equally responsible for supplying correct information.**

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person ______________________ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and th… rrect.**

Signed by:
x Mark Sawyer
81FDFF5DE68345F...
**yyer**
Signature of Debtor 1

Date 5/27/2026

Signed by:
x Jennifer Sawyer
81FDFF5DE68345F...
Signature of Debtor 2

Date 5/27/2026

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Mark Anthony Sawyer** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | **Jennifer Ann Sawyer** | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | | |
| Case number (if known) | **26-12677** | | |

☐ Check if this is an amended filing

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

**04/25**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

### Part 1: Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

■ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2 Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year: (January 1 to December 31, 2025 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **Unknown** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For the calendar year before that: (January 1 to December 31, 2024 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$833,775.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |
| **For the calendar year: (January 1 to December 31, 2023 )** | ☐ Wages, commissions, bonuses, tips<br>■ Operating a business | **$95,774.00** | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | **$0.00** |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

■ No
☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| **Sources of income** Describe below. | **Gross income from each source** (before deductions and exclusions) | **Sources of income** Describe below. | **Gross income** (before deductions and exclusions) |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

■ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.
■ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (*if known*) **26-12677**

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Woodridge Law Ltd.**<br>**400 S. 7th St. Suite 490**<br>**Las Vegas, NV 89101** | **1/26/2026** | **$9,800.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Legal Fees** |
| **Thomas Gennaro Law**<br>**401 W. A Street Ste. 200**<br>**San Diego, CA 92101** | **3/3/2026 and 2/3/2026** | **$24,035.48** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>■ Other **Legal Fees** |
| **Td Auto Finance**<br>**Attn: Bankruptcy**<br>**Po Box 9223**<br>**Farmington Hills, MI 48333** | **1/22/2026 - 3/26/2026** | **$9,374.56** | **$104,123.00** | ☐ Mortgage<br>■ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Weststar Loan Servicing**<br>**Attn: Bankruptcy Dept/Managing Agent**<br>**2340 Paseo Del Prado D104**<br>**Las Vegas, NV 89102** | **2/2026 - 4/2026** | **$7,550.00** | **$229,677.49** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |
| **Select Portfolio Servicing**<br>**Attn: Bankruptcy Dept./Managing Agent**<br>**PO Box 65250**<br>**Salt Lake City, UT 84165** | **2/2026 - 4/2026** | **$18,696.48** | **$817,339.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☐ No
■ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| **Jaxon Scott Swyer**<br>**2212 Carol View Dr. Unit C110**<br>**Cardiff by the Sea, CA 92007** | **5/2/2025 - 3/20/2026** | **$38,900.00** | **$0.00** | **Helping son get back on his feet after loss of job.** |

