# EXHIBIT 2

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| INSCORE LAW CORPORATION<br>Daniel Z. Inscore (SBN 325203)<br>440 Stevens Ave Ste 200, Solana Beach, CA 92075<br><br>TELEPHONE NO.: 858-585-7297        FAX NO. (Optional):<br><br>EMAIL ADDRESS (Optional): eservice@inscore.com<br><br>ATTORNEY FOR (Name): Plaintiff STAN SOLOMONSON | ELECTRONICALLY FILED<br>Superior Court of California,<br>County of San Diego<br>11/26/2024 4:37:43 PM<br><br>Clerk of the Superior Court<br>By S. Allen Thurston, Deputy Clerk |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**
☐ CENTRAL DIVISION. HALL OF JUSTICE, 330 W. BROADWAY, SAN DIEGO, CA 92101
☒ NORTH COUNTY DIVISION, 325 S. MELROSE DR., SUITE 1000, VISTA, CA 92081

| PLAINTIFF(S)<br>STAN SOLOMONSON | JUDGE<br>William Y. Wood |
|---|---|
| DEFENDANT(S)<br>MARK ANTHONY SAWYER dba MAS FINANCING and DOES 1-100 | DEPT<br>N-29 |
| **AMENDMENT TO COMPLAINT** | CASE NUMBER<br>24CU003746N |

Separate forms are required if attempting to file an amendment under Code of Civil Procedure section 473 and 474. Additionally, only one party may be addressed on each form.

☒ **Amendment under Code of Civil Procedure section 474: Fictitious Name** (Court order required once case is at issue)

Plaintiff(s), being ignorant of the true name of a defendant when the complaint in the above-named case was filed, and having designated defendant in the complaint by the fictitious name of DOE 1 _____,

and having discovered the true name of defendant to be MAS SOLUTIONS GROUP, LLC _____,

amends the complaint by inserting such true name in place of such fictitious name wherever it appears in the complaint.

Date: 11/26/2024 _____        _____
                                                                Signature

☐ **Amendment under Code of Civil Procedure section 473: Name - Correct or Add** (Court order required)

1. Plaintiff(s) filed the complaint and named  ☐ defendant  ☐ plaintiff as _____

2. Plaintiff(s) discovered the (select one):

   a. ☐ name listed in item 1 to be incorrect, and amends the complaint by substituting the correct name of: _____,

   wherever the name listed in item 1 appears in the complaint.

   b. ☐ name listed in item 1 uses an additional name and amends the complaint by adding the additional name of: _____,

   wherever the name listed in item 1 appears in the complaint.

Date: _____        _____
                                                                Signature

**ORDER**

The above amendment to the complaint is allowed.

**IT IS SO ORDERED.**

Date: _____        _____
                                                                Judge/Commissioner of the Superior Court