# EXHIBIT 4

**INSCORE LAW CORPORATION**
Daniel Z. Inscore (325203)
440 Stevens Ave Ste 200
Solana Beach, CA 92075
858-585-7297
eservice@inscore.law
Attorneys for Plaintiff Stan Solomonson

**SUPERIOR COURT OF CALIFORNIA**

**COUNTY OF SAN DIEGO**

| | |
|---|---|
| STAN SOLOMONSON, <br>      Plaintiff, <br>   vs. <br><br> MARK ANTHONY SAWYER dba MAS <br> FINANCING; MAS SOLUTIONS GROUP, <br> LLC, and DOES 1-99, <br>      Defendants | Case No.: 24CU003746N <br><br> **DECLARATION OF PLAINTIFF STAN SOLOMONSON IN SUPPORT OF APPLICATION FOR DEFAULT JUDGMENT PURSUANT TO CCP §585(d)** |

I, Stan Solomonson ("Plaintiff") declare that the following is true and correct, and if called as a witness, I could competently testify to the matters hereinafter set forth which are within my personal knowledge:

**DESCRIPTION OF CASE**

1. I am an individual residing in San Diego County. I am over the age of 65.

2. The individual defendant in this case, Mark Anthony Sawyer dba MAS Financing, runs numerous businesses, including acting as a mortgage broker.

---

1
Declaration in Support of Default Judgment

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

3.      The entity defendant in this case, MAS Solutions Group, LLC, is Mr. Sawyer's company that holds his assets, including money received from me, specifically, shares that Mr. Sawyer owns in yet another company.

4.      Concurrent with this Declaration, I have filed a request with this Court to dismiss Doe Defendants 1-99.

5.      More than nine years ago, my friend Clyde Berg mentioned to me that he had been investing with Mr. Sawyer and was getting a return of approximately 40% on his investments. Mr. Berg, a longtime friend of mine, is known as a savvy investor and real estate mogul. At the time Mr. Berg initially mentioned his dealings with Sawyer, I chose not to pursue any investments.

6.      Later, in or around 2021 to 2022, I presented an investment to Mr. Berg and was introduced to Sawyer, who assisted Mr. Berg with due diligence on the investment that I had presented. During that time, I got to know Sawyer and felt more comfortable with investing with him. In fact, Sawyer even became an investor in the company that I had presented to Mr. Berg.

7.      During that time period, Mr. Berg told me that he had been investing with Sawyer for seven years and was still seeing great returns on his investments.

8.      Sawyer misrepresented his background by claiming extensive past business successes in Silicon Valley. Sawyer also held himself out as a financial advisor, bank, and mortgage broker.

9.      After getting to know Sawyer, I considered investing with him. Sawyer represented to me that he could make high-interest bridge loans to people who needed quick money. Then, by rolling the notes over and over, I would make significant returns on my investments, as Mr. Berg had. Sawyer represented to me that he had never had to foreclose. Sawyer also baited me by stating that I would get a 40% return on my investments.

10.      The way the scam worked was as follows, Those allegedly fortunate enough to work with Sawyer would invest money with him, which he would use to make bridge loans to distressed borrowers. Then, Sawyer would use the profits to repay his investors, plus interest.

2
Declaration in Support of Default Judgment

The bridge loan program was supposed to repay my investments at various levels of interest over a 90-day period. Sawyer "backed up" his promises to pay with promissory notes that he signed.

11.    As part of the con, Sawyer created a number of promissory notes with 90-day terms between the two of us.

12.    The first promissory note was for an initial investment of $250,000, dated February 25, 2022. The due date on the first promissory note was May 25, 2022. $285,000 was to be paid to me on May 25, 2022. A copy of the February 25, 2022, promissory note is attached as **Exhibit 1**. I wire transferred the initial $250,000 on March 2, 2022.

13.    Instead of getting paid the money due on the promissory note, I was convinced to roll it over and make another loan for an additional 90 days. A second promissory note was therefore executed on June 10, 2022, for the amount of $285,000 (the initial investment plus the amount rolled over from the initial loan). This 90-day loan had a due date of September 10, 2022. $324,900 was to be paid to me on September 10, 2022. A copy of the June 10, 2022, promissory note is attached as **Exhibit 2**.

