# EXHIBIT 5

JUD-100

| ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NO. 325203 | FOR COURT USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY          STATE BAR NO. 325203

NAME: Daniel Z. Inscore

FIRM NAME: INSCORE LAW CORPORATION

STREET ADDRESS: 440 Stevens Avenue, Suite 200

CITY: Solana Beach          STATE: CA    ZIP CODE: 92075

TELEPHONE NO. 858-585-7297          FAX NO.

EMAIL ADDRESS: eservice@inscore.law

ATTORNEY FOR (name): Plaintiff STAN SOLOMONSON

**FOR COURT USE ONLY**

F I L E D
Clerk of the Superior Court

MAR 2 0 2025

By: A. Wagoner

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

STREET ADDRESS: 325 South Melrose Drive

MAILING ADDRESS: 325 South Melrose Drive

CITY AND ZIP CODE: Vista, CA 90281

BRANCH NAME: North County Division

PLAINTIFF: Stan Solomonson

DEFENDANT: Mark Anthony Sawyer dba MAS Financing et al.

| JUDGMENT | | | CASE NUMBER: 24CU003746N |
|---|---|---|---|
| ☐ **By Clerk** | ☒ **By Default** | ☐ **After Court Trial** | |
| ☒ **By Court** | ☐ **On Stipulation** | ☐ **Defendant Did Not Appear at Trial** | |

**JUDGMENT**

1. ☒ **BY DEFAULT**

   a. Defendant was properly served with a copy of the summons and complaint.

   b. Defendant failed to answer the complaint or appear and defend the action within the time allowed by law.

   c. Defendant's default was entered by the clerk upon plaintiff's application.

   d. ☐ **Clerk's Judgment** (Code Civ. Proc., § 585(a)). Defendant was sued only on a contract or judgment of a court of this state for the recovery of money.

   e. ☒ **Court Judgment** (Code Civ. Proc., § 585(b)). The court considered

      (1) ☐ plaintiff's testimony and other evidence.

      (2) ☒ plaintiff's written declaration (Code Civ. Proc., § 585(d)).

2. ☐ **ON STIPULATION**

   a. Plaintiff and defendant agreed (stipulated) that a judgment be entered in this case. The court approved the stipulated judgment and

   b. ☐ the signed written stipulation was filed in the case.

   c. ☐ the stipulation was stated in open court    ☐ the stipulation was stated on the record.

3. ☐ **AFTER COURT TRIAL.** The jury was waived. The court considered the evidence.

   a. The case was tried on (date and time):

      before (name of judicial officer):

   b. Appearances by

      ☐ plaintiff (name each):          ☐ plaintiff's attorney (name each):

      (1)                               (1)

      (2)                               (2)

      ☐ Continued on Attachment 3b.

      ☐ defendant (name each):          ☐ defendant's attorney (name each):

      (1)                               (1)

      (2)                               (2)

      ☐ Continued on Attachment 3b.

   c. ☐ Defendant did not appear at trial. Defendant was properly served with notice of trial.

   d. ☐ A statement of decision (Code Civ. Proc., § 632)    ☐ was not    ☐ was    requested.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
JUD-100 [Rev. January 1, 2025]          **JUDGMENT**          Code of Civil Procedure, §§ 585, 664.6
www.courts.ca.gov

JUD-100

| | | CASE NUMBER |
|---|---|---|
| PLAINTIFF: Stan Solomonson | | 24CU003746N |
| DEFENDANT: Mark Anthony Sawyer dba MAS Financing et al. | | |

**JUDGMENT IS ENTERED BY** [ x ] **THE COURT** [  ] **THE CLERK  AS FOLLOWS:**

4. [  ] **Stipulated Judgment.** Judgment is entered according to the stipulation of the parties.

5. **Parties.** Judgment is

a. [ x ] for plaintiff (name each):
Stan Solomonson

   c. [  ] for cross-complainant (name each).

  and against defendant (names):
Mark Anthony Sawyer dba MAS Financing

   and against cross-defendant (name each):

   [ x ] Continued on Attachment 5a.

   [  ] Continued on Attachment 5c.

b. [  ] for defendant (name each):

   d. [  ] for cross-defendant (name each):

6. **Amount.**

a. [ x ] Defendant named in item 5a above must pay plaintiff on the complaint

c. [  ] Cross-defendant named in item 5c above must pay cross-complainant on the cross-complaint

| | | | |
|---|---|---|---|
| (1) [ x ] Damages | $ | 864,407.00 | |
| (2) [ x ] Prejudgment interest at the annual rate of 10.00 % | $ | 117,692.04 | |
| (3) [ x ] Attorney fees | $ | 27,444.00 | |
| (4) [ x ] Costs | $ | 1,712.13 | |
| (5) [  ] Other (specify): | $ | | |
| (6) **TOTAL** | $ | 1,011,255.17 | |

| | | | |
|---|---|---|---|
| (1) [  ] Damages | $ | | |
| (2) [  ] Prejudgment interest at the annual rate of % | $ | | |
| (3) [  ] Attorney fees | $ | | |
| (4) [  ] Costs | $ | | |
| (5) [  ] Other (specify): | $ | | |
| (6) **TOTAL** | $ | | |

b. [  ] Plaintiff to receive nothing from defendant named in item 5b.

   [  ] Defendant named in item 5b to recover costs: $

   [  ] and attorney fees: $

d. [  ] Cross-complainant to receive nothing from cross-defendant named in item 5d.

   [  ] Cross-defendant named in item 5d to recover costs: $

   [  ] and attorney fees: $

7. [ x ] Judgment debtor is a natural person, and as provided in the relevant statute,

   $ 0.00   of this judgment is on a claim related to medical expenses (Code Civ. Proc., §§ 683.110, 685.010)

   $ 0.00   of this judgment is on a claim related to personal debt (Code Civ. Proc., §§ 683.110, 685.010), which includes: $   concerning consumer debt (Code Civ. Proc., § 708.111).

8. [  ] Other (specify):

Date: 3/20/25

[  ]   **WILLIAM WOOD**
JUDICIAL OFFICER

Date:   [  ] Clerk, by _____ , Deputy

(SEAL)

**CLERK'S CERTIFICATE** (optional)
I certify that this is a true copy of the original judgment on file in the court.

Date: 3/20/25

Clerk, by _____ n.An _____ , Deputy
n. Aragahosa

JUD-100 [Rev. January 1 2025]   **JUDGMENT**   Page 2 of 2

MC-025

| SHORT TITLE: | CASE NUMBER |
|---|---|
| Solomonson v. Sawyer, et al. | 24CU003746N |

**ATTACHMENT** *(Number):* 5a

*(This Attachment may be used with any Judicial Council form.)*

MAS Solutions Group, LLC

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

**Page** ___1___ **of** ___1___

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT
to Judicial Council Form**

www.courtinfo.ca.gov