**Part 4: Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Thomas Cardinale vs Mark Sawyer et. al.**<br>**24CV432850** | **Breach of Contract** | **Superior Court of Santa Clara County**<br>**191 N First St**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered 1/26/2026** |
| **Matthew Courtney vs Mark Sawyer et. al.**<br>**24CV437962** | **Breach of Contract** | **Superior Court of Santa Clara County**<br>**191 N First St**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered 11/26/2025** |
| **Danai Kietikul vs Mark Sawyer et. al.**<br>**24CV438771** | **Breach of Contract** | **Superior Court of Santa Clara County**<br>**191 N First St**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered 10/15/2024** |
| **Glackin LLC et al vs Mark Sawyer et. al.**<br>**24CV439988** | **Breach of Contract** | **Superior Court of Santa Clara County**<br>**191 N First St**<br>**San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Shannon Baker Lopez et. al. vs Mark Sawyer et. al.**<br>**24CV440547** | **Breach of Contract** | **Superior Court of Santa Clara County**<br>**191 N First St**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Dismissed with Prejudice on 8/8/2024** |
| **John Kahekili Mendonca vs Mark Sawyer et. al.**<br>**24CV441174** | **Breach of Contract** | **Superior Court of Santa Clara County**<br>**191 N First St**<br>**San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment entered 3/27/2025** |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (*if known*) **26-12677**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Osprey Investments, Inc. vs Mark Sawyer et. al.<br>24CV443476** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br>**Judgment entered 12/8/2025** |
| **Mahesh Jammalamadaka et. al. vs Mark Sawyer et. al.<br>24CV446394** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Clyde Berg et. al. v. Mark Sawyer et. al.<br>24CV454757** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Lakisha Washington vs Mark Sawyer et. al.<br>25CV460939** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br>**Judgment entered 1/22/2026** |
| **Bessie Baker vs Mark Sawyer et. al.<br>25CV465648** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Scott Nakagawa et. al. vs Mark Sawyer<br>25CV467227** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br>**Default entered 1/27/2026** |
| **Jessica Napier et. al. vs Mark Sawyer et. al.<br>26CV485407** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Chadwick Johnson et. al. vs D3 Investments, LLC et. al.<br>2:24-cv-00372** | **Breach of Contract** | **United States District Court District of Nevada<br>333 Las Vegas Blvd. So.<br>Las Vegas, NV 89101** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br>**Dismissed with Prejudice on 2/12/2026** |
| **Sonia Feldman vs Mark Anthony Sawyer et. al.<br>2:24-cv-00526** | **Unjust Enrichment** | **United States District Court District of Nevada<br>333 Las Vegas Blvd. So.<br>Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Trebstone Ventures, LLC vs Mark Sawyer et. al.<br>A-24-889264-C** | **Breach of Contract** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Confession of Judgment entered 1/8/2026** |
| **Sonia Feldman vs Mark Sawyer<br>A-24-900430-F** | **Foreign Judgment** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreign Judgment entered 8/26/2024** |
| **D3 Investments LLC et. al. vs Mark Anthony Sawyer et. al.<br>A-24-905757-C** | **Breach of Contract** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Default 8/20/2025** |
| **Danai Kietikul vs Mark Sawyer et. al.<br>A-25-917696-F** | **Breach of Contract** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreign Judgment enetered 4/28/2025** |
| **Richard Howell vs Anthony Napoli et. al.<br>A-25-927353-C** | **Foreign Deposition Subpoena** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **John Kahekili Mendonca vs Mark Sawyer et. al.<br>A-25-928801-F** | **Breach of Contract** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Foreign Judgment entered 10/1/2025** |
| **Thomas Cardinale v. Mark A. Sawyer<br>A-26-942907-F** | **Foreign Judgment** | **Eighth Judicial District Court<br>200 Lewis Ave.<br>Las Vegas, NV 89155** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Stan Solomonson vs MAS Solutions Group LLC et. al.<br>24CU003746N** | | **Superior Court of California County of San Diego<br>North County Regional Center<br>325 South Melrose<br>Vista, CA 92081** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Trivian LLC et. al. vs Mark Sawyer<br>26CV489464** | **Breach of Contract** | **Superior Court of Santa Clara County<br>191 N First St<br>San Jose, CA 95113** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br>Explain what happened | Date | Value of the property |
|---|---|---|---|
| **Federal Bureau of Investigation<br>1787 W. Lake Mead Blvd.<br>Las Vegas, NV 89106** | **See Attached Exhibit SoFA #10**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **2/06/2026** | **Unknown** |
| **Wells Fargo<br>Attn: Bankruptcy Dept/Managing Agent<br>420 Montgomery Street<br>San Francisco, CA 94104** | **Acct. #5902 from Case No.: 224-cv-00526 Sonia Feldman vs. Mark Sawyer and A-24-900430-F Sonia Feldman vs. Mark Sawyer.**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **5/1/2026** | **Unknown** |
| **Wells Fargo<br>Attn: Bankruptcy Dept/Managing Agent<br>420 Montgomery Street<br>San Francisco, CA 94104** | **Acct. #1267 from Case No.: 224-cv-00526 Sonia Feldman vs. Mark Sawyer and A-24-900430-F Sonia Feldman vs. Mark Sawyer.**<br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>■ Property was attached, seized or levied. | **5/1/2026** | **$1,576.34** |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

■ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

■ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

■ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

**Part 6: List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

**Part 7: List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>zlarson@lzlawnv.com** | **Attorney Fees** | **2/6/2026** | **$3,000.00** |
| **Larson & Zirzow, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101<br>zlarson@lzlawnv.com** | **Attorney Fees, plus all rights and interest to Maximum Defense MDX 508 S 5.56 Cal Pistol #MXM1815271, Daniel Defense AR DD M4V7 Rifle 5.56 Cal #DDM4318796, LWRC M6IC Rifle 5.56 Cal #2308407, Ruger Blackhawk .45 Cal #3887241, Chiappa Rhino .357 Mag Revolver #CFIT21L00107, Walther PPK/S Pistol .380 Cal #AB139250, LWRC SMG .45 Pistol #SMG0810, and B&T APC 9K SCW Pistol 9mm #US-20-80268SCW.** | **4/20/2026** | **$15,000.00** |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not

include gifts and transfers that you have already listed on this statement.

■ No
☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

☐ No
■ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|
| **MJS Nevada Trust, dated March 16, 2021** | **6508 Setting Moon St., North Las Vegas, NV 89084 valued at $431,400.00.** | **3/16/2021** |
| **MJS Nevada Trust, dated March 16, 2021** | **6940 N. Jensen St., Las Vegas, NV 89149 valued at $2,674,900.00** | **3/16/2021** |
| **MJS Nevada Trust, dated March 16, 2021** | **Raw land: APN 125-19-203-002 transfered to trust 3/16/2021. Sold to CSF Consulting LLC on 4/19/2024.** | **3/16/2021** |

## Part 8: List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
**Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.**

☐ **No**
■ **Yes. Fill in the details.**

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Chase<br>Attn: Bankruptcy Dept/ Managing Agent<br>PO Box 15298<br>Wilmington, DE 19886-5298** | **XXXX-0316** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **1/07/2026** | **$0.00** |
| **Bank of Nevada<br>Attn: Bankruptcy Dept/ Managing Agent<br>2700 West Sahara Avenue<br>Las Vegas, NV 89102** | **XXXX-1118** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **2/02/2026** | **$0.00** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ **No**
☐ **Yes. Fill in the details.**

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9: Identify Property You Hold or Control for Someone Else**

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐ No
■ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| Kenedi Johnson Frye<br>6940 N. Jensen St.<br>Las Vegas, NV 89149-1365 | 6940 N. Jensen St.<br>Las Vegas, NV<br>89149-1365 | Daughter and granddaughter live with the Sawyers. Their daughter drives a Lexus RX 450h with 69,902 miles in fair condition. | $25,610.00 |

**Part 10: Give Details About Environmental Information**

**For the purpose of Part 10, the following definitions apply:**

- ***Environmental law*** **means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.**
- ***Site*** **means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.**
- ***Hazardous material*** **means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.**

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**25. Have you notified any governmental unit of any release of hazardous material?**

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Debtor 1 Mark Anthony Sawyer
Debtor 2 Jennifer Ann Sawyer
Case number (*if known*) 26-12677