14.    Instead of being repaid on the promissory note, I was convinced to roll it over and make another loan for an additional 90 days. A second promissory note was therefore executed on June 10, 2022, for the amount of $285,000 (the initial investment plus the amount rolled over from the initial loan). This 90-day loan had a due date of September 10, 2022. $324,900 was to be paid to me on September 10, 2022. A copy of the June 10, 2022, promissory note is attached as **Exhibit 2**.

15.    Instead of getting paid on September 10, 2022, I was convinced to roll over the amounts again and make another 90-day loan. A third promissory note was executed on September 23, 2022, for the amount of $324,000 (the initial investment plus the amounts rolled over from the first two loans). This 90-day loan had a due date of December 23, 2022. $370,386 was to be paid to me on September 23, 2022. A copy of the September 23, 2022, promissory note is attached as **Exhibit 3**.

16.    I never received a payout from these series of promissory notes. Instead, Sawyer indicated that he would roll over the balance due on each note until I wanted to cash out.

3
Declaration in Support of Default Judgment

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

17. I made a second wire transfer of $250,000 to Sawyer on November 2, 2022, to fund more loans.

18. The series of rollover investments continued into 2023. From the initial loans made in 2022, $42,500 of the "profits" was transferred from the third promissory note and included in a fourth promissory note in the amount of $292,500 (a second $250,000 investment plus the $42,500 from the third promissory note "payout"). This 90-day note was dated February 17, 2023, with a due date of May 17, 2023. $333,450 was to be paid to me on May 17, 2023. A copy of the February 17, 2023, promissory note is attached as **Exhibit 4**.

19. A fifth promissory note was executed on June 2, 2023, in the amount of $333,450.00. This 90-day note had a due date of September 2, 2023. $380,133 was to be paid to me on September 2, 2023. A copy of the June 2, 2023, promissory note is attached as **Exhibit 5**.

20. A sixth promissory note was executed on September 15, 2023, in the amount of $333,450.00. This 90-day note had a due date of December 15, 2023. $433,352 was to be paid to me on December 15, 2023. A copy of the September 15, 2023, promissory note is attached as **Exhibit 6**.

21. A seventh and final promissory note was executed on December 29, 2023, in the amount of $433,352. This 90-day note had a due date of March 29, 2024. $494,021 was to be paid to me on March 29, 2024. A copy of the December 29, 2023, promissory note is attached as **Exhibit 7**.

22. Sawyer never intended to honor the terms of the promissory notes.

23. In or around late 2023 to early 2024, I learned that Mr. Berg had not been paid for at least a year on his investments with Sawyer. Bob Combs, another acquaintance of Mr. Berg, also reported that he had not been paid.

24. Thus, Mr. Berg and I began to ask Sawyer when we would be paid. In response, Sawyer spun stories alleging that the banks holding our funds had frozen his accounts without any reason and therefore, I could not receive my money.

25. In March 2024, Sawyer falsely represented that he was in court opposing a Temporary Protective Order relating to the funds that were being held up.

4
Declaration in Support of Default Judgment

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

26.     During this time period, in an attempt to string the investors (including me) along further, Sawyer stated that he was receiving $500,000 per day that he could use to pay others and that when he received more funds, he would pay us what he owed. Although I asked Sawyer for records to prove that he was receiving $500,000 and transferring it to others, Sawyer failed to produce any records.

27.     On several occasions, I requested information from Sawyer about the status of my funds, including which bank was preventing Sawyer from accessing the money that was due to me. Sawyer failed to respond.

28.     In 2024, I became fed up with Sawyer's stories and failure to pay, and I made several oral and written demands to Sawyer seeking the monies that I was owed pursuant to the seven promissory notes Sawyer had executed in my favor. Again, Sawyer failed to respond.