**Part 11: Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

- ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
- ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
- ☐ A partner in a partnership
- ☐ An officer, director, or managing executive of a corporation
- ☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies. Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 3T Entertainment, LLC<br>2685 S. Rainbow Blvd. St. 213<br>Las Vegas, NV 89146 | Record Label | EIN: 82-0951890<br>From-To 3/03/2017 - 3/31/2025 (Dissolved) |
| ACM North, LLC<br>2685 S. Rainbow Blvd. Ste. 213<br>Las Vegas, NV 89146 | Loan Processing | EIN: N/A<br>From-To 5/06/2021 - Current (Active) |
| ATD Commerce, LLC<br>2686 S. Rainbow Blvd. Ste. 213<br>Las Vegas, NV 89146 | Business Training Group | EIN: 45-2164182<br>From-To 4/28/2011 - Current (Active) |
| BAMF Global Technologies, Inc.<br>2685 S. Rainbow Blvd. Ste. 213 | Construction Company | EIN: 84-4866787<br>From-To 2/13/2020 - 2/28/2025 (Default) |
| Driven Trading Holding, LLC<br>7495 Sun Summit Court<br>Las Vegas, NV 89178 | Investor in Trading Education Company. | EIN: N/A<br>From-To 8/26/2022 - 8/31/2023 (Revoked) |
| Lighthouse Holdings Group, LLC<br>2685 S. Rainbow Blvd. Ste. 213<br>Las Vegas, NV 89146 | Rental Properties | EIN: 46-3377918<br>From-To 7/25/2013 - Current (Active) |
| Mas Holdings Group, LLC<br>2685 S. Rainbow Blvd. Ste. 213 | Rental Properties | EIN: 45-2164466<br>From-To 4/28/2011 - Current (Active) |
| Sawyer Holdings, LLC<br>6940 N. Jensen St.<br>Las Vegas, NV 89149 | Irrevocable Trust | EIN: N/A<br>From-To 3/15/2026 - Current (Active) |
| MAS Solutions Group LLC<br>2685 S. Rainbow Blvd. Ste. 13<br>Las Vegas, NV 89145 | Business Consulting | EIN: 46-4772954<br>From-To 1/14/2014 - 1/31/2026 (Default) |
| Complete Health Med Spa, LLC<br>2685 S. Rainbow Blvd. St. 213<br>Las Vegas, NV 89146 | Yoga Studio - Jennifer's | EIN: 93-1782462<br>From-To 6/08/2023 - 6/30/2024 (Dissolved) |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (*if known*) **26-12677**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| BSD Holding, LLC<br>6940 N. Jensen Street<br>Las Vegas, NV 89149 | | EIN: N/A<br>From-To 2/09/2021 - 2/28/2023 (Revoked) |
| Life by You, LLC<br>2685 S. Rainbow Blvd. Ste. 213<br>Las Vegas, NV 89146 | Lifestyle Podcast - 50% membership intrest with Mallory Johnson | EIN: 88-1994584<br>From-To 4/26/2022 - 4/30/2025 (Dissolved) |
| The Wellness Society, LLC<br>2685 S. Rainbow Blvd. Ste. 213<br>Las Vegas, NV 89146 | Online digital wellness products | EIN: 99-2627676<br>From-To 4/16/2024 - 4/30/2027 (Active) |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

■ **No**
☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (*if known*) **26-12677**

**Part 12:** **Sign Below**

**I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.**
**l, 1519, and 3571.**

| | |
|---|---|
| Signed by: Mark Sawyer 81FDFF5DE68345F... | Signed by: Jennifer Sawyer 81FDFF5DE68345F... |
| **Mark Anthony Sawyer** | **Jennifer Ann Sawyer** |
| **Signature of Debtor 1** | **Signature of Debtor 2** |
| **Date** 5/27/2026 | **Date** 5/27/2026 |

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No
☐ Yes. Name of Person ______. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