29.     I have received no payments from Sawyer since my initial investment on February 25, 2022.

30.     It has become clear to me that Sawyer did not use my money for bridge loans but instead, used it for his own purposes.

31.     Sawyer violated all of the promissory notes that he executed in my favor. The notes, which are attached as exhibits to this Declaration as set forth above, were written. My only obligation under the notes was to make the investments in the amount indicated on each note, which I did. The promissory notes clearly indicate that, taking into account the various rollovers, Sawyer had a duty to repay me $370,386 by December 23, 2022, and another $494,021 by March 29, 2024, but he had failed to do so. As a result of Sawyer's failure to perform his obligations, I have been damaged in that I lost all of my funds that were lent, plus the promised investment returns provided for in the promissory notes.

32.     Sawyer converted my money. I am the rightful owner of the funds that I transferred to Sawyer. As set forth above, he deprived me of repayment. That was a substantial interference with my funds, given that I have lost everything. Sawyer has prevented me from accessing my funds and refused to return them even though I have asked for them to be returned. Because of this, I was damaged in that I lost my money and am now spending time and money in

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

an effort to recover my money.

33.    I have incurred $29,156.13 in attorney fees and costs in this lawsuit in an attempt to get my money back.

## EVIDENCE SUPPORTING JUDGMENT

1.    The first promissory note, which is dated February 25, 2022, and attached as Exhibit 1, shows the agreement to pay me $285,000 by May 25, 2022. A copy of the February 25, 2022, promissory note is attached as **Exhibit 1**. I wire transferred the initial $250,000 on March 2, 2022.

2.    The second promissory note, which is a "rollover" dated June 10, 2022, and attached as Exhibit 2, shows the agreement to pay me $324,900 by September 10, 2022. A copy of the June 10, 2022, promissory note is attached as **Exhibit 2**.

3.    The third promissory note, which is a "rollover" dated September 23, 2022, and attached as Exhibit 3, shows the agreement to pay me $370,386 by December 23, 2022. A copy of the September 23, 2022, promissory note is attached as **Exhibit 3**.

4.    Exhibits 1-3 are the first series of promissory notes involving rollovers from one to the next. Exhibits 4-7 are the second set of promissory notes involving rollovers from one to the next.

5.    From the initial loans made in 2022, $42,500 of the "profits" was transferred from the third promissory note and included in a fourth promissory note in the amount of $292,500 (a second $250,000 investment plus the $42,500 from the third promissory note "payout"). This 90-day note was dated February 17, 2023, with a due date of May 17, 2023. $333,450 was to be paid to me on May 17, 2023. A copy of the February 17, 2023, promissory note is attached as **Exhibit 4**.

6.    The fifth promissory note, which is a "rollover" dated June 2, 2023, and attached as Exhibit 5, shows the agreement to pay me $380,133 by September 2, 2023. A copy of the June 2, 2023, promissory note is attached as **Exhibit 5**.

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

7.     The sixth promissory note, which is a "rollover" dated September 15, 2023, and attached as Exhibit 6, shows the agreement to pay me $433,352 by December 15, 2023. A copy of the September 15, 2023, promissory note is attached as **Exhibit 6**.

8.     The seventh and final promissory note, which is a "rollover" dated December 29, 2023, and attached as Exhibit 7, shows the agreement to pay me $494,021 by March 29, 2024. A copy of the December 29, 2023, promissory note is attached as **Exhibit 7**.

9.     The Memorandum of Costs, which I am filing concurrently with this Declaration, sets forth the amount of fees and costs associated with prosecuting this lawsuit.