# EXHIBIT – SoFA #10

EXHIBIT – SoFA #10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION

# Receipt for Property

Case ID: 318B-SF-3852822

On (date) 1/14/26

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 6940 N Jensen St

(City) Las Vegas NV 89149

Description of Item (s): pink apple iphone; pink apple ipad; US currency; black apple laptop s/n HTP8JFØCX1; plastic bag of shredded paper; ACM North LLC binder; Silver Mac book Pro S/N D4JOVXRQ9R; Promissory notes and general documents; stack of business cards for BAMF Global technologies; business documents; Chase Bank financial documents; 3T Entertainment mission statement; Financial Statements and Wells Fargo ~~Statements~~ DUP Checks; IRS W-2G documents for Casino Winnings; Bank receipts and a $5,000 cash band; business documents; IRS documents 1099 W2-G Tax returns term sheet legal case findings; Gray apple ipad "MAS Solutions Group" SN MDV93EWYF7; Blue HP laptop SN 5CD03TLND6 with charger; business documents; black seagate external hard drive; Silver and black my passport S/N WXW2E7426457 ultra; black maxtor hard drive S/N 2HA43081; black my book hard drive SN WCA2AK04-4268; multiple W-2G forms, court documents, loan receipts; legal documents lottery tickets business documents; IRS documents, Wells Fargo documents, mail from Ya Ling Koo; Grey Samsung tablet; business documents; business documents black surveillance computer tower; total business ventures LLC binder an financial documents; Black lenovo laptop SN MP1DEEMW; Silver Samsung S7 Edge IMEI 35846607[illegible] black Samsung Galaxy S9 smart phone IMEI 353305093659866; Black Samsung Galaxy S6 Edge+ Apple Silver Mac all in one SN H4TEX0YVPN5W; Void Checks; US Currency; Black and Gold Prada handbag; Pink iPad Air SN D4D49T1X2Y; bank receipts; black dakewe flash drive;

Received By: [signature] (Signature)

Printed Name/Title: SA David VanderPorten

Received From: ______ (Signature)

Printed Name/Title: ______

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
## Receipt for Property

Case ID: 318B-SF-3852822

On (date) 01/14/26

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name)

(Street Address) 6940 N Jensen St.

(City) Las Vegas, NV 89149

Description of Item (s): White and gold iphone; Multiple designer handbags; black mortorola smartphone; Blue Samsung samartphone IMEI 359823610644975; Silver Apple ipad SN DMPTi74TGX04; Blue Samsung tablet SN R9YT408T88W; Apple iphone white IMEI 352033063894849; business documents; LLC formation document & binders, JABM Enterprises; Concierge LLC; Business documents and promisory note; LLC and trust binders; business documents; Lenovo Yoga C740-7 SiML SN PF1BF74D; Business Documents; Lenovo Yoga 9 14IRP8 SN PF4N4KSO; White Samsung Phone SN RFCX1013RDR; Black and Silver "knight soundsentertainment" USB; Financial documents

Nothing Further DP

Received By: [signature] (Signature)

Printed Name/Title: SA David VanderPorten

Received From: (Signature)

Printed Name/Title:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Mark Anthony Sawyer**<br>First Name / Middle Name / Last Name |
| Debtor 2<br>(Spouse if, filing) | **Jennifer Ann Sawyer**<br>First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA |
| Case number<br>(if known) | **26-12677** |

☐ Check if this is an amended filing

Official Form 108

# Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **City of Morgan Hill**<br>Description of property securing debt: **18440 Emerald Lane Morgan Hill, CA 95037 Santa Clara County Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **City of Morgan Hill**<br>Description of property securing debt: **18440 Emerald Lane Morgan Hill, CA 95037 Santa Clara County Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number *(if known)* **26-12677**

| | | |
|---|---|---|
| Creditor's name: **Guild Mortgage Company**<br>Description of property securing debt: **18440 Emerald Lane Morgan Hill, CA 95037 Santa Clara County Ownership Jennifer Sawyer - 49%; City of Morgan Hill - 51% (Co-Owner). It is a BMR low income special purchase home.** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Select Portfolio Servicing**<br>Description of property securing debt: **6940 N. Jensen St. Las Vegas, NV 89149** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain collateral and continue to make regular monthly payments.** | ☐ No<br>■ Yes |
| Creditor's name: **Td Auto Finance**<br>Description of property securing debt: **2023 Mercedes GLS 600 43000 miles Surrender to lien holder** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |
| Creditor's name: **Weststar Loan Servicing**<br>Description of property securing debt: **6508 Setting Moon St. North Las Vegas, NV 89084** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br>☐ Yes |