10.     Wherefore I am respectfully requesting that the court award me judgment in the principal sum of $864,407.00 for breach of contract and/or unjust enrichment, $117,692.04 in prejudgment interest as of January 22, 2025, $2,593,221 in trebled punitive damages for financial abuse based on my previously filed Notice of Punitive Damages, and attorney fees and costs of $29,156.13, for a total judgment of $3,604,473.17.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  01 / 23 / 2025

_____
Stan Solomonson
Plaintiff

7
Declaration in Support of Default Judgment

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

# Exhibit 1

1

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE**

| Borrower Information: | |
|---|---|
| Name:<br>Thomas Project – Mark Sawyer | Date: 02/25/22 |
| Street Address:<br>1905 O'Toole Way | Date of Birth: N/A |
| City:<br>San Jose | Area code/Telephone number: 408-943-4911 |
| State:<br>California | Driver's License Number: N/A |
| Zip:<br>95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name:<br>Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address:<br>975 Eolus avenue | Payment check made payable to: |
| City:<br>Encinitas | Stanley Solomonson |
| State:<br>California | S.S: 450-xx-xxxx |
| Zip:<br>92024 | |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $250,000.00 | Loan Period: 90 days |
| Fee: $35,000.00 | Payment Schedule: 05/25/22 |

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

1. **Promise to Pay**. For value received, <u>**Thomas Project – Mark Sawyer**</u> (Borrower) promises to <u>**Stanley Solomonson**</u> (Lender<u>**) $285,000.00**</u> as specified below.

2. **Installments**.

☐ Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

**X**    Borrower will pay one lump payment on _05/25/22_ date.

☐ Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than <u>**5**</u> days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

**X**   This is an unsecured note.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as _____.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

☐ mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower: _____    Date: _02-25-22_

Lender: _____    Date: _____

# Exhibit 2

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE**

| Borrower Information: | |
|---|---|
| Name:<br>Meeks Project – Mark Sawyer | Date: 06/10/22 |
| Street Address:<br>1905 O'Toole Way | Date of Birth: N/A |
| City:<br>San Jose | Area code/Telephone number: 408-943-4911 |
| State:<br>California | Driver's License Number: N/A |
| Zip:<br>95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name:<br>Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address:<br>975 Eolus Avenue | Payment check made payable to: |
| City:<br>Encinitas | Stanley Solomonson |
| State:<br>California | S.S: 450-xx-xxxx |
| Zip:<br>92024 | From: Thomas |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $285,000.00 | Loan Period: 90 days |
| Fee: $39,900.00 | Payment Schedule: 09/10/22 |

1. **Promise to Pay**. For value received, <u>**Meeks Project – Mark Sawyer**</u> (Borrower) promises to <u>**Stanley Solomonson**</u> (Lender<u>) **$324,900.00**</u> as specified below.

2. **Installments**.

☐ Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

**X**     Borrower will pay one lump payment on _09/10/22_ date.

☐ Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than <u>**5**</u> days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

**X**     This is an unsecured note.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as _____.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

      ☐ mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower: _____ Date: 06-10-22

Lender: _____ Date: _____

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

# Exhibit 3

3

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE**

| Borrower Information: | |
|---|---|
| Name:<br>Edmunds Project – Mark Sawyer | Date: 09/23/22 |
| Street Address:<br>1905 O'Toole Way | Date of Birth: N/A |
| City:<br>San Jose | Area code/Telephone number: 408-943-4911 |
| State:<br>California | Driver's License Number: N/A |
| Zip:<br>95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name:<br>Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address:<br>975 Eolus Avenue | Payment check made payable to:<br><br>Stanley Solomonson |
| City:<br>Encinitas | |
| State:<br>California | S.S: 450-xx-xxxx |
| Zip:<br>92024 | From: Meeks |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $324,900.00 | Loan Period: 90 days |
| Fee: $45,486.00 | Payment Schedule: 12/23/22 |

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

1. **Promise to Pay**. For value received, <u>**Edmunds Project – Mark Sawyer**</u> (Borrower) promises to <u>**Stanley Solomonson**</u> (Lender<u>**) $370,386.00**</u> as specified below.

2. **Installments**.

☐ Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

X    Borrower will pay one lump payment on _12/23/22_ date.