**Part 2: List Your Unexpired Personal Property Leases**

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: **Td Auto Finance**<br>Description of leased Property: **2023 Mercedes GLS 600 32,000 miles valued at $92,440.00. Debtor will surrender vehicle.** | ■ No<br>☐ Yes |

**Part 3: Sign Below**

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**

Case number *(if known)* **26-12677**

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal pr... an unexpired lease.**

Signed by:
x Mark Sawyer
81FDFF5DE68345F...
...wyer
Signature of Debtor 1

Date 5/27/2026

Signed by:
x Jennifer Sawyer
81FDFF5DE68345F...
Signature of Debtor 2

Date 5/27/2026

Fill in this information to identify your case:

United States Bankruptcy Court for the:
DISTRICT OF NEVADA

Case number *(if known)*: **26-12677**

Official Form 121

# Statement About Your Social Security Numbers

**12/15**

**Use this form to tell the court about any Social Security or federal Individual Taxpayer Identification numbers you have used. Do not file this form as part of the public case file. This form must be submitted separately and must not be included in the court's public electronic records. Please consult local court procedures for submission requirements.**

**To protect your privacy, the court will not make this form available to the public. You should not include a full Social Security Number or Individual Taxpayer Number on any other document filed with the court. The court will make only the last four digits of your numbers known to the public. However, the full numbers will be available to your creditors, the U.S. Trustee or bankruptcy administrator, and the trustee assigned to your case.**

**Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Part 1: Tell the Court About Yourself and Your spouse if Your Spouse is Filing With You

| | For Debtor 1: | For Debtor 2 (Only if Spouse is Filing:) |
|---|---|---|
| **1. Your name** | **Mark**<br>First name | **Jennifer**<br>First name |
| | **Anthony**<br>Middle name | **Ann**<br>Middle name |
| | **Sawyer**<br>Last name | **Sawyer**<br>Last name |

## Part 2: Tell the Court About all of Your Social Security or Federal Individual Taxpayer Identification Numbers

| | For Debtor 1 | For Debtor 2 |
|---|---|---|
| **2. All Social Security Numbers you have used** | [redacted]**4261** | [redacted]**6951** |
| | ☐ You do not have a Social Security Number | ☐ You do not have a Social Security Number |
| **3. All federal Individual Taxpayer Identification Numbers (ITIN) you have used** | | |
| | ■ You do not have an ITIN. | ■ You do not have an ITIN. |

## Part 3: Sign Below

Under penalty of perjury, I declare that the information I ha... is true and correct.

x Signed by: Mark Sawyer
81FDFF5DE68345F...
...yer
Signature of Debtor 1

Date 5/27/2026

Under penalty of perjury, I declare that the information I have provided in this form is true and correct.

x Signed by: Jennifer Sawyer
81FDFF5DE68345F...
Signature of Debtor 2

Date 5/27/2026

**Fill in this information to identify your case:**

Debtor 1 **Mark Anthony Sawyer**

Debtor 2 (Spouse, if filing) **Jennifer Ann Sawyer**

United States Bankruptcy Court for the: District of Nevada

Case number (if known) **26-12677**

Check one box only as directed in this form and in Form 122A-1Supp:

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1

## Chapter 7 Statement of Your Current Monthly Income

**12/19**

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.**

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.
   - ☐ **Not married**. Fill out Column A, lines 2-11.
   - ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.
   - ☐ **Married and your spouse is NOT filing with you. You and your spouse are:**
     - ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.
     - ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ | $ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ | $ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ | $ |
| 5. **Net income from operating a business, profession, or farm** | | |
| **Debtor 1** | | |
| Gross receipts (before all deductions) $ | | |
| Ordinary and necessary operating expenses -$ | | |
| Net monthly income from a business, profession, or farm $ **Copy here ->** | $ | $ |
| 6. **Net income from rental and other real property** | | |
| **Debtor 1** | | |
| Gross receipts (before all deductions) $ | | |
| Ordinary and necessary operating expenses -$ | | |
| Net monthly income from rental or other real property $ **Copy here ->** | $ | $ |
| 7. **Interest, dividends, and royalties** | $ | $ |