☐ Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than <u>**5**</u> days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

X    This is an unsecured note.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as _____.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

☐ mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower: _____    Date: _9-23-22_

Lender: _____    Date: _____

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

# Exhibit 4

4

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE- Closed**

| Borrower Information: | |
|---|---|
| Name:<br>Wells Project – Mark Sawyer | Date: 02/17/23 |
| Street Address:<br>1905 O'Toole Way | Date of Birth: N/A |
| City:<br>San Jose | Area code/Telephone number: 408-943-4911 |
| State:<br>California | Driver's License Number: N/A |
| Zip:<br>95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name:<br>Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address:<br>975 Eolus Avenue | Payment check made payable to: |
| City:<br>Encinitas | Stanley Solomonson |
| State:<br>California | S.S: 450-xx-xxxx |
| Zip:<br>92024 | From: Grant |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $292,500.00 | Loan Period: 90 days |
| Fee: $40,950.00 | Payment Schedule: 05/17/23 |

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

1. **Promise to Pay**. For value received, **Wells Project – Mark Sawyer** (Borrower) promises to **Stanley Solomonson** (Lender**) $333,450.00** as specified below.

2. **Installments**.

☐  Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

**X**  Borrower will pay one lump payment on _05/17/23_ date.

☐  Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than **5** days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

**X**  This is an unsecured note.

☐  Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as ____.

☐  Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

☐  mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower: _____    Date: _____

Lender: _____    Date: _____

# Exhibit 5

5

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE- Closed**

| Borrower Information: | |
|---|---|
| Name: Pollard Project – Mark Sawyer | Date: 06/02/23 |
| Street Address: 1905 O'Toole Way | Date of Birth: N/A |
| City: San Jose | Area code/Telephone number: 408-943-4911 |
| State: California | Driver's License Number: N/A |
| Zip: 95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name: Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address: 975 Eolus Avenue | Payment check made payable to: |
| City: Encinitas | Stanley Solomonson |
| State: California | S.S: 450-xx-xxxx |
| Zip: 92024 | From: Wells |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $333,450.00 | Loan Period: 90 days |
| Fee: $46,683.00 | Payment Schedule: 09/02/23 |

1. **Promise to Pay**. For value received, **Pollard Project – Mark Sawyer** (Borrower) promises to **Stanley Solomonson** (Lender**) $380,133.00** as specified below.

2. **Installments**.

☐ Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

X Borrower will pay one lump payment on _09/02/23_ date.

☐ Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than **5** days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

X This is an unsecured note.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as ____.

☐ Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

☐ mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower: _____    Date: _____

Lender: _____    Date: _____

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

# Exhibit 6

6

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE - Closed**

| Borrower Information: | |
|---|---|
| Name:<br>Lawson Project – Mark Sawyer | Date: 09/15/23 |
| Street Address:<br>1905 O'Toole Way | Date of Birth: N/A |
| City:<br>San Jose | Area code/Telephone number: 408-943-4911 |
| State:<br>California | Driver's License Number: N/A |
| Zip:<br>95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name:<br>Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address:<br>975 Eolus Avenue | Payment check made payable to: |
| City:<br>Encinitas | Stanley Solomonson |
| State:<br>California | S.S: 450-xx-xxxx |
| Zip:<br>92024 | From: Pollard |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $380,133.00 | Loan Period: 90 days |
| Fee: $53,219.00 | Payment Schedule: 12/15/23 |

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

1. **Promise to Pay**. For value received, <u>**Lawson Project – Mark Sawyer**</u> (Borrower) promises to <u>**Stanley Solomonson**</u> (Lender<u>**) $433,352.00**</u> as specified below.

2. **Installments**.

☐   Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

**X**   Borrower will pay one lump payment on _12/15/23_ date.

☐   Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than <u>**5**</u> days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

**X**  This is an unsecured note.

☐   Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as _____.

☐   Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

☐   mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower: _____   Date: _____