Debtor 1 **Mark Anthony Sawyer**
Debtor 2 **Jennifer Ann Sawyer**
Case number (*if known*) **26-12677**

| | *Column A* **Debtor 1** | *Column B* **Debtor 2 or non-filing spouse** |
|---|---|---|
| 8. **Unemployment compensation** | $ | $ |
| Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: | | |
| For you $ | | |
| For your spouse $ | | |
| 9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $ | $ |
| 10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.. | | |
| . | $ | $ |
| | $ | $ |
| Total amounts from separate pages, if any. **+** | $ | $ |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ ______ **+** $ ______ **=** $ ______
**Total current monthly income**

## Part 2: Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 **Copy line 11 here=>** $ ______

Multiply by 12 (the number of months in a year) **x** 12

12b. The result is your annual income for this part of the form 12b. $ ______

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. ______

Fill in the number of people in your household. ______

Fill in the median family income for your state and size of household. 13. $ ______

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☐ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse*. Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2*. Go to Part 3 and fill out Form 122A–2.

## Part 3: Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

Signed by: Mark Sawyer
81FDFF5DE68345F... wyer
Signature of Debtor 1

Signed by: Jennifer Sawyer
81FDFF5DE68345F...
Signature of Debtor 2

Date 5/27/2026
MM / DD / YYYY

Date 5/27/2026
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

**Fill in this information to identify your case:**

Debtor 1 **Mark Anthony Sawyer**

Debtor 2 (Spouse, if filing) **Jennifer Ann Sawyer**

United States Bankruptcy Court for the: District of Nevada

Case number (if known) **26-12677**

☐ Check if this is an amended filing

# Official Form 122A - 1Supp

## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)

**12/15**

**File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

### Part 1 Identify the Kind of Debts You Have

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No. Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes. Go to Part 2.

### Part 2: Determine Whether Military Service Provisions Apply to You

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No. Go to line 3.

   ☐ Yes. Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No. Go to line 3.

   ☐ Yes. Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

   ☐ No. Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes. Check any one of the following categories that applies:

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and remain on active duty.

   ☐ **I was called to active duty after September 11, 2001**, for at least 90 days and was released from active duty on ________________, which is fewer than 540 days before I file this bankruptcy case.

   ☐ **I am performing a homeland defense activity for at least 90 days.**

   ☐ **I performed a homeland defense activity for at least 90 days**, ending on ________________, which is fewer than 540 days before I file this bankruptcy case.

If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now*, and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

If your exclusion period ends before your case is closed, you may have to file an amended form later.

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## District of Nevada

In re **Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Debtor(s)

Case No. **26-12677**
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of Debtor(s) in any adversary proceeding, including without limitation, any nondischargeability actions pursuant to 11 U.S.C. 523 and 727; and any appeals.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*Date*

**Zachariah Larson 7787**
*Signature of Attorney*
**Larson & Zirzow, LLC**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170 Fax: 702-382-1169**
**zlarson@lzlawnv.com**
*Name of law firm*

# United States Bankruptcy Court
## District of Nevada

In re **Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Debtor(s)

Case No. **26-12677**
Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 5/27/2026

Signed by:
Mark Sawyer
81FDFF5DE68345F...
**Mark Anthony Sawyer**
Signature of Debtor

Date: 5/27/2026

Signed by:
Jennifer Sawyer
81FDFF5DE68345F...
**Jennifer Ann Sawyer**
Signature of Debtor