Lender: _____   Date: _____

# Exhibit 7

7

Exhibit

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

**PROMISSORY NOTE**

| Borrower Information: | |
|---|---|
| Name:<br>Mayer Project – Mark Sawyer | Date: 12/29/23 |
| Street Address:<br>1905 O'Toole Way | Date of Birth: N/A |
| City:<br>San Jose | Area code/Telephone number: 408-943-4911 |
| State:<br>California | Driver's License Number: N/A |
| Zip:<br>95131 | EIN - Number: 26-1916580 |

| Lender Information: | |
|---|---|
| Name:<br>Stanley Solomonson | Area code/Telephone number: 707-939-7777 |
| Street Address:<br>975 Eolus Avenue | Payment check made payable to: |
| City:<br>Encinitas | Stanley Solomonson |
| State:<br>California | S.S: 450-xx-xxxx |
| Zip:<br>92024 | From: Lawson |
| Lender Information: | |

| Loan Information: | |
|---|---|
| Loan Amount: $433,352.00 | Loan Period: 90 days |
| Fee: $60,669.00 | Payment Schedule: 03/29/24 |

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5

1. **Promise to Pay**. For value received, **Mayer Project – Mark Sawyer** (Borrower) promises to **Stanley Solomonson** (Lender**) $494,021.00** as specified below.

2. **Installments**.

☐  Borrower will pay _____ payments of $_____ each at monthly/yearly_____ intervals on the _____ day of the month.

X  Borrower will pay one lump payment on _03/29/24_ date.

☐  Borrower will pay 36 payments at monthly intervals with a final balloon payment at the end of the loan term on date.

3. **Application of Payments**. Payments will be applied first to interest only.

4. **Prepayment**. After six months, borrower may prepay all or any part of the principal without penalty.

5. **Loan Acceleration**. If Borrower is more than **5** days late in making any payment, Lender may declare that the entire balance of unpaid principal is due immediately, together with the interest that has accrued.

6. **Security**

X  This is an unsecured note.

☐  Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by a security agreement and Uniform Commercial Code Financing statement giving Lender a security interest in the equipment, fixtures, inventory and accounts receivable of the business known as _____.

☐  Borrower agrees that until the principal and interest owed under this promissory note are paid in full, this note will be secured by the

☐  mortgage deed of trust covering the real estate commonly known as a Single-Family Residence and more fully described as follows:

7. **Collection Costs**. If Lender prevails in a lawsuit to collect on this note, Borrower will pay Lender's costs and lawyer's fees in an amount the court finds to be reasonable.

The undersigned and all other parties to this note, whether as endorsers, guarantors or sureties, agree to remain fully bound until this note shall be fully paid and waive demand, presentment and protest and all notices hereto and further agree to remain bound notwithstanding any extension, modification, waiver, or other indulgence or discharge or release of any obligor hereunder or exchange, substitution, or release of any collateral granted as security for this note. No modification or indulgence by any holder hereof shall be binding unless in writing; and any indulgence on any one occasion shall not be an indulgence for any other or future occasion. Any modification or change in terms, hereunder granted by any holder hereof, shall be valid and binding upon each of the undersigned, notwithstanding the acknowledgement of any of the undersigned, and each of the undersigned does hereby irrevocably grant to each of the others a power of attorney to enter into any such modification on their behalf. The rights of any holder hereof shall be cumulative and not necessarily successive. This note shall take effect as a sealed instrument and shall be construed, governed and enforced in accordance with the laws of the State of California.

Borrower:  _____    Date: _____

Lender:  _____    Date: _____

Doc ID: 47e6daa19f1ffe1d505450a92f9b27826904f0c5



**Dropbox** Sign                                                    Audit trail

| | |
|---|---|
| **Title** | B - Declaration of Plaintiff Stan Solomonson.pdf |
| **File name** | B%20-%20Declarati...%20Solomonson.pdf |
| **Document ID** | 47e6daa19f1ffe1d505450a92f9b27826904f0c5 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **01 / 24 / 2025** 07:40:23 UTC | Sent for signature to Stan Solomonson (stan@futurefood.com) from daniel@inscore.law IP: 76.176.122.123 |
| VIEWED | **01 / 24 / 2025** 08:04:12 UTC | Viewed by Stan Solomonson (stan@futurefood.com) IP: 98.151.142.185 |
| SIGNED | **01 / 24 / 2025** 08:04:52 UTC | Signed by Stan Solomonson (stan@futurefood.com) IP: 98.151.142.185 |
| COMPLETED | **01 / 24 / 2025** 08:04:52 UTC | The document has been completed. |