**Added Creditors**
**Mark & Jennifer Sawyer**
**Case No.: 26-12677**

Edwin Cortez
1445 Phelps St.
San Francisco, CA 94124

Alan Cox
1228 N. 25th St. #8
Philadelphia PA, 19121

Roman Smith
23280 Hartland St.
West Hills, CA 91307

Rita Dearion
2230 Swainsons Hawk St.
Stockton, CA 95209

Noemi Ochoa
3 Embarcadero West #227
Oakland, CA 94607

Steve Herrera
1609 Foley Ave
San Jose, CA 95122

Elsa Jennings
5457 Leigh Ave,
San Jose, CA 95124

Jabari Lomax
35174 Oldham Place
Newark, CA 94560

Val Transport
c/o Angela Lawson
9925 Gooselanding Dr.
Charlotte, NC 28269

Steve Herrera
1609 Foley Ave
San Jose, CA 95122

Bessie Baker
2230 Swainsons Hawk St.
Stockton, CA 95209

Raj Davenport
1509 Chelsea
Hercules, CA. 94547

Steve Mock
3970 Paul Terrace
Fremont, CA. 94538

Raj Davenport
1509 Chelsea
Hercules, CA. 94547

Antonio Walker
403 Pinenut St.
Oakley, CA 94561

Kevin Hamilton Jr.
2936 Limoges Walk
Sacramento, CA 95834

Jesus Sanchez
1690 Marina Way
San Jose, CA 95125

Sonia & Rich Kang
10421 Marklein Ave
Mission Hills, CA 91345

Jay Jennings
1681 Milroy Place
San Jose, 95124

Kenneth Lee
333 Lake Howard Dr. N.W. Apt. 104D
Winter Haven, FL 33881

Nolan Johnson
1430 Blossom Hill Rd
San Jose, CA 95118

Mark Murray
2368 Mohigan Way
Las Vegas, NV 89169

Mark Morales
14431 Wyrick Ave
San Jose, CA 95124

Nigel Williams
398 Tower Hill Ave
San Jose, CA 95136

Deon Hawkins
1211 Madera Ave
Menlo Park, CA 94025

Walter Mock
1361 Morrill Ave
San Jose, CA 95132

Iok Kin Mock
1361 Morrill Ave
San Jose, CA 95132

Dulce Garcia
14431 Wyrick Ave
San Jose, CA 95124

Travis Seaton
1150 Karby Terrace
Sunnyvale, CA. 94089

Curtis Perry Investments
c/o Curtis Kimbrough
9426 Rainbow Falls Way
Elk Grove, CA 95624

Kevin Hamilton Sr.
6700 Auburn St.
Bakersfield, CA 93306

Emilia Sanchez
2485 Leigh Ave
San Jose, CA 95124

Tomas Loredo Jr 4424
Alum Rock Ave
San Jose, CA 95127

Bobby Hamilton
4341 Magnifica Lane
Sacramento, CA 95827

Casandra Hosseini
1683 Zinnia Lane
San Jose, CA 95124

Martha Topete
857 Royalbrook Ct.
San Jose, CA 95111

Jorge Escobar
1386 Arnold Ave
San Jose, CA 9511

Jesse Santa-Iglesia
700 Messina Gardens Lane
San Jose, CA 95133

Anderson Cox
6610 Eagle Ridge Ct
Gilroy, CA 95020

Miquela Cox
5676 Calmor Ct
San Jose, CA. 95123

Julie Crawford
17230 Holiday Drive
Morgan Hill, CA 95037

Name, Address, Telephone No. & I.D. No.
**Zachariah Larson 7787**
**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
**702-382-1170**
**7787 NV**

**UNITED STATES BANKRUPTCY COURT**
District of Nevada

In Re
**Mark Anthony Sawyer**
**Jennifer Ann Sawyer**

Debtor(s)

BANKRUPTCY NO. **26-12677**
CHAPTER NO. **7**

DECLARATION RE: ELECTRONIC FILING OF PETITION
SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] **Mark Anthony Sawyer** and **Jennifer Ann Sawyer**, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐ If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

☐ [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 5/27/2026

5/27/2026

Signed: Signed by: Mark Sawyer 81FDFF5DE68345F... **wyer**
(Applicant)

Signed by: Jennifer Sawyer 81FDFF5DE68345F...
(Joint Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: ____

Signed: ______________________
**Zachariah Larson 7787**
Attorney for Debtor(s)